```
 1 | Robert V. Prongay (SBN 270796)
 2 |   rprongay@glancylaw.com
   | Charles H. Linehan (SBN 307439)
 3 |   clinehan@glancylaw.com
 4 | Pavithra Rajesh (SBN 323055)
   |   prajesh@glancylaw.com
 5 | GLANCY PRONGAY & MURRAY LLP
   | 1925 Century Park East, Suite 2100
 6 | Los Angeles, California 90067
 7 | Telephone: (310) 201-9150
   | Facsimile: (310) 201-9160
 8 |
   | Attorneys for Plaintiff
 9 |
10 | [Additional Counsel on Signature Page]
```

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED USMAN ALI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FRANKLIN WIRELESS CORP., OC KIM, and DAVID BROWN,<br><br>Defendants. | Case No. 3:21-cv-00687-AJB-MSB<br><br>**AMENDED PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

1  Attached hereto is an Affidavit of Service confirming service of (i) Summons
2  in Civil Action; (ii) Class Action Complaint; and (iii) Civil Cover Sheet for the above-
3  captioned action.  Service of said documents were effected on Defendant Franklin
4  Wireless Corp. via its registered agent for the service of process.

6  Dated:  June 14, 2021   **GLANCY PRONGAY & MURRAY LLP**

   By:  *s/ Robert V. Prongay*
   Robert V. Prongay
   Charles H. Linehan
   Pavithra Rajesh
   1925 Century Park East, Suite 2100
   Los Angeles, California 90067
   Telephone: (310) 201-9150
   Facsimile: (310) 201-9160
   Email:  info@glancylaw.com

   **LAW OFFICES OF HOWARD G. SMITH**
   Howard G. Smith
   3070 Bristol Pike, Suite 112
   Bensalem PA 19020
   Telephone: (215) 638-4847
   Facsimile: (215) 638-4867

   *Attorneys for Mohammed Usman Ali*

| Attorney or Party without Attorney: <br> Robert V. Prongay (SBN 270796) <br> GLANCY PRONGAY & MURRAY LLP <br> 1925 Century Park East, Suite 2100 <br> Los Angeles, CA 90067 <br>   Telephone No:   310-201-9150 <br> | | For Court Use Only |
|---|---|---|
|   Attorney For:   Plaintiff | Ref. No. or File No.: <br> FRANKLIN10B | |
| *Insert name of Court, and Judicial District and Branch Court:* <br> UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA | | |
| *Plaintiff:*   MOHAMMED USMAN ALI, Individually and On Behalf of All Others Similarly Situated, <br> *Defendant:*   FRANKLIN WIRELESS CORP., OC KIM, and DAVID BROWN, | | |

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 3:21-cv-00687-AJB-MSB |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Civil Cover Sheet

3. a.   Party served:   FRANKLIN WIRELESS CORP.
   b.   Person served:   OC KIM, Agent for Service of Process, served under F.R.C.P. Rule 4.

4. *Address where the party was served:*   9707 Waples St Suite 150, San Diego, CA 92121

5. *I served the party:*
   a. **by substituted service.**   On: Wed, Jun 09 2021 at: 11:26 AM by leaving the copies with or in the presence of:
   Paula Lage, Customer Service

   (1) [ ]   **(Residence or Usual Place of Abode)** a person of suitable age and discretion who resides there.
   (2) [X]   **(Company)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (3) [X]   **(Declaration of Mailing)** is attached.
   (4) [ ]   **(Declaration of Diligence)** attached stating actions taken first to attempt personal service.



| Attorney or Party without Attorney:<br>Robert V. Prongay (SBN 270796)<br>GLANCY PRONGAY & MURRAY LLP<br>1925 Century Park East, Suite 2100<br>Los Angeles, CA 90067<br>  Telephone No: 310-201-9150<br>  Attorney For: Plaintiff | | Ref. No. or File No.:<br>FRANKLIN10B | **For Court Use Only** |
|---|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA | | | |
| *Plaintiff:* MOHAMMED USMAN ALI, Individually and On Behalf of All Others Similarly Situated,<br>*Defendant:* FRANKLIN WIRELESS CORP., OC KIM, and DAVID BROWN, | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:21-cv-00687-AJB-MSB |

6. **Person Who Served Papers:**
   a. Soheil Bittar (3304, San Diego)
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111
   d. **The Fee** for Service was: $188.13

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

06/10/2021
(Date)                (Signature)



PROOF OF SERVICE

*5764047*
*(4678357)*
Page 2 of 2

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Robert V. Prongay (#SBN 270796)<br>GLANCY PRONGAY & MURRAY LLP<br>1925 Century Park East, Suite 2100<br>Los Angeles, CA 90067<br>  Telephone No: 310-201-9150<br>  Attorney For: Plaintiff | Ref. No. or File No.:<br>FRANKLIN10B | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA | | |
| *Plaintiff:* MOHAMMED USMAN ALI, Individually and On Behalf of All Others Similarly Situated,<br>*Defendant:* FRANKLIN WIRELESS CORP., OC KIM, and DAVID BROWN, | | |

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:21-cv-00687-AJB-MSB |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Civil Cover Sheet

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
   a. Date of Mailing: Thu, Jun 10, 2021
   b. Place of Mailing: LOS ANGELES, CA 90026
   c. Addressed as follows: FRANKLIN WIRELESS CORP.
   9707 Waples St, Suite 150 San Diego, CA 92121

4. *I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on* Thu, Jun 10, 2021 *in the ordinary course of business.*

5. **Person Serving:**
   a. THOMAS TILCOCK
   b. FIRST LEGAL
      1517 W. Beverly Boulevard
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. **The Fee** for Service was: $188.13

6. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

06/10/2021
(Date)                                (Signature)

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old. On June 14, 2021, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 14, 2021, at Los Angeles, California.

*s/ Robert V. Prongay*
Robert V. Prongay