# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED USMAN ALI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FRANKLIN WIRELESS CORP., OC KIM, and DAVID BROWN,<br><br>Defendant. | Case No. 3:21-cv-00687-AJB-MSB<br><br>**ORDER GRANTING JOINT MOTION TO VACATE DEFENDANTS' OBLIGATION TO RESPOND TO THE INITIAL COMPLAINT, AND SET A SCHEDULE FOR THE FILING OF AN AMENDED COMPLAINT AND RESPONSIVE BRIEFING** |

Having reviewed the Joint Motion to Vacate Defendants' Obligation to Respond to the Initial Complaint, and Set a Schedule for the Filing of an Amended Complaint and Responsive Briefing, and good cause appearing, it is hereby ORDERED that:

1.    Defendants are not required to respond to the Initial Complaint (Dkt. No. 1); and

2.    Within ten (10) days after a Lead Plaintiff is appointed by the Court, counsel for the Lead Plaintiff and counsel for the Defendants will confer and submit to the Court a proposed briefing schedule for the filing of an amended complaint and any responsive briefing.

IT IS SO ORDERED.

Dated:  July 7, 2021

Hon. Anthony J. Battaglia
United States District Judge

1

21cv0687