# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED USMAN ALI, Individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br><br>    v.<br><br>FRANKLIN WIRELESS CORP., OC KIM, and DAVID BROWN,<br><br>          Defendants. | Case No. 3:21-cv-00687-AJB-MSB<br><br>**ORDER GRANTING JOINT MOTION REGARDING THE BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS** |

ORDER RE BRIEFING SCHEDULE ON DEFS.' MOT. TO DISMISS THE AMENDED CLASS
ACTION COMPLAINT FOR VIOLATIONS OF THE FED. SEC. LAWS
3:21-cv-00687-AJB-MSB

Presently before the Court is a Joint Stipulation Regarding the Briefing Schedule on Defendants' Motion to Dismiss the Amended Class Action Complaint for Violations of the Federal Securities Laws (the "Stipulation), filed on behalf of Lead Plaintiff Gergely Csaba ("Plaintiff"), and Defendants Franklin Wireless Corporation, OC Kim, and David Brown (collectively, "Defendants"). Good cause appearing, the Court **GRANTS** the Stipulation. Accordingly, as stipulated by the Parties:

1.     Lead Plaintiffs shall file an Amended Complaint on or before **November 15, 2021**;

2.     Defendants' answer, motion against, or other response to the Amended Complaint is due on or before **January 14, 2022**;

3.     If Defendants move to dismiss the Amended Complaint, any opposition papers are due on or before **March 15, 2022**, and any reply papers are due on or before **April 14, 2022**.

**IT IS SO ORDERED.**

Dated: October 4, 2021

_____
Hon. Anthony J. Battaglia
United States District Judge

ORDER RE BRIEFING SCHEDULE ON DEFS.' MOT. TO DISMISS THE AMENDED CLASS
ACTION COMPLAINT FOR VIOLATIONS OF THE FED. SEC. LAWS
3:21-cv-00687-AJB-MSB