Robert V. Prongay (SBN 270796)
  *rprongay@glancylaw.com*
Pavithra Rajesh (SBN 323055)
  *prajesh@glancylaw.com*
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Attorneys for Plaintiff Mohammed
Usman Ali*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED USMAN ALI, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> FRANKLIN WIRELESS CORP., OC KIM, and DAVID BROWN, <br><br> Defendants. | Case No. 3:21-cv-00687-AJB-MSB <br><br> **DECLARATION OF PAVITHRA RAJESH IN SUPPORT OF MOTION TO WITHDRAW COUNSEL PURSUANT TO LOCAL RULE 83.3(f)(3)** |

I, Pavithra Rajesh, declare as follows:

1.     I am an attorney with the law firm of Glancy Prongay & Murray LLP. I make this declaration pursuant to Local Rule 83.3(f)(3) in support of the Motion to Withdraw Counsel (the "Motion"). I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.     On October 19, 2021, Plaintiff was notified of the undersigned counsel's intent to withdraw as counsel of record for the reasons indicated in the Motion and, to date, has not objected.

3.     On October 20, 2021, I caused the accompanying Notice of Motion and Motion for Withdrawal of Counsel to be filed electronically with the Clerk of the Court using the CM/ECF system, pursuant to the Court's Electronic Case Filing System. Counsel of record who are deemed to have consented to electronic service will be sent notice of this filing by operation of the Court's electronic filing system, and parties may access this filing through the Court's CM/ECF system.

4.     Additionally, on October 20, 2021, I served, or caused to be served, copies of the Motion via email upon Plaintiff Mohammed Usman Ali.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 20th day of October 2021, at Los Angeles, California.


*/s/ Pavithra Rajesh*
Pavithra Rajesh