Stephen M. Lobbin (SBN 181195)
sml@smlavvocati.com
Austin J. Richardson (SBN 319807)
ajr@smlavvocati.com
**SML AVVOCATI P.C.**
888 Prospect Street, Suite 200
La Jolla, CA 92037
Tel:   949.636.1391

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MOHAMMED USMAN ALI**, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> **Franklin Wireless Corp.**, **OC Kim**, and **David Brown**, <br><br> Defendants. | Case No. 3:21-cv-00687-AJB-MSB <br><br> **DEFENDANTS' ANSWER TO AMENDED COMPLAINT** <br><br> **DEMAND FOR JURY TRIAL** |

Defendants respond as follows to the allegations of Plaintiff's Amended Complaint.

## Introduction

1.    Not an allegation of fact requiring a response.

2.    Admitted.

3.    Denied.

4.    Denied.

5.    Denied.

Case No. 3:21-CV-00687-AJB-MSB

6.    Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore deny them.

7.    Denied.

## Jurisdiction and Venue

8.    Admitted.

9.    Admitted.

10.    Admitted.

11.    Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore deny them.

## Parties

12.    Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore deny them.

13.    Admitted.

14.    Admitted.

15.    Denied.

16.    Admitted.

17.    Admitted.

18.    Paragraph 18 contains no allegations of fact requiring a response.

19.    Paragraph 19 contains no allegations of fact requiring a response.

## Substantive Allegations

20.    Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore deny them.

21.    Admitted.

22.    Admitted.

23.    Admitted.

24.    Admitted.

25.    Denied.

26.    Admitted.

27.    Admitted.

28.    Denied.

29.    Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore deny them.

30.    Denied.

31.    Admitted.

32.    Denied.

33.    Denied.

34.    Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore deny them.

35.    Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore deny them.

36.    Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore deny them.

37.    Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore deny them.

38.    Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore deny them.

39.    Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore deny them.

40.    Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore deny them.

41.    Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore deny them.

42.    Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore deny them.

43.    Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore deny them.

44.    Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore deny them.

45.    Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore deny them.

46.    Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore deny them.

47.    Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore deny them.

48.    Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore deny them.

49.    Denied.

50.    Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore deny them.

51.    Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore deny them.

52.    Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore deny them.

53.    Denied.

54.    Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore deny them.

55.    Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore deny them.

56.    Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore deny them.

Case No. 3:21-CV-00687-AJB-MSB

57.   Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore deny them.

58.   Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore deny them.

59.   Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore deny them.

60.   Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore deny them.

61.   Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore deny them.

62.   Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore deny them.

63.   Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore deny them.

## Defendants' False and Misleading Statements and Omissions

64.   Admitted.

65.   Admitted.

66.   Denied.

67.   Admitted.

68.   Denied.

69.   Denied.

70.   Admitted.

71.   Denied.

72.   Admitted.

73.   Denied.

## Loss Causation

74.   Admitted.

75.     Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore deny them.

76.     Admitted.

77.     Admitted.

78.     Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore deny them.

79.     Admitted.

80.     Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore deny them.

<u>**Class Action Allegations**</u>

81.     Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore deny them.

82.     Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore deny them.

83.     Denied.

84.     Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore deny them.

85.     Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore deny them.

86.     Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore deny them.

87.     Paragraph 87 contains no allegations of fact requiring a response.

88.     Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore deny them.

89.     Denied.

90.     Admitted.

Case No. 3:21-CV-00687-AJB-MSB

91.    Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore deny them.

92.    Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore deny them.

## No Safe Harbor

93.    Denied.

94.    Denied.

## Count One

95.    Paragraph 95 contains no allegations of fact requiring a response.

96.    Admitted.

97.    Denied.

98.    Denied.

99.    Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore deny them.

100.    Denied.

## Count Two

101.    Paragraph 101 contains no allegations of fact requiring a response.

102.    Admitted.

103.    Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore deny them.

104.    Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore deny them.

105.    Denied.

## Affirmative Defenses

1.    Plaintiff fails to state a claim upon which relief may be granted.

2.     Defendants' statements placed at issue fall under the safe harbor provisions providing for forward-looking statements, most specifically around Defendants' use of the words "may" and "could."

3.     Defendants' statements placed at issue were not materially misleading or untrue and did not omit material facts about the business, operations, and prospects of Franklin Wireless Corp.

4.     Plaintiff's proposed class is not sufficient to warrant a class action because of a lack of numerosity, insufficient commonality, and/or insufficient typicality.

5.     Defendants' alleged omissions are not material and thus there should be no class-wide presumption of reliance.

6.     Defendants reserve the right to assert additional affirmative defenses based on information learned or obtained during discovery.

Respectfully submitted,

Dated:  January 14, 2022                    **SML Avvocati P.C.**

By:   /s/ Stephen M. Lobbin
                    Attorneys for Defendants

## **PROOF OF SERVICE**

I hereby certify that on January 14, 2022, I electronically transmitted the foregoing document using the CM/ECF system for filing, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies have been served on those indicated as non-registered participants, and via e-mail.

Dated:  January 14, 2022                    /s/ Stephen M. Lobbin