UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED USMAN ALI, *Individually and On Behalf of All Others Similarly Situated*,<br><br>                                    Plaintiff,<br><br>v.<br><br>FRANKLIN WIRELESS CORP., et al.,<br><br>                                    Defendants. | Case No.:  21cv687-AJB (MSB)<br><br>**ORDER ENTERING STIPULATED ESI SEARCH PROTOCOL [ECF NO. 33]** |

On March 30, 2022, the parties filed a joint motion asking the Court to enter their Stipulated Electronically Stored Information ("ESI") Search Protocol.  (ECF No. 33.)  The Court has considered the Stipulated ESI Search Protocol and, for good cause shown, **GRANTS** the joint motion.  Accordingly, the Court enters the Stipulated ESI Search Protocol attached as Exhibit A to the parties' motion [ECF No. 33-1].

**IT IS SO ORDERED**.

Dated:  March 31, 2022

Honorable Michael S. Berg
United States Magistrate Judge

1