UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED USMAN ALI, *Individually and On Behalf of All Others Similarly Situated*,<br><br>Plaintiff,<br><br>v.<br><br>FRANKLIN WIRELESS CORP., et al.,<br><br>Defendants. | Case No.:  21cv687-AJB (MSB)<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR CONTINUANCE OF TELEPHONIC CASE MANAGEMENT CONFERENCE [ECF NO. 38]** |

On May 19, 2022, counsel for Lead Plaintiff and the proposed class filed an "Unopposed Motion for Continuance of Telephonic Case Management Conference" ("TCMC").  (ECF No. 38.)  In support of the motion, counsel explains that he has a previously scheduled commitment on the current TCMC date of May 27, 2022, which was unilaterally set by the Court.  (See ECF No. 38-1 at 2.)   Further, counsel met and conferred with Defendants' counsel, who do not oppose the requested continuance. (Id.)

Finding good cause, the Court **GRANTS** the unopposed motion.  The TCMC currently scheduled for May 27, 2022, (see ECF No. 37), is **CONTINUED** to **June 1, 2022**,

21cv687-AJB (MSB)

at **9:00 a.m.**  Lead Plaintiff's counsel is to arrange and initiate the conference call to Judge Berg's chambers, at (619) 557-6632.

**IT IS SO ORDERED**.

Dated:  May 19, 2022

Honorable Michael S. Berg
United States Magistrate Judge

2