**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
Austin P. Van (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
jpafiti@pomlaw.com
avan@pomlaw.com

Co-Lead Counsel for Lead Plaintiffs & Proposed Class

Stephen M. Lobbin (SBN 181195)
sml@smlavvocati.com
Austin J. Richardson (SBN 319807)
ajr@smlavvocati.com
**SML AVVOCATI P.C.**
888 Prospect Street, Suite 200
La Jolla, CA 92037
Tel. 949.636.1391

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED USMAN ALI, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FRANKLIN WIRELESS CORP., OC KIM, and DAVID BROWN,<br><br>Defendants. | Case No. 3:21-cv-00687-AJB-MSB<br><br>**JOINT MOTION[1] TO CONTINUE THE BRIEFING SCHEDULE ON MOTION FOR CLASS CERTIFICATION**<br><br>Date: October 13, 2022<br>Time: 2:00 p.m.<br>Ctrm: 4A<br><br>Honorable Anthony J. Battaglia |

---

[1] Lead Plaintiffs approve this "Joint Motion" simply as un-opposed (not technically "joined"), per Paragraph II.C of this Court's Civil Case Procedures.

Pursuant to CivLR 7.2(b) and Paragraph II.C of this Court's Civil Case Procedures, the parties seek court approval for their stipulation recited herein, requesting a continuance of the briefing schedule on Plaintiffs' Motion for Class Certification (*see* ECF No. 41) on the grounds stated herein justifying good cause for the request.[2]

This Court's February 23, 2022 Scheduling Order sets forth the following deadlines related to the class certification issue (*see* ECF No. 30 at 2-3), and this Court's recent Order Setting Briefing Schedule added deadlines which created the *highlighted* inconsistencies (*see* ECF No. 42):

| Event | Deadline |
| --- | --- |
| Document production | June 22 |
| ***Deposition of Plaintiff*** | ***July 19 (20 days before opp'n)*** |
| ***Deposition of Plaintiff Expert*** | ***July 22 (15 days before opp'n)*** |
| Motion for Class Certification | July 22 |
| ***Deposition of Defendant Expert*** | ***July 29 (15 days before reply)*** |
| Opposition to Motion | August 8 |
| Reply to Motion | August 15 |
| Motion Hearing | October 13 |

In addition to the above inconsistencies resulting in all deposition periods having expired already, lead counsel for Defendants—Mr. Stephen Lobbin—is presently in Europe on vacation, and will not return until August 10, 2022. *See*

---

[2] CivLR 7.2(b) states that a separate declaration is not necessary "unless . . . requested by the assigned judicial officer," while Paragraph II.C of this Court's Civil Case Procedures requires "a detailed declaration explaining the reasons for the requested continuance or extension of time." While the grounds herein are stated by counsel under penalty of perjury, a separate declaration is provided herewith, in an abundance of caution. *See* Lobbin Decl. ¶¶ 1-4. A proposed order is provided herewith as well, per CivLR 7.2(c) and Paragraph II.C of this Court's Civil Case Procedures (e-mailed in Word format).

Lobbin Decl. ¶ 3.  Therefore, in order to comply with the deadlines previously set in the Scheduling Order, as well as this Court's October 13, 2022 hearing date, the parties request approval for the following continued schedule on the pending Motion for Class Certification:

| Event | Deadline |
|---|---|
| Deposition of Plaintiff | August 22 |
| Deposition of Plaintiff Expert | August 29 |
| Opposition to Motion | September 12 |
| Deposition of Defendant Expert | September 19 |
| Reply to Motion | September 26 |
| Motion Hearing | October 13 |

## Conclusion

The parties respectfully request that this Court enter the proposed order continuing the briefing schedule, as provided herewith.

Dated: July 28, 2022

Respectfully submitted,

By: _/s/ Jennifer Pafiti_____
**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
jpafiti@pomlaw.com

Co-Lead Counsel for Lead Plaintiffs & Proposed Class

Respectfully submitted,

By: _/s/ Stephen M. Lobbin_____
Stephen M. Lobbin (SBN 181195)
sml@smlavvocati.com
**SML Avvocati P.C.**
888 Prospect Street, Suite 200
La Jolla, CA 92037
Tel. 949.636.1391

Attorneys for Defendants

Case No. 3:21-cv-00687-AJB-MSB

## **PROOF OF SERVICE**

I hereby certify that on July 28, 2022, I electronically transmitted the foregoing document using the CM/ECF system for filing, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies have been served on those indicated as non-registered participants.


Dated:  July 28, 2022                    /s/ Stephen M. Lobbin

Case No. 3:21-cv-00687-AJB-MSB