UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED USMAN ALI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FRANKLIN WIRELESS CORP., et al.,<br><br>Defendants. | Case No.: 21cv687-AJB (MSB)<br><br>**ORDER GRANTING UNOPPOSED MOTION TO CONTINUE THE BREIFING SCHEDULE ON MOTION FOR CLASS CERTIFICATION [ECF NO. 43]** |

On July 28, 2022, the parties filed a join motion, wherein Lead Plaintiff's counsel did not oppose Defendants' counsel's request to change the briefing schedule on Lead Plaintiff's Motion for Class Certification [ECF No. 41]. (ECF No. 43.) Defendants' counsel requested the new dates to permit the parties to complete class certification discovery as provided by their agreements in the Joint Discovery Plan and because lead counsel for Defendant is out of the country until August 10, 2022. (Id. at 2-3.)

After consultation with the chambers of the assigned District Judge, the Court **GRANTS** Defendants' unopposed motion and **sua sponte CONTINUES** the motion hearing date as follows:

1.      The deposition of Lead Plaintiff must be completed no later than **August 22, 2022**.

2.      The deposition of Lead Plaintiff's expert musty be completed no later than **August 29, 2022**.

3.      Defendants' opposition to Lead Plaintiff's Motion for Class Certification [ECF No. 41] must be filed no later than **September 12, 2022**.

4.      The deposition of Defendants' expert must be completed no later than **September 19, 2022**.

5.      Lead Plaintiff's reply in support of his Motion for Class Certification must be filed no later than **September 26, 2022**.

6.      The hearing on Lead Plaintiff's Motion for Class Certification [ECF No. 41] is **CONTINUED** to **October 27, 2022**, at **2:00 p.m.** before United States District Judge Anthony J. Battaglia.

**IT IS SO ORDERED.**

Dated:  July 29, 2022

Honorable Michael S. Berg
United States Magistrate Judge

21cv687-AJB (MSB)