**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Lead Counsel for the Class*

*- additional counsel on signature page -*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED USMAN ALI, Individually and on Behalf of All Others Similarly Situated, | No. 3:21-cv-00687-AJB (MSB) |
| Plaintiff, | CLASS ACTION |
| | Honorable Anthony J. Battaglia |
| vs. | **JOINT MOTION FOR CONTINUANCE OF HEARING ON LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |
| FRANKLIN WIRELESS CORP., et al., | |
| Defendants. | |

In accordance with Paragraph II.C. of Judge Battaglia's Civil Case Procedures, Lead Plaintiff Gergely Csaba, on behalf of himself and the proposed Class ("Plaintiffs"), submits this joint motion for continuance of the hearing on Lead Plaintiff's Motion for Class Certification.  Lead Plaintiff has conferred with Defendants Franklin Wireless Corporation, OC Kim, and David Brown, and they do not oppose this motion or otherwise object to the continuance.[1]

On February 23, 2022, Magistrate Judge Berg issued the February 23, 2022 Scheduling Order Regulating Discovery and Other Pre-Trial Proceedings (Dkt. No. 30) ("February 23, 2022 Order").  The February 23, 2022 Order stated that the hearing on Lead Plaintiff's Motion for Class Certification would be held on May 18, 2022 at 1:30 p.m.  On July 28, 2022, Defendants filed a Joint Motion to Continue the Briefing Schedule on Motion for Class Certification[2] requesting approval for a continued schedule on the pending Motion for Class Certification to accommodate a conflict on the part of Defendants' counsel.  The parties' proposed schedule did not alter the previously scheduled Motion hearing date of October 13, 2022.  (Dkt. No. 43.)  On July 29, 2022, the Court filed an Order Granting Unopposed Motion to Continue the Briefing Schedule on Motion for Class Certification that moved the previously scheduled hearing date of October 13, 2022 to October 27, 2022:  "The hearing on Lead Plaintiff's Motion for Class Certification [ECF No. 41] is CONTINUED to October 27, 2022 at 2:00 p.m. before United States District Judge Anthony J. Battaglia."  (Dkt. No. 44.)

Unfortunately, Lead Counsel is unable to join a the in-person conference on October 27, 2022 due to a previously scheduled commitment on that day and regretfully must therefore seek a continuance.  As noted above, counsel for the

---

[1] Defendants Franklin Wireless Corporation, OC Kim, and David Brown approve this "Joint Motion" simply as un-opposed (not technically "joined"), per Paragraph II.C of this Court's Civil Case Procedures.

[2] Lead Plaintiffs approved this "Joint Motion" simply as unopposed (not technically "joined"), per Paragraph II.C. of this Court's Civil Case Procedures.

JOINT MOTION FOR CONTINUANCE OF HEARING ON LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION: No. 3:21-cv-00687-AJB (MSB)

parties have met and conferred and Defendants' counsel do not oppose the request. This is the parties first request to move the Motion hearing date.  The requested continuance will not affect any other scheduled dates.

Accordingly, the parties respectfully request that the Court reschedule the hearing on Lead Plaintiff's Motion for Class Certification for a later date at the Court's convenience.  All parties are available all business days on the weeks of October 31, 2022 and November 7, 2022.

*** 

The filer of this joint motion certifies that the content of the document is acceptable to all persons required to sign the document and has obtained authorization for the electronic signatures of all parties on the document.

Dated: August 4 , 2022

Respectfully submitted,

**SML AVVOCATI P.C.**

By: */s/ Stephen M. Lobbin*
Stephen M. Lobbin (SBN 181195)
888 Prospect Street, Suite 200
La Jolla, California 92037
Telephone: (949) 636-1391
E-mail: sml@smlavvocati.com
*Counsel for Defendants*

Respectfully submitted,

**POMERANTZ LLP**

By: */s/ Austin P. Van*
Jeremy A. Lieberman (admitted *pro hac vice*)
Austin P. Van (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
E-mail: jalieberman@pomlaw.com
E-mail: avan@pomlaw.com

Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

JOINT MOTION FOR CONTINUANCE OF HEARING ON LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION: No. 3:21-cv-00687-AJB (MSB)

*Lead Counsel for Lead Plaintiff*


**THE PORTNOY LAW FIRM**
Lesley F. Portnoy
1800 Century Park East, Suite 600
Los Angeles, CA 90067
Tel: (310) 692-8883
Facsimile: (212) 697-7296
E-mail: lesley@portnoylaw.com

*Additional Counsel for Lead Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's CM/ECF system.

*/s/ Austin P. Van*
Austin P. Van