UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED USMAN ALI, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>      vs.<br><br>FRANKLIN WIRELESS CORP., et al.,<br><br>              Defendants. | No. 3:21-cv-00687-AJB (MSB)<br><br><u>CLASS ACTION</u><br><br><br>**ORDER GRANTING JOINT MOTION FOR CONTINUANCE OF HEARING ON LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

**PURSUANT TO JOINT MOTION AND FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT:**

1.     The October 27, 2022 Hearing on Lead Plaintiff's Motion for Class Certification is hereby continued to November 10, 2022 at 2:00 p.m..

**IT IS SO ORDERED.**

Dated:  August 8, 2022

Hon. Anthony J. Battaglia
United States District Judge

1

ORDER GRANTING JOINT MOTION FOR CONTINUANCE OF HEARING ON LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION, No. 3:21-cv-00687-AJB (MSB)