Stephen M. Lobbin (SBN 181195)
sml@smlavvocati.com
Austin J. Richardson (SBN 319807)
ajr@smlavvocati.com
Christopher M. Ferri (SBN 344112)
ajr@smlavvocati.com
**SML AVVOCATI P.C.**
888 Prospect Street, Suite 200
La Jolla, CA 92037
Tel. 949.636.1391

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED USMAN ALI, Individually and on behalf of all others similarly situated,<br><br>                          Plaintiff,<br><br>          v.<br><br>FRANKLIN WIRELESS CORP., OC KIM, and DAVID BROWN,<br><br>                          Defendants. | Case No. 3:21-cv-00687-AJB-MSB<br><br>**DECLARATION OF WILLIAM BAUER IN OPPOSITION TO MOTION FOR CLASS CERTIFICATION**<br><br>Date:  November 10, 2022<br>Time:  2:00 p.m.<br>Ctrm:  4A<br><br>Honorable Anthony J. Battaglia |

I, William Bauer, declare and state as follows:

1.      I am General Counsel of Defendant Franklin Wireless Corporation ("Franklin").  I have personal knowledge of the facts stated herein, and if called to testify as a witness, I could and would testify competently thereto.

2.      Franklin is a global leader in innovative hardware and software products that support machine-to-machine applications and the internet of things,

as well as intelligent wireless solutions including mobile hotspots, routers, and modems.

3.    Defendant O.C. Kim is Franklin's President and CEO.  Defendant David Brown is Franklin's Director of Finance and Acting CFO.

4.    Franklin joined NASDAQ only just recently on March 29, 2021.  Its common stock is traded under the ticker symbol "FKWL."

5.    Franklin's outstanding shares number about 11.68 million with around 28% of these outstanding shares held by insiders.  Franklin presently has a total market cap of approximately $33 million, and its non-objecting beneficial shareholders number about 478 accounts with more than 200 shares.

6.    On April 8, 2021, one of Franklin's customers—Verizon Wireless— announced it was recalling its Jetpack mobile hotspot device imported by Franklin after receiving reports of incidents involving approximately 15 units (out of over 2.5 million).  Attached herewith as Exhibit 1 is a true and correct copy of Verizon's April 8, 2021 press release.

7.    A week prior, Franklin had issued a press release that it was "notified of reports of battery issues in some of its wireless hotspot devices" and "is working with its battery and device manufacturing partners and carrier customer to determine the cause and extent of the problem."

8.    In fact, Franklin had already been addressing the situation for many months prior, since its first awareness of the relevant circumstances.

9.    In a subsequent press release on April 9, 2021, Franklin acknowledged the Verizon recall issued the day before.  Attached herewith as Exhibit 2 is a true and correct copy of Franklin's April 9, 2021 press release.

10.    Plaintiff's expert claims that 2,172,393 shares of Franklin's stock were traded during the 203 days of the proposed class period.  This equates to

Case No. 3:21-cv-00687-AJB-MSB

about 10,700 shares a day, which is by no means a high-volume stock. *See, e.g.,* Rebecca Lake, Should You Pay Attention to a Stock's Trading Volume, smartasset.com (April 12, 2022), https://smartasset.com/financial-advisor/high-volume-stocks#:~:text=Stocks%20can%20be%20categorized%20as,or%20more%20shares%20per%20day (stating "high volume stocks typically trade at a volume of 500,000 or more shares per day).

11.   Franklin knows of fewer than 1000 beneficial shareholders in the public market, based on its most recent NOBO list obtained from Broadridge.

12.   In the almost 18 months since the Verizon recall, there have been only three other distinct lawsuits filed against Franklin based on similar allegations.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and if called to testify, I could and would competently do so.

Executed on this 12th day of September 2022 at San Diego, California.


By:___William Bauer___

Case No. 3:21-cv-00687-AJB-MSB

## **PROOF OF SERVICE**

I hereby certify that on September 12, 2022, I electronically transmitted the foregoing document using the CM/ECF system for filing, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies have been served on those indicated as non-registered participants.

Dated:  September 12, 2022                    /s/ Stephen M. Lobbin

Case No. 3:21-cv-00687-AJB-MSB