# EXHIBIT 1

Statement regarding U.S. Consumer Product Safety Commission recall | About Verizon

About   News   Products & Plans  ❯  Mobile Plans & Devices  ❯  Statement regarding U.S. Consumer Product Safety Commission recall

# News Center

All News      Networks & Platforms      Products & Plans      Responsible Business      Public Safety      Inside Verizon      Financial

Verizon Works Blog

Press Tools





04/08/2021 | **Products & Plans** | **Mobile Plans & Devices**

# Statement regarding U.S. Consumer Product Safety Commission recall

## Media contact(s)

**Krys Card Grondorf**
562-370-0331
krys.grondorf@verizon.com

**Rich Young**
202-515-2514
richard.j.young@verizon.com

**Verizon Customer Inquiries**
https://www-ellipsisjetpackrecall-expertinquiry-com

### Ellipsis Jetpack mobile hotspot devices; Models MHS900L, MHS900LS and MHS900LPP

Verizon is working with the U.S. Consumer Product Safety Commission (CPSC) to recall Ellipsis Jetpack mobile hotspot devices, including models MHS900L, MHS900LS and MHS900LPP.  During investigations with the supplier, it has been determined that the lithium-ion battery in the Ellipsis Jetpack devices can overheat, posing a fire and burn hazard.

The safety of our customers is our highest priority. We are taking the situation very seriously, and we are working diligently to determine the cause of the issues with the supplier and to provide replacement devices for all of our customers, free of charge.

Additionally, all powered-on Ellipsis Jetpacks have received two over-the-air, automatic software updates. The first enables the device's identifying number to be viewed on its scrolling screen to help facilitate its exchange, and the second prevents the device from charging while the device is plugged in and powered on. This will help reduce some of the risk of overheating by preventing the device from charging while it is plugged in and powered on.

Additionally, to help promote the safe operation of all devices, we suggest the following best practices:

- Use only approved charging cables, including the cable provided.
- When not in use, power down/turn off your device.
- Place your device on a flat, solid and sturdy surface such as a floor or table.
- Ensure your device is not covered for proper ventilation.
- Keep devices near room temperature when in use.
- Do not expose the units to extreme temperatures for extended periods of time.
- Do not expose the unit or its battery to water or other liquids.
- Do not drop the units and do not insert foreign objects into the battery or unit.

Complete information for customers can be found at ellipsisjetpackrecall.expertinquiry.com or by calling 855,205,2627.

Statement regarding US Consumer Product Safety Commission recall | About Verizon

# Related Articles

## Unfold and behold! The Galaxy Z series is coming to Verizon, the network America relies on

08/10/2022

Samsung Galaxy Z Flip4 and Z Fold4 take full advantage of 5G Ultra Wideband, so you can download movies in seconds, collaborate remotely in near real-time, and take advantage of immersive experiences

## Verizon Fuels The Love with FOX59's 'Indy Now,' GetGo with surprise gas giveaway

08/09/2022

Indianapolis drivers were surprised with the gift of a full gas tank at a GetGo station through Verizon's "Fuel The Love" campaign and FOX59's "Indy Now," which will air the feel-good segment Aug. 9.

**Services & Solutions**

Verizon.com

Mobile Plans

Mobile Devices

Home Services

Small and Medium Business

Enterprise Solutions

Verizon Connect

Public Sector

Partner Solutions

**Support**

Mobile Online Support

Home Online Support

Contact Customer Support

Sign in to your Account

Store Locator

Account Security & Fraud Claims

Small Business Digital Ready

The Relay Blog

**Network Technologies**

4G LTE

5G

Fiber Optics

Multi-Access Edge Compute (MEC)

**Innovation**

5G Labs

5G First Responder Lab

New Business Incubation

The Verizon Story & Museum

Thingspace

Verizon Ventures

Verizon Work Tech Group

**Follow Verizon News**

**Follow Inside Verizon**

**Follow Verizon Careers**

**Follow Customer Support**

Privacy Policy    Do Not Sell My Personal Information    Terms & Conditions        © 2022 Verizon

Accessibility    Open Internet    Important Consumer Information

About Our Ads    Site Map