# EXHIBIT 2

Case 3:21-cv-00687-AJB-MSB     Document 47-3     Filed 09/12/22     PageID.548     Page 1 of 4



ESG NEWS   COVID-19 NEWS   SERVICES ⌄   CONTACT US        FRANÇAIS   **SIGN IN**

REGISTER   🔍



# Franklin Wireless Responds to Verizon Jetpack Recall

Company has received reports of battery failure on some devices.

April 09, 2021 09:00 ET | Source: [Franklin Wireless Corporation](#)



SAN DIEGO, April 09, 2021 (GLOBE NEWSWIRE) -- Franklin Wireless Corp. (NASDAQ: FKWL), a market leader in broadband data communications, has been notified that Verizon Wireless has issued a voluntary recall of its Jetpack Hotspot devices imported by Franklin. Franklin is continuing to work with its battery and device manufacturing partners to determine the cause and extent of the concerns. At this time, fewer than 20 reports of trouble have been received with over 2 million devices in sold over the last three and a half years.

**About Franklin**

Franklin Wireless Corp. ([FKWL](#)) is a leader in innovative hardware and software products that support smart tracking and the Internet of Things (IoT), as well as intelligent wireless broadband solutions including mobile hotspots, routers and modems. For more information, please visit [www.franklinwireless.com](http://www.franklinwireless.com).

**Safe Harbor Statement:**

*Certain statements in this press release constitute "forward-looking statements" within the meaning of Section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934. Such forward-*

We use cookies to improve your GlobeNewswire experience. By continuing, you agree to our use of cookies. For more information, please see our Privacy Policy.

ACCEPT

Franklin Wireless Responds to Verizon Jetpack Recall



ESG NEWS    COVID-19 NEWS    SERVICES ⌄    CONTACT US    FRANÇAIS    SIGN IN

REGISTER

# Recommended Reading

December 23, 2021 15:00 ET

Source:  Franklin Wireless Corporation

### Franklin Wireless Advances Recurring Revenue Initiatives

SAN DIEGO, Dec. 23, 2021 (GLOBE NEWSWIRE) -- Franklin Wireless Corp. (NASDAQ: FKWL), a market leader in broadband data communications, today provided a business update on the progress related to...



December 14, 2021 08:30 ET

Source:  Franklin Wireless Corporation

### Franklin 5G Mobile Hotspot Device Now Available on C Spire Network

SAN DIEGO, Dec. 14, 2021 (GLOBE NEWSWIRE) -- Franklin Wireless Corp. (NASDAQ: FKWL), a market leader in broadband data communications, today announced that its new sub-6 5G mobile hotspot, Jextream...



# Explore



### Combating Violence Against Women Through World-Cla...

September 13, 2022 00:00 ET



### Hatch named to team delivering Tata Steel's green ...

September 13, 2022 00:00 ET

We use cookies to improve your GlobeNewswire experience. By continuing, you agree to our use of cookies. For more information, please see our Privacy Policy.

ACCEPT

- Home    - Newsroom



ESG NEWS COVID-19 NEWS SERVICES CONTACT US FRANÇAIS **SIGN IN**

REGISTER

Follow us on social media:

GlobeNewswire is a newswire distribution network. Articles and other content published by GlobeNewswire are the legal responsibility of the author and GlobeNewswire accepts no liability for the content of such material. GlobeNewswire publishes content for informational purposes and makes no representations regarding, recommendation or invitation to engage in, any form of  nancial or investment activity, and does not endorse the content of any material published.

© 2022 GlobeNewswire, Inc. All Rights Reserved.

We use cookies to improve your GlobeNewswire experience. By continuing, you agree to our use of cookies. For more information, please see our **Privacy Policy**.

ACCEPT