## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED USMAN ALI, *individually and on behalf of all others similarly situated*,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>FRANKLIN WIRELESS CORP., et al.,<br><br>　　　　　　　　　　　　Defendants. | Case No.: 21cv687-AJB (MSB)<br><br>**ORDER GRANTING JOINT MOTION AND STIPULATION CONCERNING THE PROTOCOL FOR CONDUCTING REMOTE DEPOSITION [ECF NO. 55]** |

On March 27, 2023, the parties submitted a "Joint Motion and Stipulation Concerning the Protocol for Conducting Remote Deposition." (ECF No. 55.) Having considered the parties' submission and finding good cause, the Court **GRANTS** the Joint Motion and Stipulation.

　　**IT IS SO ORDERED.**

Dated:  March 27, 2023

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Honorable Michael S. Berg
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge