**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Lead Counsel for the Class*

*- additional counsel on signature page -*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED USMAN ALI, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>       vs.<br><br>FRANKLIN WIRELESS CORP., et al.,<br><br>                      Defendants. | No. 3:21-cv-00687-AJB (MSB)<br><br>**JOINT MOTION FOR TEMPORARY STAY PENDING MEDIATION** |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7.2, Class Representative Gergely Csaba ("Plaintiff"), and Defendants Franklin Wireless Corporation, OC Kim, and David Brown (collectively, "Defendants"), with Plaintiff (collectively, the "Parties") jointly by and through their undersigned counsel, hereby move for an order temporarily staying the above-captioned Action, including all proceedings, hearings, discovery, pending motions, and deadlines, other than mediation, until June 20, 2023, and extending all current scheduling deadlines in the Action by 75 days.

In support, the Parties state as follows:

1. WHEREAS, the Parties have scheduled a private mediation addressing all remaining claims in the Action for May 1, 2023;

2. WHEREAS, in the interests of judicial efficiency and economy, the Parties would like an opportunity to resolve the Action in this mediation without imposing further burden on the Court through continued litigation;

3. WHEREAS, the Parties believe that a temporary stay of the Action would facilitate their efforts to resolve this Action in this mediation by eliminating the need to continue to spend resources litigating the Actions while mediation is pending and by allowing the Parties to focus on preparing for and participating in the mediation;

NOW, THEREFORE, INCONSIDERATION OF THE FOREGOING, the Parties respectfully request that this Court order that the Action be stayed until June 20, 2023 and that all current deadlines in the Action are extended by 75 days from the date of the Court's order.

Dated:  April 6, 2023

Respectfully submitted,                    Respectfully submitted,

**SML AVVOCATI P.C.**                      **POMERANTZ LLP**

1  By: */s/ Stephen M. Lobbin*  By: */s/ Austin P. Van*
2  Stephen M. Lobbin (SBN 181195)  Jeremy A. Lieberman (admitted *pro hac vice*)
3  888 Prospect Street, Suite 200
   La Jolla, California 92037  Austin P. Van (admitted *pro hac vice*)
4  Telephone: (949) 636-1391  600 Third Avenue, 20th Floor
   sml@smlavvocati.com  New York, New York 10016
5  Telephone: (212) 661-1100
6  *Counsel for Defendants*  Facsimile: (917) 463-1044
   jalieberman@pomlaw.com
7  avan@pomlaw.com
8  Jennifer Pafiti (SBN 282790)
   1100 Glendon Avenue, 15th Floor
9  Los Angeles, California 90024
10  Telephone: (310) 405-7190
   jpafiti@pomlaw.com
11
12  *Lead Counsel for Class Representative*

JOINT MOTION FOR TEMPORARY STAY PENDING MEDIATION: No. 3:21-cv-00687-AJB (MSB)
2

## SIGNATURE ATTESTATION

I hereby attest that the other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Austin P. Van*
Austin P. Van

**CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's CM/ECF system.

*/s/ Austin P. Van*
Austin P. Van