**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Lead Counsel for the Class*

*- additional counsel on signature page -*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED USMAN ALI, Individually and on Behalf of All Others Similarly Situated, | No. 3:21-cv-00687-AJB (MSB) |
| Plaintiff, | **JOINT MOTION TO CONTINUE TEMPORARY STAY OF PROCEEDINGS** |
| vs. | |
| FRANKLIN WIRELESS CORP., et al., | |
| Defendants. | |

On April 6, 2023, the parties filed a joint motion to stay the action in light of a mediation session scheduled for May 1, 2023. (ECF No. 57.) On April 10, 2023, the Court issued an order temporarily staying the proceedings until June 20, 2023, and directed the parties to file a joint status report advising the Court of the outcome of the mediation on or before June 20, 2023. (ECF No. 58.)

The parties, by and through their respective attorneys of record, hereby jointly move this Court for an order extending the temporary stay of proceedings in this action, and continuing all deadlines other than those related to settlement, *sine die*, and in support thereof, jointly state as follows:

1.      On May 1, 2023, the parties participated in a mediation session with mediator Jed. D. Melnick Esq., an experienced mediator at JAMS.

2.      On May 24, 2023, Class Representative Gergely Csaba ("Plaintiff") moved the Court, pursuant to Fed. R. Civ. P. 23(a), 23(b)(3), and 23(g), for an Order: (1) preliminarily approving the proposed settlement set forth in the Stipulation of Settlement dated May 23, 2023 (the "Stipulation"); (2) appointing Epiq as Settlement Administrator; (3) approving the proposed form and manner of disseminating notice to the Class; (4) setting deadlines for the dissemination of notice, the submission of proofs of claim and requests for exclusion, the filing of objections, and the filing of Plaintiff's motion for final approval of the Settlement and Class Counsel's application for attorneys' fees and expenses; and (5) setting a date for the final approval hearing. (ECF No. 63.)

3.      On May 26, 2023, the Court issued an Order setting the briefing schedule and motion hearing. (ECF No. 64.)

4.      On May 31, 2023, Defendants Franklin Wireless Corp., OC Kim, and David Brown (the "Defendants,") filed a Notice of Joinder in Lead Plaintiffs' Motion for Preliminary Approval of Class Action Settlement joining Plaintiff's motion for preliminary approval of settlement. (ECF No. 66.)

5.      WHEREFORE, the parties respectfully request that the court enter an order extending the temporary stay of proceedings in this action, and continuing all deadlines other than those related to settlement, *sine die*, and granting such other and further relief as the Court deems just and proper.


Dated:  June 20, 2023


| | |
|---|---|
| /s/ Austin P. Van | /s/ Stephen Lobbin |
| **POMERANTZ LLP** | **SML AVVOCATI P.C.** |
| Jeremy A. Lieberman (admitted *pro hac vice*) | Stephen Lobbin |
| | 888 Prospect Street, Suite 200 |
| Austin P. Van (admitted *pro hac vice*) | San Diego, California 92037 |
| 600 Third Avenue, 20th Floor | Telephone: (949) 636-1391 |
| New York, New York 10016-1917 | Email: sml@smlavvocati.com |
| Telephone: 212-661-1100 | |
| Facsimile: (917) 463-1044 | **SELTZER CAPLAN MCMAHON VITEK** |
| Email: jalieberman@pomlaw.com | |
| Email: avan@pomlaw.com | Richard D. Gluck |
| | 750 B Street, Suite 2100 |
| **POMERANTZ LLP** | San Diego, CA 92101-8177 |
| Jennifer Pafiti (SBN 282790) | Telephone:  (619) 685-3090 |
| 1100 Glendon Avenue, 15th Floor | Facsimile:  (619) 685-3100 |
| Los Angeles, California 90024 | Email:  gluck@scmv.com |
| Telephone: (310) 405-7190 | |
| E-mail: jpafiti@pomlaw.com | *Counsel for Defendants* |
| | |
| *Class Counsel* | |
| | |
| **THE PORTNOY LAW FIRM** | |
| Lesley F. Portnoy | |
| 1800 Century Park East, Suite 600 | |
| Los Angeles, California 90067 | |
| Telephone: (310) 692-8883 | |
| Facsimile: (212) 697-7296 | |
| Email: lesley@portnoylaw.com | |
| | |
| *Additional Class Counsel* | |

## SIGNATURE ATTESTATION

I hereby attest that the other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Austin P. Van*
Austin P. Van

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 20, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's CM/ECF system.

*/s/ Austin P. Van*
Austin P. Van