**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
Email: jpafiti@pomlaw.com

*Lead Counsel for the Class*

*- additional counsel on signature page -*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED USMAN ALI, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> FRANKLIN WIRELESS CORP., et al., <br><br> Defendants. | No. 3:21-cv-00687-AJB (MSB) <br><br> CLASS ACTION |

**DECLARATION OF AUSTIN P. VAN IN SUPPORT OF JOINT MOTION TO CONTINUE TEMPORARY STAY OF PROCEEDINGS**

DECLARATION OF AUSTIN P. VAN IN SUPPORT OF JOINT MOTION TO CONTINUE
TEMPORARY STAY OF PROCEEDINGS

I, Austin P. Van, declare as follows:

1.      I am a Partner at Pomerantz LLP, court-appointed Class Counsel in the action. I am admitted *pro hac vice* in this action. I respectfully submit this declaration in support of the Joint Motion to Continue Temporary Stay of Proceedings.

2.      On April 6, 2023, the parties filed a joint motion to stay the action in light of a mediation session scheduled for May 1, 2023. (ECF No. 57.) On April 10, 2023, the Court issued an order temporarily staying the proceedings until June 20, 2023, and directed the parties to file a joint status report advising the Court of the outcome of the mediation on or before June 20, 2023. (ECF No. 58.)

3.      On May 1, 2023, the parties participated in a mediation session with mediator Jed. D. Melnick Esq., an experienced mediator at JAMS.

4.      On May 24, 2023, Class Representative Gergely Csaba ("Plaintiff") moved the Court, pursuant to Fed. R. Civ. P. 23(a), 23(b)(3), and 23(g), for an Order: (1) preliminarily approving the proposed settlement set forth in the Stipulation of Settlement dated May 23, 2023 (the "Stipulation"); (2) appointing Epiq as Settlement Administrator; (3) approving the proposed form and manner of disseminating notice to the Class; (4) setting deadlines for the dissemination of notice, the submission of proofs of claim and requests for exclusion, the filing of objections, and the filing of Plaintiff's motion for final approval of the Settlement and Class Counsel's application for attorneys' fees and expenses; and (5) setting a date for the final approval hearing. (ECF No. 63.)

5.      On May 26, 2023, the Court issued an Order setting the briefing schedule and motion hearing. (ECF No. 64.)

6.      On May 31, 2023, Defendants Franklin Wireless Corp., OC Kim, and David Brown (the "Defendants,") filed a Notice of Joinder in Lead Plaintiffs' Motion for Preliminary Approval of Class Action Settlement joining Plaintiff's motion for preliminary approval of settlement. (ECF No. 66.)

- 1 -

7.      Therefore, the parties have met and conferred and respectfully request that the court enter an order extending the temporary stay of proceedings in this action, and continuing all deadlines other than those related to settlement, *sine die*, and granting such other and further relief as the Court deems just and proper.

I declare under penalty of perjury under the law of the United States that the foregoing is true and correct.

Executed this June 20, 2023 at New York, New York.

/s/ Austin P. Van
Austin P. Van

- 2 -
DECLARATION OF AUSTIN P. VAN IN SUPPORT OF JOINT MOTION TO CONTINUE
TEMPORARY STAY OF PROCEEDINGS

**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ Austin P. Van
Austin P. Van

DECLARATION OF AUSTIN P. VAN IN SUPPORT OF JOINT MOTION TO CONTINUE TEMPORARY STAY OF PROCEEDINGS