# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED USMAN ALI, Individually and on Behalf of All Others Similarly Situated,<br><br>                                  Plaintiff,<br><br>        vs.<br><br>FRANKLIN WIRELESS CORP., et al.,<br><br>                                  Defendants. | No. 3:21-cv-00687-AJB (MSB)<br><br>**ORDER DENYING JOINT MOTION TO VACATE HEARING**<br><br>(Doc. No. 67) |

The Court finds it inappropriate to vacate the hearing at this time.

IT IS SO ORDERED.

Dated:  June 20, 2023

_____
Hon. Anthony J. Battaglia
United States District Judge

[PROPOSED] ORDER GRANTING JOINT MOTION TO VACATE HEARING