# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED USMAN ALI, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> FRANKLIN WIRELESS CORP., et al., <br><br> Defendants. | No. 3:21-cv-00687-AJB (MSB) <br><br> **ORDER DENYING JOINT MOTION TO CONTINUE TEMPORARY STAY OF PROCEEDINGS** <br><br> (Doc. No. 68) |

21CV0687

Before the Court is the Parties' Joint Motion to Continue Temporary Stay of Proceedings. Considering the pending motion for preliminary approval of settlement, the Court does not find a stay of proceedings appropriate. The motion is denied without prejudice to the parties' filing of a joint motion to continue or vacate the deadlines set forth in the Scheduling Order before Magistrate Judge Berg.

IT IS SO ORDERED.

Dated: June 20, 2023

Hon. Anthony J. Battaglia
United States District Judge

21CV0687