UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED USMAN ALI, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>FRANKLIN WIRELESS CORP., et al.,<br><br>Defendants. | Case No.: 21cv687-AJB (MSB)<br><br>**ORDER GRANTING JOINT MOTION TO VACATE SCHEDULING DEADLINES [ECF NO. 71]** |

Pending before the Court is the parties' Joint Motion to Vacate Scheduling Deadlines. (ECF No. 71.) The parties explain that on May 1, 2023, they participated in a private mediation session resulting in a settlement of all claims. (Id. at 2.) Plaintiff subsequently filed a motion for preliminary approval of the settlement, which is now fully briefed and set for hearing on August 30, 2023. (Id.) Considering the settlement, the parties ask the Court for "an order vacating all deadlines set forth in the Scheduling Order except for deadlines concerning approval of the settlement." (Id.)

/ / /

/ / /

/ / /

1

Finding good cause and after consulting with the chambers of the Honorable Judge Anthony J. Battaglia, the Court hereby **GRANTS** the parties' Joint Motion and **VACATES** all deadlines set forth in the April 11, 2023, Scheduling Order [ECF No. 59].

**IT IS SO ORDERED.**

Dated:  June 23, 2023

Honorable Michael S. Berg
United States Magistrate Judge

21cv687-AJB (MSB)