**POMERANTZ LLP**
Jennifer Pafiti (CA Bar No. 282790)
Austin P. Van (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
jpafiti@pomlaw.com
avan@pomlaw.com

*Counsel for Class*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOHAMMED USMAN ALI, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>Plaintiffs<br><br>v.<br><br>FRANKLIN WIRELESS CORP., OC KIM, and DAVID BROWN,<br><br>Defendants. | Case No.:  3:21-cv-00687-AJB-MSB<br><br>**NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES AND AWARD TO PLAINTIFF**<br><br><u>CLASS ACTION</u><br><br>Hearing Date: October 10, 2024<br>Time: 2:00 PM<br>Judge: Honorable Anthony J. Battaglia<br>Courtroom 4A (4th Floor – Schwartz) |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that pursuant to the Order Granting Plaintiff's Renewed Motion for Preliminarily Approval of Class Action Settlement (ECF No. 77), on October 10, 2024 at 2:00 p.m., in the courtroom of the Honorable Anthony J. Battaglia, United States District Judge for the Southern District of California, located at 221 West Broadway, San Diego, California 92101, Courtroom 4A, Class Representative Gergely Csaba ("Plaintiff") will, and does, move this Court, for entry of an order awarding:  (i) attorneys' fees of 33.33% of the Settlement, or $799,920.00; (ii) expense reimbursement of $166,383.87; and (iii) an award of $7,500 to Plaintiff.

This Motion is based on the Memorandum of Points and Authorities in Support of Motion for Award of Attorneys' Fees and Expenses and Award to Plaintiff, the Declaration of Austin P. Van and all exhibits attached thereto, all records and papers on file in this action, and any argument offered at a hearing on this motion.

Dated:   September 19, 2024                 Respectfully submitted,

**POMERANTZ  LLP**

*/s/ Austin P. Van*

Jeremy A. Lieberman
Austin P. Van
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
avan@pomlaw.com

*Counsel for Class*

**THE PORTNOY LAW FIRM**
Lesley F. Portnoy
1800 Century Park East, Suite 600
Los Angeles, California 90067
Telephone: (310) 692-8883

NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES AND AWARD TO PLAINTIFF; 3:21-cv-00687-AJB-MSB

Facsimile: (212) 697-7296
lesley@portnoylaw.com

*Additional Class Counsel*

NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS' FEES AND
EXPENSES AND AWARD TO PLAINTIFF; 3:21-cv-00687-AJB-MSB

**CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Austin P. Van*
Austin P. Van

NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES AND AWARD TO PLAINTIFF; 3:21-cv-00687-AJB-MSB