# Exhibit 2

**POMERANTZ LLP**
Jennifer Pafiti (CA Bar No. 282790)
Austin P. Van (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
jpafiti@pomlaw.com
avan@pomlaw.com

*Counsel for Class*

[Additional Counsel on Signature Page]

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED USMAN ALI, Individually and on Behalf of All Other Persons Similarly Situated, <br><br> Plaintiffs <br><br> v. <br><br> FRANKLIN WIRELESS CORP., OC KIM, and DAVID BROWN, <br><br> Defendants. | Case No.:  3:21-cv-00687-AJB-MSB <br><br> <u>CLASS ACTION</u> <br><br> Hearing Date: October 10, 2024 <br> Time: 2:00 PM <br> Judge: Honorable Anthony J. Battaglia <br> Courtroom 4A (4th Floor – Schwartz) |

## DECLARATION OF GERGELY CSABA

I, Gergely Csaba, declare as follows:

1.    I am court-appointed Class Representative (or "Plaintiff") in the above-captioned class action ("Action").  I submit this declaration in support of the motions for:  (1) Final Approval of Settlement and Plan of Allocation; and (2) Award of Attorneys' Fees and Expenses and Award to Plaintiff.

2.    I have personal knowledge of the matters set forth in this declaration and, if called upon, I could and would competently testify to these matters.

3.    I am aware of and understand the requirements and responsibilities of a representative plaintiff in a securities class action, including those set forth in the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u, and I have discharged those duties to the best of my abilities.

4.    I, Gergely Csaba, reside in Budapest, Hungary, and I am Head of Operations for Duplex3D GmbH.

5.    I approved the settlement of this Action for $2,400,000.

6.    I have been actively involved in the prosecution of this case since I sought to be appointed as lead plaintiff in this Action.

7.    In fulfillment of the responsibilities of the Plaintiff on behalf of the members of the Class in this Action, I have worked closely with Class Counsel regarding all aspects of the litigation and the resolution of the Action.

8.    I have diligently pursued the effective prosecution of this action. Throughout the litigation, I received periodic status reports from Class Counsel on case developments and participated in regular discussions concerning the prosecution of the Action, the strengths of and risks of the claims, and potential settlement. Among other things, throughout the course of this Action, I: (a) regularly communicated with Class Counsel by phone and email concerning case status, Court orders, and strategy, including with respect to pre-trial discovery and the collection of potentially relevant hard copy and electronic documents, and participated in strategic decisions regarding the posture and progress of the case, as well as litigation

DECLARATION OF GERGELY CSABA; 3:21-cv-00687-AJB-MSB

strategy; (b) authorized the filing of the motion seeking to be appointed as Lead Plaintiff and reviewed all significant pleadings and briefs filed in the Action, including the complaints, motions, and discovery requests; (c) reviewed Court orders and discussed them with Class Counsel; (d) evaluated and approved the proposed Settlement; and (e) reviewed the settlement documents.

9.    I was fully committed to actively prosecuting the action in the best interest of the Class. I discharged my obligations to participate in this action by supervising this litigation and my counsel and was at all times prepared to give deposition testimony and to testify at trial.

10.    Based on my involvement throughout the prosecution and resolution of the claims asserted in the Action, I believe that the Settlement provides an excellent recovery for the Class, particularly in light of the risks of continued litigation. Thus, I believe that the proposed Settlement is fair, reasonable, and adequate to the Class and I strongly endorse approval of the Settlement by the Court.

11.    I believe that Class Counsel's request for an award of attorneys' fees in the amount of 33.33% of the Settlement Fund is fair and reasonable in light of the work Class Counsel performed on behalf of the Class. I have evaluated Class Counsel's fee request by considering the work performed, the recovery obtained for the Class, and the risks of the Action, and have authorized this fee request for the Court's ultimate determination.

12.    I further believe that the litigation expenses being requested for reimbursement to Class Counsel are reasonable and represent costs and expenses necessary for the prosecution and resolution of the claims in the Action. Based on the foregoing, and consistent with my obligation to the Class to obtain the best result at the most efficient cost, I fully support Class Counsel's motion for an award of attorneys' fees and reimbursement of litigation expenses.

13.    I understand that the PSLRA provides for the reimbursement of costs and expenses (including lost wages) incurred or otherwise absorbed by a

representative plaintiff in connection with services rendered in the course of litigation. I believe that I fulfilled my fiduciary duties to class members to work with counsel to make sure the class received fair and adequate representation. I have done my best to promote the interests of the class vigorously and to obtain the largest recovery possible under the circumstances, which I believe the Settlement achieves.

14.    The time that I devoted to the representation of the Class in this Action was time that I otherwise would have spent on other activities and, thus, represented a cost to me. I seek reimbursement in the amount of $7,500 for the time I devoted to participating in this Action on behalf of the Class. It is my belief that this request for reimbursement is fair and reasonable.

15.    I believe that the time and effort I devoted to this litigation was necessary to help achieve the Settlement for the Class.

16.    Accordingly, I respectfully request that the Court approve a payment in the amount of $7,500, as reimbursement for the time spent, and efforts I made on behalf of the Class. I believe this request is fair and reasonable.

17.    In conclusion, I strongly endorse the Settlement as fair, reasonable, and adequate. I respectfully request that the Court approve: (a) the motion for final approval of the proposed Settlement and approval of the proposed plan of allocation; (b) the motion for an award of attorneys' fees and reimbursement of litigation expenses, including the request for reimbursement of the reasonable costs and expenses incurred in connection with my representation of the Class.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 19, 2024.

By:    _____
       Gergely Csaba

- 3 -

DECLARATION OF GERGELY CSABA; 3:21-cv-00687-AJB-MSB

**CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

*/s/ Austin P. Van*
Austin P. Van