**POMERANTZ LLP**
Jennifer Pafiti (CA Bar No. 282790)
Austin P. Van (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
jpafiti@pomlaw.com
avan@pomlaw.com

*Counsel for Class*

[Additional Counsel on Signature Page]

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED USMAN ALI, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>                              Plaintiffs<br><br>              v.<br><br>FRANKLIN WIRELESS CORP., OC KIM, and DAVID BROWN,<br><br>                              Defendants. | Case No.:  3:21-cv-00687-AJB-MSB<br><br>**SUPPLEMENTAL DECLARATION OF AUSTIN P. VAN IN FURTHER SUPPORT OF PLAINTIFF'S MOTIONS FOR (I) FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION; AND (II) AWARD OF ATTORNEYS' FEES AND EXPENSES AND AWARD TO PLAINTIFF**<br><br>CLASS ACTION<br><br>Hearing Date: November 14, 2024<br>Time: 2:00 PM<br>Judge: Honorable Anthony J. Battaglia<br>Courtroom 4A (4th Floor – Schwartz) |

I, Austin P. Van, declare, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am a Partner of the law firm of Pomerantz LLP ("Pomerantz"), court-appointed Class Counsel for Class Representative Gergely Csaba ("Plaintiff"), and counsel for the Class.  I was personally involved in the litigation of this securities class action.  I am an attorney duly licensed to practice law in New York and before this Court, on a *pro hac vice* basis.  I have personal knowledge of the matters set forth herein based on my participation in the prosecution and settlement of the claims asserted on behalf of the Class in this Action.[1]

2.      I respectfully submit this Declaration in further support of Plaintiff's Motions, pursuant to Federal Rule of Civil Procedure 23, for final approval of the proposed $2,400,000 settlement (the "Settlement") that the Court preliminarily approved by Order dated April 22, 2024 (the "Preliminary Approval Order") (ECF No. 77); as well as final approval of the proposed plan for allocating the proceeds of the Net Settlement Fund to eligible Class Members (the "Plan of Allocation") (collectively, the "Final Approval Motion") (ECF No. 83).

3.      I also respectfully submit this Declaration in further support of Plaintiff's motion for an award of attorneys' fees in the amount of 33.33% of the Settlement Fund, which equates to $799,920, plus interest earned at the same rate as the Settlement Fund; reimbursement of Class Counsel's out-of-pocket expenses in the amount of $166,383.87; and an award to Plaintiff of $7,500, in accordance with the Private Securities Litigation Reform Act of 1995 ("PSLRA") in connection with his representation of the Class (the "Fee and Expense Application") (ECF No. 84).

4.      Attached hereto as **Exhibit A** is a true and correct copy of the Second Supplemental Declaration of Joseph Mahan on Behalf of Epiq Class Action and

---

[1] Unless otherwise defined herein, capitalized terms take the same meaning provided in the Amended Stipulation and Agreement of Settlement, filed on February 26, 2024 ("Amended Stipulation") (Dkt. No. 75-2).

Claims Solution, Inc. ("Epiq") Regarding Timely Claims Received, Exclusions, and Objections ("Second Suppl. Mailing Decl."), dated October 10, 2024.

5.      Attached hereto as **Exhibit B** is a true and correct copy of the [Proposed] Final Judgement Approving Class Action Settlement.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of October 2024, at New York, New York.

By:      _/s/ Austin P. Van_
              Austin P. Van

DECLARATION OF AUSTIN P. VAN; 3:21-cv-00687-AJB-MSB

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Austin P. Van*
Austin P. Van