# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED USMAN ALI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FRANKLIN WIRELESS CORP., OC KIM, and DAVID BROWN,<br><br>Defendants. | Case No.: 21-cv-00687-AJB-MSB<br><br>**SECOND SUPPLEMENTAL DECLARATION OF JOSEPH MAHAN REGARDING TIMELY CLAIMS RECEIVED, EXCLUSIONS, AND OBJECTIONS** |

I, Joseph Mahan, declare and state as follows:

1.    I am a Settlement Project Manager employed by Epiq Class Action & Claims Solutions, Inc. ("Epiq") located at 777 Third Avenue, New York, NY 10017. The following statements are based on my personal knowledge and information provided to me by other Epiq employees, and if called to testify, I could and would do so competently.

2.    Pursuant to page 4, ¶B of the Order dated April 22, 2024 ("Preliminary Approval Order"), Epiq was appointed as the Claims Administrator to supervise and administer the notice procedure as well as the processing of claims in connection with the settlement (the "Settlement") of the above-captioned action (the "Action").

I have the responsibility for overseeing all aspects of the notice and claims administration services performed by Epiq with respect to the Settlement.

3.      I submit this declaration in order to provide the Court and the parties to the Action with information regarding: (1) Dissemination of the Notice; (2) Claims received; (3) the number of hits to the Settlement website and Toll-Free Number; and (4) Report of Requests for Exclusion and Objections to date by Epiq.

## I.      **<u>DISSEMINATION OF THE NOTICE</u>**

4.      As previously described in my Declaration Regarding (1) the mailing of the Notice of Pendency and Proposed Settlement of Class Action ("Notice") and Proof of Claim and Release ("Claim Form" or "Proof of Claim") (collectively, the "Notice Packet"); (2) the publication of the Summary Notice; and (3) the establishment of the website and toll-free number dedicated to this class action, in accordance with the Preliminary Approval Order, Epiq has continued to disseminate copies of the Notice Packet in response to requests from potential Class Members, brokers, and other nominees.  Through October 10, 2024, Epiq has disseminated a total of 2,704 Notice Packets to potential Class Members and nominees.

## II.      **<u>SETTLEMENT WEBSITE AND TOLL-FREE TELEPHONE NUMBER</u>**

5.      Epiq established and continues to maintain a website dedicated solely to this settlement (www.FranklinWirelessSettlement.com) (the "Settlement

Website") to inform class members about the settlement and provide answers to frequently asked questions.  Copies of the Notice, Proof of Claim, Stipulation, and Notice Order are posted on the website and are available for downloading. Class Members can also complete and submit a Proof of Claim through the Settlement Website, which contains fillable forms with electronic signature capability. To date, the Settlement Website has received 1,549 hits.

6.     Epiq continues to maintain the toll-free telephone number (877) 723-2630 and Interactive Voice Recording ("IVR") to accommodate inquiries from potential Class Members. To date, Epiq has received 26 total IVR calls and 16 Live Operator calls.

## III.    <u>CLAIMS RECEIVED</u>

7.     The Notice and Claim Form instructed potential Class Members to submit their claims online no later than August 22, 2024, or by mail postmarked no later than August 22, 2024.  As of October 10, 2024, Epiq has received 814 Claim Forms. In Epiq's experience, a significant number of claims are typically received close to the claim filing deadline. Epiq continues to review and process these claims.

## IV.    <u>REQUESTS FOR EXCLUSION AND OBJECTIONS RECEIVED TO DATE</u>

8.     Pursuant to the Preliminary Approval Order, Class Members who wish to be excluded from the Class are required to mail their written request to Epiq so

that the request is received by September 18, 2024.  As of the date of this Supplemental Declaration, Epiq has received no requests for exclusion.

9.    Additionally, the Preliminary Approval Order directed Class Members to submit their objections to the Court and counsel for the Parties.  Epiq has not received any misdirected objections as of the date of this Supplemental Declaration.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed this 10th day of October, 2024, at Philadelphia, Pennsylvania.

*Joseph Mahan*
_____
Joseph Mahan
Epiq Class Action and Claims Solutions, Inc.