**POMERANTZ LLP**
Jennifer Pafiti (CA Bar No. 282790)
Austin P. Van (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
jpafiti@pomlaw.com
avan@pomlaw.com

*Counsel for Class*

[Additional Counsel on Signature Page]

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED USMAN ALI, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>               Plaintiffs<br><br>      v.<br><br>FRANKLIN WIRELESS CORP., OC KIM, and DAVID BROWN,<br><br>              Defendants. | Case No.:  3:21-cv-00687-AJB-MSB<br><br>**SUPPLEMENTAL DECLARATION OF AUSTIN P. VAN IN SUPPORT OF PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES AND AWARD TO PLAINTIFF**<br><br><u>CLASS ACTION</u><br><br>Hearing Date: November 25, 2024<br>Time: 3:00 PM<br>Judge: Honorable Anthony J. Battaglia<br>Courtroom 4A (4th Floor – Schwartz) |

I, Austin P. Van, declare, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am a Partner of the law firm of Pomerantz LLP ("Pomerantz"), court-appointed Class Counsel for Class Representative Gergely Csaba ("Plaintiff"), and counsel for the Class.  I was personally involved in the litigation of this securities class action.  I am an attorney duly licensed to practice law in New York and before this Court, on a *pro hac vice* basis.  I have personal knowledge of the matters set forth herein based on my participation in the prosecution and settlement of the claims asserted on behalf of the Class in this Action.[1]

2.      I respectfully submit this supplemental declaration pursuant to the Court's Order Requiring Plaintiff Supplement and Resetting Motion Hearing Dates (ECF No. 92), and in further support of Plaintiff's Motion for an award of attorneys' fees and expenses and award to Plaintiff (the "Fee and Expense Application") (ECF No. 84).

3.      As detailed in my September 19, 2024 Declaration (Dkt. No. 85), my firm is seeking reimbursement for a total of $166,383.87 in expenses incurred in connection with the prosecution of this Action from its inception through and including September 17, 2024.

4.      The expenses reflected in my September 19, 2024 Declaration are the expenses actually incurred by my firm, and I provide further supplemental information and documentation as follows:

(a)      Online Research and Document Retrieval ($3,285.64):  These charges are for out-of-pocket payments to vendors for research done in connection with the litigation.  It includes research using Westlaw ($1,027.08), Pacer ($140.60), BNA (Bloomberg) ($252.70), and Lexis ($1,865.26).  For Pacer, the charges are based on actual time usage at a

---

[1] Unless otherwise defined herein, capitalized terms take the same meaning provided in the Amended Stipulation and Agreement of Settlement, filed on February 26, 2024 ("Amended Stipulation") (Dkt. No. 75-2).

DECLARATION OF AUSTIN P. VAN; 3:21-cv-00687-AJB-MSB

set rate by the vendor.  For Westlaw, BNA and Lexis, Pomerantz pays a flat monthly fee and allocates the costs to a given case on a pro-rata basis.  Online Research expenses in this Action extend from July 2021 through June 2024.  There are no administrative charges included in these figures.  A true and correct copy of the billing records in connection with these charges is attached as **Exhibit A**.

(b)     Discovery Vendor ($40,556.60):  These charges pertain to data hosting and user access costs for electronic discovery obtained during this litigation paid to discovery vendor vdiscovery.  A true and correct copy of the invoices in connection with these charges is attached as **Exhibit B**.

(c)     Expert Fees ($84,274.75):  These charges are broken down among three vendors.  Stanford Consulting Group Inc. ($14,702.00) (Zachary Nye, Ph.D.; Dr. Faye Fort, Ph.D, damages experts); Fideres Partners LLP ($69,292.75) (Sorin Sorescu, Ph.D., economic expert); and Serve Index LLC ($280.00) (a process server fee paid to Serve Index for serving a subpoena in this case).

1.  Dr. Nye's hourly rates were $900 in 2022 and $990 in 2023. Dr. Fort's hourly rates were $750 in 2021 and $825 in 2023.  The hourly rate for other Stanford Consulting Group Inc. professionals involved in this Action was $400.  The rates for Dr. Nye and Dr. Fort are consistent with rates that have been accepted in other securities or shareholder litigation.  Redacted copies (redacting vendor account details) of Stanford Consulting Group Inc.'s invoices are attached hereto as **Exhibit C**.  Dr. Nye and Dr. Fort analyzed potential damages and provided detailed analysis in the case to allow Class Counsel to properly evaluate the value of the Class's Claims.  A copy of this analysis is attached as **Exhibit D**.

2. Dr. Sorescu's hourly rate in this action was $650 per hour. The hourly rates for other Fideres professionals involved in this Action range from $385 to $1,120. The rates for Dr. Sorescu are consistent with rates that have been accepted in other securities or shareholder litigation. Redacted copies (redacting vendor account details) of Fideres Partners LLP's invoices are attached hereto as **Exhibit E**. Dr. Sorescu analyzed and evaluated the case and relevant materials related to market efficiency, in order to prepare his July 22, 2022 Expert Report for this case, which was filed in connection with Plaintiff's Motion for Class Certification (Dkt. No. 41-2). A copy of this Report is attached as **Exhibit F**.

(d) Investigator Fees ($15,460.21): These charges are broken down among two vendors, both of which provided investigative services for the Firm in connection with the comprehensive factual investigation into the claims at issue in the case and Defendants. Onpoint Investigations LLC ($14,985.21) and Kelmar Global ($475.00). These services included, among other things, interviews of former Franklin employees and third parties, preparation of detailed memoranda, and investigative research. This investigation was critical in furtherance of the case, and particularly in preparation of the complaints. Onpoint charges $175 per hour for investigative services. Kelmar Global charges $95 per hour for investigative services. These rates are consistent with rates that have been accepted in other securities or shareholder litigation. A true and correct redacted copy (redacting vendor account details) of the invoices in connection with these charges is attached as **Exhibit G**.

5. The expenses incurred by Pomerantz in the Action are reflected on the books and records of my firm. These books and records are prepared from expense vouchers, check records, and other source materials and are an accurate record of the

expenses occurred.  Attached hereto as **Exhibit H** is a detailed matter cost report based on our billing records, which shows the date, description, and amount of each expense for which we seek reimbursement.

6.    Attached hereto as **Exhibit I** is a true and correct copy of the Supplemental Declaration of Class Representative Gergely Csaba, dated November 13, 2024, in support of his requested $7,500 reimbursement.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of November 2024, at New York, New York.

By:  _____*/s/ Austin P. Van*_____
Austin P. Van

**CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ Austin P. Van
Austin P. Van