# Exhibit B

# **vdiscovery**

10 East 39th Street, New York, NY 10016
6th Floor, Phone: 1.212.2206111

## Invoice #I222842

*Payment Terms Are Net 30*

**Remit Payment To:**

*vdiscovery,*
*PO BOX 30953,*
*New York, NY 10087-0953*

**BILL TO:**

Pomerantz LLP
Austin Van, Esq.
600 Third Avenue
New York, NY 10016

**SHIP TO:**

Pomerantz LLP
Austin Van, Esq.
600 Third Avenue
New York, NY 10016

| Invoice Date | Salesperson | Account No | Contact Name | Phone Number |
|---|---|---|---|---|
| 4/30/2022 | JARED H | 5576 | Austin Van, Esq. | 212-661-1100 |

### **Matter: Ali v. Franklin Wireless - April 22' User**

| Description | Qty | Unit Price | Total |
|---|---|---|---|
| User: 1 @ $85.00 | 1.00 | $85.00 | $85.00 |

Page 1 of 1

*Thank You For Your Business.*
*Please Include Account Name And*
*Invoice Number With Payment*

POSTED _____

**Remit Payment By:  5/30/2022**
**Payment By Credit Card Accepted**

| | |
|---|---|
| SUBTOTAL: | $85.00 |
| TAX: | $7.54 |
| TOTAL: | $92.54 |
| PAID: | $0.00 |
| BALANCE DUE: | $92.54 |

# *v*discovery

10 East 39th Street, New York, NY 10016
6th Floor, Phone: 1.212.2206111

# Invoice #I222836

*Payment Terms Are Net 30*

**Remit Payment To:**

*vdiscovery,*
*PO BOX 30953,*
*New York, NY 10087-0953*

**BILL TO:**

Pomerantz LLP
Kenneth Schultz
600 Third Avenue
New York, NY 10016

**SHIP TO:**

Pomerantz LLP
Kenneth Schultz
600 Third Avenue
New York, NY 10016

| Invoice Date | Salesperson | Account No | Contact Name | Phone Number |
|---|---|---|---|---|
| 4/30/2022 | JARED H | 5576 | Austin Van | 646.581.9997 |

## Matter: Ali v. Franklin Wireless Corp

| Description | Qty | Unit Price | Total |
|---|---|---|---|
| **V127651 04/28/2022** | | | |
| Hosting: 1.00 GB @ $8.50 Per Month | 1.00 | $8.50 | $8.50 |
| **V127361 04/29/2022** | | | |
| PM Tech Time: 1.50 Hour(s) | 1.50 | $150.00 | $225.00 |
| Set up new workspace and upload outside production | | | |

Page 1 of 1

*Thank You For Your Business.*
*Please Include Account Name And*
*Invoice Number With Payment*

POSTED _____

*Remit Payment By: 5/30/2022*
*Payment By Credit Card Accepted*

| | |
|---|---|
| SUBTOTAL: | $233.50 |
| TAX: | $20.72 |
| TOTAL: | $254.22 |
| PAID: | $0.00 |
| BALANCE DUE: | $254.22 |



**vdiscovery**

10 East 39th Street, New York, NY 10016
6th Floor, Phone: 1.212.2206111

# Invoice #I223277

*Payment Terms Are Net 30*

**Remit Payment To:**

*vdiscovery,*
*PO BOX 30953,*
*New York, NY 10087-0953*

**BILL TO:**

Pomerantz LLP
Kenneth Schultz
600 Third Avenue
New York, NY 10016

**SHIP TO:**

Pomerantz LLP
Kenneth Schultz
600 Third Avenue
New York, NY 10016

| Invoice Date | Salesperson | Account No | Contact Name | Phone Number |
|---|---|---|---|---|
| 5/31/2022 | JARED H | 5576 | Austin Van | 646.581.9997 |

## Matter: Ali v. Franklin Wireless Corp

| Description | Qty | Unit Price | Total |
|---|---|---|---|
| V127651 Hosting: 1.00 GB @ $8.50 Per Month | 1.00 | $8.50 | $8.50 |

Page 1 of 1

*Thank You For Your Business.*
*Please Include Account Name And*
*Invoice Number With Payment*

POSTED _____

**Remit Payment By: 6/30/2022**
**Payment By Credit Card Accepted**

| | |
|---|---|
| SUBTOTAL: | $8.50 |
| TAX: | $0.75 |
| TOTAL: | $9.25 |
| PAID: | $0.00 |
| BALANCE DUE: | $9.25 |



**vdiscovery**

10 East 39th Street, New York, NY 10016
6th Floor, Phone: 1.212.2206111

# Invoice #I224337

*Payment Terms Are Net 30*

**Remit Payment To:**

*vdiscovery,*
*PO BOX 30953,*
*New York, NY 10087-0953*

**BILL TO:**

Pomerantz LLP
Austin Van, Esq.
600 Third Avenue
New York, NY 10016

**SHIP TO:**

Pomerantz LLP
Austin Van, Esq.
600 Third Avenue
New York, NY 10016

| Invoice Date | Salesperson | Account No | Contact Name | Phone Number |
|---|---|---|---|---|
| 7/31/2022 | JARED H | 5576 | Austin Van, Esq. | 212-661-1100 |

### Matter: Ali v. Franklin Wireless - July 22' User

| Description | Qty | Unit Price | Total |
|---|---|---|---|
| User: 1 @ $85.00 | 1.00 | $85.00 | $85.00 |

Page 1 of 1

*Thank You For Your Business.*
*Please Include Account Name And*
*Invoice Number With Payment*

POSTED _____

**Remit Payment By: 8/31/2022**
**Payment By Credit Card Accepted**

| | |
|---|---|
| SUBTOTAL: | $85.00 |
| TAX: | $7.54 |
| TOTAL: | $92.54 |
| PAID: | $0.00 |
| BALANCE DUE: | $92.54 |

# vdiscovery

10 East 39th Street, New York, NY 10016
6th Floor, Phone: 1.212.2206111

# Invoice #I224816

*Payment Terms Are Net 30*

**Remit Payment To:**

*vdiscovery,*
*PO BOX 30953,*
*New York, NY 10087-0953*

**BILL TO:**

Pomerantz LLP
Austin Van, Esq.
600 Third Avenue
New York, NY 10016

**SHIP TO:**

Pomerantz LLP
Austin Van, Esq.
600 Third Avenue
New York, NY 10016

| Invoice Date | Salesperson | Account No | Contact Name | Phone Number |
|---|---|---|---|---|
| 8/31/2022 | JARED H | 5576 | Austin Van, Esq. | 212-661-1100 |

## Matter: Ali v. Franklin Wireless - August 22' User - Non-Deferred

| Description | Qty | Unit Price | Total |
|---|---|---|---|
| User: 1 @ $85.00 | 1.00 | $85.00 | $85.00 |

Page 1 of 1

*Thank You For Your Business.*
*Please Include Account Name And*
*Invoice Number With Payment*

POSTED _____

**Remit Payment By: 9/30/2022**
**Payment By Credit Card Accepted**

| | |
|---|---|
| SUBTOTAL: | $85.00 |
| TAX: | $7.54 |
| TOTAL: | $92.54 |
| PAID: | $0.00 |
| BALANCE DUE: | $92.54 |



**Invoice #I225252**

*Payment Terms Are Net 30*

**Remit Payment To:**

*vdiscovery,*
*PO BOX 30953,*
*New York, NY 10087-0953*

10 East 39th Street, New York, NY 10016
6th Floor, Phone: 1.212.2206111

**BILL TO:**

Pomerantz LLP
Austin Van, Esq.
600 Third Avenue
New York, NY 10016

**SHIP TO:**

Pomerantz LLP
Austin Van, Esq.
600 Third Avenue
New York, NY 10016

| Invoice Date | Salesperson | Account No | Contact Name | Phone Number |
|---|---|---|---|---|
| 9/30/2022 | JARED H | 5576 | Austin Van, Esq. | 212-661-1100 |

## Matter: Ali v. Franklin Wireless - September 22' User - Non-Deferred

| Description | Qty | Unit Price | Total |
|---|---|---|---|
| User: 1 @ $85.00 | 1.00 | $85.00 | $85.00 |

Page 1 of 1

*Thank You For Your Business.*
*Please Include Account Name And*
*Invoice Number With Payment*

POSTED _____

**Remit Payment By:  11/1/2022**
**Payment By Credit Card Accepted**

| | |
|---|---|
| SUBTOTAL: | $85.00 |
| TAX: | $7.54 |
| TOTAL: | $92.54 |
| PAID: | $0.00 |
| BALANCE DUE: | $92.54 |


**vdiscovery**

10 East 39th Street, New York, NY 10016
6th Floor, Phone: 1.212.2206111

# Invoice #I225720

*Payment Terms Are Net 30*

**Remit Payment To:**

*vdiscovery,*
*PO BOX 30953,*
*New York, NY 10087-0953*

**BILL TO:**

Pomerantz LLP
Austin Van, Esq.
600 Third Avenue
New York, NY 10016

**SHIP TO:**

Pomerantz LLP
Austin Van, Esq.
600 Third Avenue
New York, NY 10016

| Invoice Date | Salesperson | Account No | Contact Name | Phone Number |
|---|---|---|---|---|
| 10/31/2022 | JARED H | 5576 | Austin Van, Esq. | 212-661-1100 |

**Matter: Ali v. Franklin Wireless - October 22' User - Non-Deferred**

| Description | Qty | Unit Price | Total |
|---|---|---|---|
| User: 1 @ $85.00 | 1.00 | $85.00 | $85.00 |

POSTED _____

Page 1 of 1

*Thank You For Your Business.*
*Please Include Account Name And*
*Invoice Number With Payment*

| | |
|---|---|
| SUBTOTAL: | $85.00 |
| TAX: | $7.54 |
| TOTAL: | $92.54 |
| PAID: | $0.00 |
| BALANCE DUE: | $92.54 |

**Remit Payment By: 11/30/2022**
**Payment By Credit Card Accepted**

# vdiscovery

10 East 39th Street, New York, NY 10016
6th Floor, Phone: 1.212.2206111

# Invoice #I226112

*Payment Terms Are Net 30*

**Remit Payment To:**

*vdiscovery,*
*PO BOX 30953,*
*New York, NY 10087-0953*

**BILL TO:**

Pomerantz LLP
Kenneth Schultz
600 Third Avenue
New York, NY 10016

**SHIP TO:**

Pomerantz LLP
Kenneth Schultz
600 Third Avenue
New York, NY 10016

| Invoice Date | Salesperson | Account No | Contact Name | Phone Number |
|---|---|---|---|---|
| 11/30/2022 | JARED H | 5576 | Austin Van | 646.581.9997 |

## Matter: Ali v. Franklin Wireless Corp

| Description | Qty | Unit Price | Total |
|---|---|---|---|
| **V127651**<br>Hosting: 1.00 GB @ $8.50 Per Month | 1.00 | $8.50 | $8.50 |

Page 1 of 1

*Thank You For Your Business.*
*Please Include Account Name And*
*Invoice Number With Payment*


POSTED _____

| | |
|---|---|
| SUBTOTAL: | $8.50 |
| TAX: | $0.75 |
| TOTAL: | $9.25 |
| PAID: | $0.00 |
| BALANCE DUE: | $9.25 |

**Remit Payment By:  12/30/2022**
**Payment By Credit Card Accepted**

# vdiscovery

10 East 39th Street, New York, NY 10016
6th Floor, Phone: 1.212.2206111

# Invoice #I226163

*Payment Terms Are Net 30*

**Remit Payment To:**

*vdiscovery,*
*PO BOX 30953,*
*New York, NY 10087-0953*

**BILL TO:**

Pomerantz LLP
Austin Van, Esq.
600 Third Avenue
New York, NY 10016

**SHIP TO:**

Pomerantz LLP
Austin Van, Esq.
600 Third Avenue
New York, NY 10016

| Invoice Date | Salesperson | Account No | Contact Name | Phone Number |
|---|---|---|---|---|
| 11/30/2022 | JARED H | 5576 | Austin Van, Esq. | 212-661-1100 |

## Matter: Ali v. Franklin Wireless - November 22' User - Non-Deferred

| Description | Qty | Unit Price | Total |
|---|---|---|---|
| User: 1 @ $85.00 | 1.00 | $85.00 | $85.00 |

Page 1 of 1

*Thank You For Your Business.*
*Please Include Account Name And*
*Invoice Number With Payment*

POSTED _____

*Remit Payment By:  12/30/2022*
*Payment By Credit Card Accepted*

| | |
|---|---|
| SUBTOTAL: | $85.00 |
| TAX: | $7.54 |
| TOTAL: | $92.54 |
| PAID: | $0.00 |
| BALANCE DUE: | $92.54 |



**10 East 39th Street, New York, NY 10016**
**6th Floor, Phone: 1.212.2206111**

# Invoice #I226665

**Payment Terms Are Net 30**

**Remit Payment To:**

*vdiscovery,*
*PO BOX 30953,*
*New York, NY 10087-0953*

**BILL TO:**

Pomerantz LLP
Austin Van, Esq.
600 Third Avenue
New York, NY 10016

**SHIP TO:**

Pomerantz LLP
Austin Van, Esq.
600 Third Avenue
New York, NY 10016

| Invoice Date | Salesperson | Account No | Contact Name | Phone Number |
|---|---|---|---|---|
| 12/31/2022 | JARED H | 5576 | Austin Van, Esq. | 212-661-1100 |

## Matter: Ali v. Franklin Wireless - December 22' User - Non-Deferred

| Description | Qty | Unit Price | Total |
|---|---|---|---|
| User: 1 @ $85.00 | 1.00 | $85.00 | $85.00 |

POSTED _____

Page 1 of 1

*Thank You For Your Business.*
*Please Include Account Name And*
*Invoice Number With Payment*

| | |
|---|---|
| SUBTOTAL: | $85.00 |
| TAX: | $7.54 |
| TOTAL: | $92.54 |
| PAID: | $0.00 |
| BALANCE DUE: | $92.54 |

**Remit Payment By: 1/31/2023**
**Payment By Credit Card Accepted**



## vdiscovery

10 East 39th Street, New York, NY 10016
6th Floor, Phone: 1.212.2206111

# Invoice #I226612

*Payment Terms Are Net 30*

**Remit Payment To:**

*vdiscovery,*
*PO BOX 30953,*
*New York, NY 10087-0953*

**BILL TO:**

Pomerantz LLP
Kenneth Schultz
600 Third Avenue
New York, NY 10016

**SHIP TO:**

Pomerantz LLP
Kenneth Schultz
600 Third Avenue
New York, NY 10016

| Invoice Date | Salesperson | Account No | Contact Name | Phone Number |
|---|---|---|---|---|
| 12/31/2022 | JARED H | 5576 | Austin Van | 646.581.9997 |

### Matter: Ali v. Franklin Wireless Corp

| Description | Qty | Unit Price | Total |
|---|---|---|---|
| V127651<br>Hosting: 1.00 GB @ $8.50 Per Month | 1.00 | $8.50 | $8.50 |

POSTED _____

Page 1 of 1

*Thank You For Your Business.*
*Please Include Account Name And*
*Invoice Number With Payment*

| | |
|---|---|
| SUBTOTAL: | $8.50 |
| TAX: | $0.75 |
| TOTAL: | $9.25 |
| PAID: | $0.00 |
| BALANCE DUE: | $9.25 |

**Remit Payment By:  1/31/2023**
**Payment By Credit Card Accepted**

# *vdiscovery*

10 East 39th Street, New York, NY 10016
6th Floor, Phone: 1.212.2206111

# Invoice #I227113

*Payment Terms Are Net 30*

**Remit Payment To:**

*vdiscovery,*
*PO BOX 30953,*
*New York, NY 10087-0953*

**BILL TO:**

Pomerantz LLP
Kenneth Schultz
600 Third Avenue
New York, NY 10016

**SHIP TO:**

Pomerantz LLP
Kenneth Schultz
600 Third Avenue
New York, NY 10016

| Invoice Date | Salesperson | Account No | Contact Name | Phone Number |
|---|---|---|---|---|
| 1/31/2023 | JARED H | 5576 | Austin Van | 646.581.9997 |

## Matter: Ali v. Franklin Wireless Corp

| Description | Qty | Unit Price | Total |
|---|---|---|---|
| **V127651**<br>Hosting: 150.59 GB @ $8.50 Per Month | 150.59 | $8.50 | $1,280.02 |
| **V130676 01/12/2023**<br>Data In: 233 GB | 233.00 | $30.00 | $6,990.00 |
| **V130676 01/12/2023**<br>PM Tech Time: 1.00 Hour(s)<br>Data out - Run search/filter and promote search result for review | 1.00 | $150.00 | $150.00 |
| Data Out: 122 GB | 122.00 | $75.00 | $9,150.00 |

Page 1 of 1

*Thank You For Your Business.*
*Please Include Account Name And*
*Invoice Number With Payment*

POSTED

**Remit Payment By:  2/28/2023**
**Payment By Credit Card Accepted**

| | |
|---|---|
| SUBTOTAL: | $17,570.02 |
| TAX: | $1,559.34 |
| TOTAL: | $19,129.36 |
| PAID: | $0.00 |
| BALANCE DUE: | $19,129.36 |

# vdiscovery

10 East 39th Street, New York, NY 10016
6th Floor, Phone: 1.212.2206111

# Invoice #I227426

**Payment Terms Are Net 30**

**Remit Payment To:**

vdiscovery,
PO BOX 30953,
New York, NY 10087-0953

**BILL TO:**

Pomerantz LLP
Austin Van, Esq.
600 Third Avenue
New York, NY 10016

**SHIP TO:**

Pomerantz LLP
Austin Van, Esq.
600 Third Avenue
New York, NY 10016

| Invoice Date | Salesperson | Account No | Contact Name | Phone Number |
|---|---|---|---|---|
| 1/31/2023 | JARED H | 5576 | Austin Van, Esq. | 212-661-1100 |

## Matter: Ali v. Franklin Wireless - January 23' - Non-Deferred

| Description | Qty | Unit Price | Total |
|---|---|---|---|
| User: 1 @ $85.00 | 1.00 | $85.00 | $85.00 |

POSTED _____

Page 1 of 1

*Thank You For Your Business.*
*Please Include Account Name And*
*Invoice Number With Payment*

| | |
|---|---|
| SUBTOTAL: | $85.00 |
| TAX: | $7.54 |
| TOTAL: | $92.54 |
| PAID: | $0.00 |
| BALANCE DUE: | $92.54 |

**Remit Payment By:  3/16/2023**
**Payment By Credit Card Accepted**


**vdiscovery**

10 East 39th Street, New York, NY 10016
6th Floor, Phone: 1.212.2206111

# Invoice #I227813

*Payment Terms Are Net 30*

__*Remit Payment To:*__

*vdiscovery,*
*PO BOX 30953,*
*New York, NY 10087-0953*

| BILL TO: | SHIP TO: |
|---|---|
| Pomerantz LLP<br>Austin Van, Esq.<br>600 Third Avenue<br>New York, NY 10016 | Pomerantz LLP<br>Austin Van, Esq.<br>600 Third Avenue<br>New York, NY 10016 |

| Invoice Date | Salesperson | Account No | Contact Name | Phone Number |
|---|---|---|---|---|
| 2/28/2023 | JARED H | 5576 | Austin Van, Esq. | 212-661-1100 |

### Matter: Ali v. Franklin Wireless User - February 23' - Non-Deferred

| Description | Qty | Unit Price | Total |
|---|---|---|---|
| User: 1 @ $85.00 | 1.00 | $85.00 | $85.00 |

Page 1 of 1

*Thank You For Your Business.*
*Please Include Account Name And*
*Invoice Number With Payment*

POSTED

**Remit Payment By:  4/5/2023**
**Payment By Credit Card Accepted**

| | |
|---|---|
| SUBTOTAL: | $85.00 |
| TAX: | $7.54 |
| TOTAL: | $92.54 |
| PAID: | $0.00 |
| BALANCE DUE: | $92.54 |


**vdiscovery**

10 East 39th Street, New York, NY 10016
6th Floor, Phone: 1.212.2206111

# Invoice #I227740

*Payment Terms Are Net 30*

*Remit Payment To:*

*vdiscovery,*
*PO BOX 30953,*
*New York, NY 10087-0953*

BILL TO:

SHIP TO:

Pomerantz LLP
Kenneth Schultz
600 Third Avenue
New York, NY 10016

Pomerantz LLP
Kenneth Schultz
600 Third Avenue
New York, NY 10016

| Invoice Date | Salesperson | Account No | Contact Name | Phone Number |
|---|---|---|---|---|
| 2/28/2023 | JARED H | 5576 | Austin Van | 646.581.9997 |

## Matter: Ali v. Franklin Wireless Corp

| Description | Qty | Unit Price | Total |
|---|---|---|---|
| V127651<br>Hosting: 150.59 GB @ $8.50 Per Month | 150.59 | $8.50 | $1,280.02 |

Page 1 of 1

*Thank You For Your Business.*
*Please Include Account Name And*
*Invoice Number With Payment*

POSTED _____

**Remit Payment By:  3/28/2023**
**Payment By Credit Card Accepted**

| | |
|---|---|
| SUBTOTAL: | $1,280.02 |
| TAX: | $113.60 |
| TOTAL: | $1,393.62 |
| PAID: | $0.00 |
| BALANCE DUE: | $1,393.62 |

# vdiscovery

10 East 39th Street, New York, NY 10016
6th Floor, Phone: 1.212.2206111

# Invoice #I228278

***Payment Terms Are Net 30***

***Remit Payment To:***

*vdiscovery,*
*PO BOX 30953,*
*New York, NY 10087-0953*

**BILL TO:**

Pomerantz LLP
Kenneth Schultz
600 Third Avenue
New York, NY 10016

**SHIP TO:**

Pomerantz LLP
Kenneth Schultz
600 Third Avenue
New York, NY 10016

| Invoice Date | Salesperson | Account No | Contact Name | Phone Number |
|---|---|---|---|---|
| 3/31/2023 | JARED H | 5576 | Austin Van | 646.581.9997 |

## Matter: Ali v. Franklin Wireless Corp

| Description | Qty | Unit Price | Total |
|---|---|---|---|
| **V127651** Hosting: 153.46 GB @ $8.50 Per Month | 153.46 | $8.50 | $1,304.41 |
| **V131790 03/10/2023** Page(s): 230 Price/Page: 0.03 | 230.00 | $0.03 | $6.90 |
| **V131778 03/09/2023** Page(s): 2310 Price/Page: 0.03 | 2,310.00 | $0.03 | $69.30 |
| **V131806 03/13/2023** PM Tech Time: 0.50 Hour(s) Create Production FW_PROD003 | 0.50 | $150.00 | $75.00 |
| **V132010 03/28/2023** PM Tech Time: 0.50 Hour(s) Create Production FW_PROD004 | 0.50 | $150.00 | $75.00 |
| **V131778 03/09/2023** PM Tech Time: 1.50 Hour(s) Create production FW_PROD001 | 1.50 | $150.00 | $225.00 |
| **V131790 03/10/2023** PM Tech Time: 1.50 Hour(s) Create production FW_PROD002 | 1.50 | $150.00 | $225.00 |

Page 1 of 1

*Thank You For Your Business.*
*Please Include Account Name And*
*Invoice Number With Payment*

POSTED _____

**Remit Payment By:  4/30/2023**
**Payment By Credit Card Accepted**

| | |
|---|---|
| SUBTOTAL: | $1,980.61 |
| TAX: | $175.78 |
| TOTAL: | $2,156.39 |
| PAID: | $0.00 |
| BALANCE DUE: | $2,156.39 |



**vdiscovery**

10 East 39th Street, New York, NY 10016
6th Floor, Phone: 1.212.2206111

# Invoice #I228079

*Payment Terms Are Net 30*

*Remit Payment To:*

*vdiscovery,*
*PO BOX 30953,*
*New York, NY 10087-0953*

**BILL TO:**

Pomerantz LLP
Austin Van, Esq.
600 Third Avenue
New York, NY 10016

**SHIP TO:**

Pomerantz LLP
Austin Van, Esq.
600 Third Avenue
New York, NY 10016

| Invoice Date | Salesperson | Account No | Contact Name | Phone Number |
|---|---|---|---|---|
| 3/31/2023 | JARED H | 5576 | Austin Van, Esq. | 212-661-1100 |

### Matter: Ali v. Franklin Wireless User - March 23' - Non-Deferred

| Description | Qty | Unit Price | Total |
|---|---|---|---|
| User: 2 @ $85.00 | 2.00 | $85.00 | $170.00 |

Page 1 of 1

*Thank You For Your Business.*
*Please Include Account Name And*
*Invoice Number With Payment*

POSTED _____

*Remit Payment By:  4/30/2023*
*Payment By Credit Card Accepted*

| | |
|---|---|
| SUBTOTAL: | $170.00 |
| TAX: | $15.09 |
| TOTAL: | $185.09 |
| PAID: | $0.00 |
| BALANCE DUE: | $185.09 |

# vdiscovery

10 East 39th Street, New York, NY 10016
6th Floor, Phone: 1.212.2206111

## Invoice #I228556

*Payment Terms Are Net 30*

*Remit Payment To:*

*vdiscovery,*
*PO BOX 30953,*
*New York, NY 10087-0953*

**BILL TO:**

Pomerantz LLP
Austin Van, Esq.
600 Third Avenue
New York, NY 10016

**SHIP TO:**

Pomerantz LLP
Austin Van, Esq.
600 Third Avenue
New York, NY 10016

| Invoice Date | Salesperson | Account No | Contact Name | Phone Number |
|---|---|---|---|---|
| 4/30/2023 | JARED H | 5576 | Austin Van, Esq. | 212-661-1100 |

### Matter: Ali v. Franklin Wireless User - Aril 23' - Non-Deferred

| Description | Qty | Unit Price | Total |
|---|---|---|---|
| User: 2 @ $85.00 | 2.00 | $85.00 | $170.00 |

Page 1 of 1

*Thank You For Your Business.*
*Please Include Account Name And*
*Invoice Number With Payment*

| | |
|---|---|
| SUBTOTAL: | $170.00 |
| TAX: | $15.09 |
| TOTAL: | $185.09 |
| PAID: | $0.00 |
| BALANCE DUE: | $185.09 |

**Remit Payment By:  5/30/2023**
**Payment By Credit Card Accepted**

(19)

# vdiscovery

10 East 39th Street, New York, NY 10016
6th Floor, Phone: 1.212.2206111

# Invoice #I228745

*Payment Terms Are Net 30*

**Remit Payment To:**

*vdiscovery,*
*PO BOX 30953,*
*New York, NY 10087-0953*

**BILL TO:**

Pomerantz LLP
Kenneth Schultz
600 Third Avenue
New York, NY 10016

**SHIP TO:**

Pomerantz LLP
Kenneth Schultz
600 Third Avenue
New York, NY 10016

| Invoice Date | Salesperson | Account No | Contact Name | Phone Number |
|---|---|---|---|---|
| 4/30/2023 | JARED H | 5576 | Austin Van | 646.581.9997 |

## Matter: Ali v. Franklin Wireless Corp - Deferred

| Description | Qty | Unit Price | Total |
|---|---|---|---|
| **V127651**<br>Hosting: 153.46 GB @ $8.50 Per Month | 153.46 | $8.50 | $1,304.41 |
| **V132183 04/07/2023**<br>Page(s): 253 Price/Page: 0.03 | 253.00 | $0.03 | $7.59 |
| **V132183 04/07/2023**<br>PM Tech Time: 0.50 Hour(s)<br>Create Production FW_PROD005 | 0.50 | $150.00 | $75.00 |

Page 1 of 1

*Thank You For Your Business.*
*Please Include Account Name And*
*Invoice Number With Payment*

| | |
|---|---|
| SUBTOTAL: | $1,387.00 |
| TAX: | $123.10 |
| TOTAL: | $1,510.10 |
| PAID: | $0.00 |
| BALANCE DUE: | $1,510.10 |

**Remit Payment By:  5/30/2023**
**Payment By Credit Card Accepted**



10 East 39th Street, New York, NY 10016
6th Floor, Phone: 1.212.2206111

# Invoice #I229214

**Payment Terms Are Net 30**

**Remit Payment To:**

VDiscovery,
P.O. BOX 24055,
New York, NY 10087-4055

**BILL TO:**

Pomerantz LLP
Kenneth Schultz
600 Third Avenue
New York, NY 10016

**SHIP TO:**

Pomerantz LLP
Kenneth Schultz
600 Third Avenue
New York, NY 10016

| Invoice Date | Salesperson | Account No | Contact Name | Phone Number |
|---|---|---|---|---|
| 5/31/2023 | JARED H | 5576 | Austin Van | 646.581.9997 |

### Matter: Ali v. Franklin Wireless Corp - Deferred

| Description | Qty | Unit Price | Total |
|---|---|---|---|
| **V127651**<br>Hosting: 153.68 GB @ $8.50 Per Month | 153.68 | $8.50 | $1,306.28 |

Page 1 of 1

*Thank You For Your Business.*
*Please Include Account Name And*
*Invoice Number With Payment*

POSTED _____

*Remit Payment By:  6/30/2023*
*Payment By Credit Card Accepted*

| | |
|---|---|
| SUBTOTAL: | $1,306.28 |
| TAX: | $115.93 |
| TOTAL: | $1,422.21 |
| PAID: | $0.00 |
| BALANCE DUE: | $1,422.21 |



# vdiscovery

10 East 39th Street, New York, NY 10016
6th Floor, Phone: 1.212.2206111

# Invoice #I229032

*Payment Terms Are Net 30*

**Remit Payment To:**

*VDiscovery,
P.O. BOX 24055,
New York, NY 10087-4055*

**BILL TO:**

Pomerantz LLP
Austin Van, Esq.
600 Third Avenue
New York, NY 10016

**SHIP TO:**

Pomerantz LLP
Austin Van, Esq.
600 Third Avenue
New York, NY 10016

| Invoice Date | Salesperson | Account No | Contact Name | Phone Number |
|---|---|---|---|---|
| 5/31/2023 | JARED H | 5576 | Austin Van, Esq. | 212-661-1100 |

## Matter: Ali v. Franklin Wireless User - May 23' - Non-Deferred

| Description | Qty | Unit Price | Total |
|---|---|---|---|
| User: 2 @ $85.00 | 2.00 | $85.00 | $170.00 |

Page 1 of 1

*Thank You For Your Business.
Please Include Account Name And
Invoice Number With Payment*

POSTED _____

**Remit Payment By: 6/30/2023**
**Payment By Credit Card Accepted**

| | |
|---|---|
| SUBTOTAL: | $170.00 |
| TAX: | $15.09 |
| TOTAL: | $185.09 |
| PAID: | $0.00 |
| BALANCE DUE: | $185.09 |

# ✔ vdiscovery

10 East 39th Street, New York, NY 10016
6th Floor, Phone: 1.212.2206111

# Invoice #I229755

**Payment Terms Are Net 30**

**Remit Payment To:**

*VDiscovery,*
*P.O. BOX 24055,*
*New York, NY 10087-4055*

BILL TO:

SHIP TO:

**Pomerantz LLP**
**Kenneth Schultz**
**600 Third Avenue**
**New York, NY 10016**

**Pomerantz LLP**
**Kenneth Schultz**
**600 Third Avenue**
**New York, NY 10016**

| Invoice Date | Salesperson | Account No | Contact Name | Phone Number |
|---|---|---|---|---|
| 6/30/2023 | JARED H | 5576 | Austin Van | 646.581.9997 |

## Matter: Ali v. Franklin Wireless Corp - Deferred

| Description | Qty | Unit Price | Total |
|---|---|---|---|
| V127651<br>Hosting: 153.68 GB @ $8.50 Per Month | 153.68 | $8.50 | $1,306.28 |

Page 1 of 1

*Thank You For Your Business.*
*Please Include Account Name And*
*Invoice Number With Payment*

POSTED _____

**Remit Payment By:  7/30/2023**
**Payment By Credit Card Accepted**

| | |
|---|---|
| SUBTOTAL: | $1,306.28 |
| TAX: | $115.93 |
| TOTAL: | $1,422.21 |
| PAID: | $0.00 |
| BALANCE DUE: | $1,422.21 |



10 East 39th Street, New York, NY 10016
6th Floor, Phone: 1.212.2206111

# Invoice #I229580

*Payment Terms Are Net 30*

**Remit Payment To:**

*VDiscovery,*
*P.O. BOX 24055,*
*New York, NY 10087-4055*

**BILL TO:**

Pomerantz LLP
Austin Van, Esq.
600 Third Avenue
New York, NY 10016

**SHIP TO:**

Pomerantz LLP
Austin Van, Esq.
600 Third Avenue
New York, NY 10016

| Invoice Date | Salesperson | Account No | Contact Name | Phone Number |
|---|---|---|---|---|
| 6/30/2023 | JARED H | 5576 | Austin Van, Esq. | 212-661-1100 |

## Matter: Ali v. Franklin Wireless User - June 23' - Non-Deferred

| Description | Qty | Unit Price | Total |
|---|---|---|---|
| User: 2 @ $85.00 | 2.00 | $85.00 | $170.00 |

Page 1 of 1

*Thank You For Your Business.*
*Please Include Account Name And*
*Invoice Number With Payment*

POSTED _____

*Remit Payment By:  7/30/2023*
**Payment By Credit Card Accepted**

| | |
|---|---|
| SUBTOTAL: | $170.00 |
| TAX: | $15.09 |
| TOTAL: | $185.09 |
| PAID: | $0.00 |
| BALANCE DUE: | $185.09 |

# Vdiscovery

10 East 39th Street, New York, NY 10016
6th Floor, Phone: 1.212.2206111

# Invoice #I230139

*Payment Terms Are Net 30*

**Remit Payment To:**

*VDiscovery,*
*P.O. BOX 24055,*
*New York, NY 10087-4055*

**BILL TO:**

Pomerantz LLP
Austin Van, Esq.
600 Third Avenue
New York, NY 10016

**SHIP TO:**

Pomerantz LLP
Austin Van, Esq.
600 Third Avenue
New York, NY 10016

| Invoice Date | Salesperson | Account No | Contact Name | Phone Number |
|---|---|---|---|---|
| 7/31/2023 | JARED H | 5576 | Austin Van, Esq. | 212-661-1100 |

## Matter: Ali v. Franklin Wireless User - July 23' - Non-Deferred

| Description | Qty | Unit Price | Total |
|---|---|---|---|
| User: 2 @ $85.00 | 2.00 | $85.00 | $170.00 |

Page 1 of 1

*Thank You For Your Business.*
*Please Include Account Name And*
*Invoice Number With Payment*

POSTED _____

**Remit Payment By:  8/31/2023**
**Payment By Credit Card Accepted**

| | |
|---|---|
| SUBTOTAL: | $170.00 |
| TAX: | $15.09 |
| TOTAL: | $185.09 |
| PAID: | $0.00 |
| BALANCE DUE: | $185.09 |

# ✔vdiscovery

10 East 39th Street, New York, NY 10016
6th Floor, Phone: 1.212.2206111

# Invoice #I230308

*Payment Terms Are Net 30*

*Remit Payment To:*

*VDiscovery,*
*P.O. BOX 24055,*
*New York, NY 10087-4055*

**BILL TO:**

Pomerantz LLP
Kenneth Schultz
600 Third Avenue
New York, NY 10016

**SHIP TO:**

Pomerantz LLP
Kenneth Schultz
600 Third Avenue
New York, NY 10016

| Invoice Date | Salesperson | Account No | Contact Name | Phone Number |
|---|---|---|---|---|
| 7/31/2023 | JARED H | 5576 | Austin Van | 646.581.9997 |

## Matter: Ali v. Franklin Wireless Corp - Deferred

| Description | Qty | Unit Price | Total |
|---|---|---|---|
| V127651<br>Hosting: 153.68 GB @ $8.50 Per Month | 153.68 | $8.50 | $1,306.28 |

Page 1 of 1

*Thank You For Your Business.*
*Please Include Account Name And*
*Invoice Number With Payment*

POSTED _____

| | |
|---|---|
| SUBTOTAL: | $1,306.28 |
| TAX: | $115.93 |
| TOTAL: | $1,422.21 |
| PAID: | $0.00 |
| BALANCE DUE: | $1,422.21 |

**Remit Payment By:  8/31/2023**
**Payment By Credit Card Accepted**

# vdiscovery

10 East 39th Street, New York, NY 10016
6th Floor, Phone: 1.212.2206111

# Invoice #I230807

*Payment Terms Are Net 30*

## Remit Payment To:

*VDiscovery,*
*P.O. BOX 24055,*
*New York, NY 10087-4055*

**BILL TO:**

Pomerantz LLP (Deferred)
Kenneth Schultz
600 Third Avenue
New York, NY 10016

**SHIP TO:**

Pomerantz LLP (Deferred)
Kenneth Schultz
600 Third Avenue
New York, NY 10016

| Invoice Date | Salesperson | Account No | Contact Name | Phone Number |
|---|---|---|---|---|
| 8/31/2023 | JARED H | 5576 | Austin Van | 646.581.9997 |

## Matter: Ali v. Franklin Wireless Corp - Deferred

| Description | Qty | Unit Price | Total |
|---|---|---|---|
| V127651 Hosting: 153.68 GB @ $8.50 Per Month | 153.68 | $8.50 | $1,306.28 |

POSTED

Page 1 of 1

*Thank You For Your Business.*
*Please Include Account Name And*
*Invoice Number With Payment*

| | |
|---|---|
| SUBTOTAL: | $1,306.28 |
| TAX: | $115.93 |
| TOTAL: | $1,422.21 |
| PAID: | $0.00 |
| BALANCE DUE: | $1,422.21 |

**Remit Payment By:  9/30/2023**
**Payment By Credit Card Accepted**

# vdiscovery

10 East 39th Street, New York, NY 10016
6th Floor, Phone: 1.212.2206111

# Invoice #I230639

*Payment Terms Are Net 30*

__*Remit Payment To:*__

*VDiscovery,*
*P.O. BOX 24055,*
*New York, NY 10087-4055*

**BILL TO:**

Pomerantz LLP (Non Deferred)
Austin Van, Esq.
600 Third Avenue
New York, NY 10016

**SHIP TO:**

Pomerantz LLP (Non Deferred)
Austin Van, Esq.
600 Third Avenue
New York, NY 10016

| Invoice Date | Salesperson | Account No | Contact Name | Phone Number |
|---|---|---|---|---|
| 8/31/2023 | JARED H | 11571 | Austin Van, Esq. | 212-661-1100 |

## Matter: Ali v. Franklin Wireless User - August 23' - Non-Deferred

| Description | Qty | Unit Price | Total |
|---|---|---|---|
| User: 2 @ $85.00 | 2.00 | $85.00 | $170.00 |

Page 1 of 1

*Thank You For Your Business.*
*Please Include Account Name And*
*Invoice Number With Payment*

POSTED _____

| | |
|---|---|
| SUBTOTAL: | $170.00 |
| TAX: | $15.09 |
| TOTAL: | $185.09 |
| PAID: | $0.00 |
| BALANCE DUE: | $185.09 |

**Remit Payment By:  9/30/2023**
**Payment By Credit Card Accepted**

# vdiscovery

10 East 39th Street, New York, NY 10016
6th Floor, Phone: 1.212.2206111

## Invoice #I231445

**Payment Terms Are Net 30**

**Remit Payment To:**

*VDiscovery,*
*P.O. BOX 24055,*
*New York, NY 10087-4055*

BILL TO:

SHIP TO:

**Pomerantz LLP (Non Deferred)**
**Austin Van, Esq.**
**600 Third Avenue**
**New York, NY 10016**

**Pomerantz LLP (Non Deferred)**
**Austin Van, Esq.**
**600 Third Avenue**
**New York, NY 10016**

| Invoice Date | Salesperson | Account No | Contact Name | Phone Number |
|---|---|---|---|---|
| 9/30/2023 | JARED H | 11571 | Austin Van, Esq. | 212-661-1100 |

### Matter: Ali v. Franklin Wireless User - September 23' - Non-Deferred

| Description | Qty | Unit Price | Total |
|---|---|---|---|
| User: 2 @ $85.00 | 2.00 | $85.00 | $170.00 |

Page 1 of 1

*Thank You For Your Business.*
*Please Include Account Name And*
*Invoice Number With Payment*

POSTED _____

**Remit Payment By:  10/30/2023**
**Payment By Credit Card Accepted**

| | |
|---|---|
| SUBTOTAL: | $170.00 |
| TAX: | $15.09 |
| TOTAL: | $185.09 |
| PAID: | $0.00 |
| BALANCE DUE: | $185.09 |

(29)

# Vdiscovery

10 East 39th Street, New York, NY 10016
6th Floor, Phone: 1.212.2206111

# Invoice #I231601

*Payment Terms Are Net 30*

**Remit Payment To:**

*VDiscovery,
P.O. BOX 24055,
New York, NY 10087-4055*

**BILL TO:**

Pomerantz LLP (Deferred)
Kenneth Schultz
600 Third Avenue
New York, NY 10016

**SHIP TO:**

Pomerantz LLP (Deferred)
Kenneth Schultz
600 Third Avenue
New York, NY 10016

| Invoice Date | Salesperson | Account No | Contact Name | Phone Number |
|---|---|---|---|---|
| 9/30/2023 | JARED H | 5576 | Austin Van | 646.581.9997 |

## Matter: Ali v. Franklin Wireless Corp - Deferred

| Description | Qty | Unit Price | Total |
|---|---|---|---|
| V127651<br>Hosting: 153.68 GB @ $8.50 Per Month | 153.68 | $8.50 | $1,306.28 |

Page 1 of 1

*Thank You For Your Business.
Please Include Account Name And
Invoice Number With Payment*

POSTED _____

**Remit Payment By:** 10/30/2023
**Payment By Credit Card Accepted**

| | |
|---|---|
| SUBTOTAL: | $1,306.28 |
| TAX: | $115.93 |
| TOTAL: | $1,422.21 |
| PAID: | $0.00 |
| BALANCE DUE: | $1,422.21 |

# vdiscovery

10 East 39th Street, New York, NY 10016
6th Floor, Phone: 1.212.2206111

# Invoice #I232126

*Payment Terms Are Net 30*

**Remit Payment To:**

*VDiscovery,*
*P.O. BOX 24055,*
*New York, NY 10087-4055*

| BILL TO: | SHIP TO: |
|---|---|
| Pomerantz LLP (Deferred) Kenneth Schultz 600 Third Avenue New York, NY 10016 | Pomerantz LLP (Deferred) Kenneth Schultz 600 Third Avenue New York, NY 10016 |

| Invoice Date | Salesperson | Account No | Contact Name | Phone Number |
|---|---|---|---|---|
| 10/31/2023 | JARED H | 5576 | Austin Van | 646.581.9997 |

## Matter: Ali v. Franklin Wireless Corp - Deferred

| Description | Qty | Unit Price | Total |
|---|---|---|---|
| **V127651** Hosting: 153.68 GB @ $8.50 Per Month | 153.68 | $8.50 | $1,306.28 |

Page 1 of 1

*Thank You For Your Business.*
*Please Include Account Name And*
*Invoice Number With Payment*

POSTED _____

**Remit Payment By:  11/30/2023**
**Payment By Credit Card Accepted**

| | |
|---|---|
| SUBTOTAL: | $1,306.28 |
| TAX: | $115.93 |
| TOTAL: | $1,422.21 |
| PAID: | $0.00 |
| BALANCE DUE: | $1,422.21 |

# vdiscovery

10 East 39th Street, New York, NY 10016
6th Floor, Phone: 1.212.2206111

## Invoice #I232825

*Payment Terms Are Net 30*

__Remit Payment To:__

*VDiscovery,*
*P.O. BOX 24055,*
*New York, NY 10087-4055*

**BILL TO:**

Pomerantz LLP (Deferred)
Kenneth Schultz
600 Third Avenue
New York, NY 10016

**SHIP TO:**

Pomerantz LLP (Deferred)
Kenneth Schultz
600 Third Avenue
New York, NY 10016

| Invoice Date | Salesperson | Account No | Contact Name | Phone Number |
|---|---|---|---|---|
| 11/30/2023 | JARED H | 5576 | Austin Van | 646.581.9997 |

## Matter: Ali v. Franklin Wireless Corp - Deferred

| Description | Qty | Unit Price | Total |
|---|---|---|---|
| **V127651**<br>Hosting: 153.68 GB @ $8.50 Per Month | 153.68 | $8.50 | $1,306.28 |

Page 1 of 1

*Thank You For Your Business.*
*Please Include Account Name And*
*Invoice Number With Payment*

POSTED _____

*Remit Payment By:  12/30/2023*
**Payment By Credit Card Accepted**

| | |
|---|---|
| SUBTOTAL: | $1,306.28 |
| TAX: | $115.93 |
| TOTAL: | $1,422.21 |
| PAID: | $0.00 |
| BALANCE DUE: | $1,422.21 |

# Vdiscovery

10 East 39th Street, New York, NY 10016
6th Floor, Phone: 1.212.2206111

# Invoice #I233331

*Payment Terms Are Net 30*

**Remit Payment To:**

*VDiscovery,
P.O. BOX 24055,
New York, NY 10087-4055*

**BILL TO:**

**Pomerantz LLP (Deferred)
Kenneth Schultz
600 Third Avenue
New York, NY 10016**

**SHIP TO:**

**Pomerantz LLP (Deferred)
Kenneth Schultz
600 Third Avenue
New York, NY 10016**

| Invoice Date | Salesperson | Account No | Contact Name | Phone Number |
|---|---|---|---|---|
| 12/31/2023 | JARED H | 5576 | Austin Van | 646.581.9997 |

## Matter: Ali v. Franklin Wireless Corp - Deferred

| Description | Qty | Unit Price | Total |
|---|---|---|---|
| **V127651**<br>Hosting: 153.68 GB @ $8.50 Per Month | 153.68 | $8.50 | $1,306.28 |

Page 1 of 1

*Thank You For Your Business.
Please Include Account Name And
Invoice Number With Payment*

POSTED _____

| | |
|---|---|
| SUBTOTAL: | $1,306.28 |
| TAX: | $115.93 |
| TOTAL: | $1,422.21 |
| PAID: | $0.00 |
| BALANCE DUE: | $1,422.21 |

**Remit Payment By:  1/31/2024
Payment By Credit Card Accepted**

# Vdiscovery

10 East 39th Street, New York, NY 10016
6th Floor, Phone: 1.212.2206111

# Invoice #I233860

**Payment Terms Are Net 30**

**Remit Payment To:**

VDiscovery,
P.O. BOX 24055,
New York, NY 10087-4055

BILL TO:

Pomerantz LLP (Deferred)
Kenneth Schultz
600 Third Avenue
New York, NY 10016

SHIP TO:

Pomerantz LLP (Deferred)
Kenneth Schultz
600 Third Avenue
New York, NY 10016

| Invoice Date | Salesperson | Account No | Contact Name | Phone Number |
|---|---|---|---|---|
| 1/31/2024 | JARED H | 5576 | Austin Van | 646.581.9997 |

### Matter: Ali v. Franklin Wireless Corp - Deferred

| Description | Qty | Unit Price | Total |
|---|---|---|---|
| V127651<br>Hosting: 153.68 GB @ $8.50 Per Month | 153.68 | $8.50 | $1,306.28 |

POSTED

Page 1 of 1

*Thank You For Your Business.
Please Include Account Name And
Invoice Number With Payment*

| | |
|---|---|
| SUBTOTAL: | $1,306.28 |
| TAX: | $115.93 |
| TOTAL: | $1,422.21 |
| PAID: | $0.00 |
| BALANCE DUE: | $1,422.21 |

**Remit Payment By:  2/29/2024**
**Payment By Credit Card Accepted**

 **vdiscovery**

10 East 39th Street, New York, NY 10016
6th Floor, Phone: 1.212.2206111

# Invoice #I223297

*Payment Terms Are Net 30*

<u>**Remit Payment To:**</u>

*vdiscovery,*
*PO BOX 30953,*
*New York, NY 10087-0953*

**BILL TO:**

**SHIP TO:**

Pomerantz LLP
Austin Van, Esq.
600 Third Avenue
New York, NY 10016



Pomerantz LLP
Austin Van, Esq.
600 Third Avenue
New York, NY 10016

| Invoice Date | Salesperson | Account No | Contact Name | Phone Number |
|---|---|---|---|---|
| 5/31/2022 | JARED H | 5576 | Austin Van, Esq. | 212-661-1100 |

### Matter: Ali v. Franklin Wireless - May 22' User

| Description | Qty | Unit Price | Total |
|---|---|---|---|
| User: 1 @ $85.00 | 1.00 | $85.00 | $85.00 |

Page 1 of 1

*Thank You For Your Business.*
*Please Include Account Name And*
*Invoice Number With Payment*

| | |
|---|---|
| SUBTOTAL: | $85.00 |
| TAX: | $7.54 |
| TOTAL: | $92.54 |
| PAID: | $0.00 |
| BALANCE DUE: | $92.54 |

**Remit Payment By: 6/30/2022**
**Payment By Credit Card Accepted**



10 East 39th Street, New York, NY 10016
6th Floor, Phone: 1.212.2206111

# Invoice #I223847

**Payment Terms Are Net 30**

**Remit Payment To:**

*vdiscovery,*
*PO BOX 30953,*
*New York, NY 10087-0953*

**BILL TO:**

Pomerantz LLP
Austin Van, Esq.
600 Third Avenue
New York, NY 10016

**SHIP TO:**

Pomerantz LLP
Austin Van, Esq.
600 Third Avenue
New York, NY 10016

| Invoice Date | Salesperson | Account No | Contact Name | Phone Number |
|---|---|---|---|---|
| 6/30/2022 | JARED H | 5576 | Austin Van, Esq. | 212-661-1100 |

### Matter: Ali v. Franklin Wireless - June 22' User

| Description | Qty | Unit Price | Total |
|---|---|---|---|
| User: 1 @ $85.00 | 1.00 | $85.00 | $85.00 |

Page 1 of 1

*Thank You For Your Business.*
*Please Include Account Name And*
*Invoice Number With Payment*

| | |
|---|---|
| SUBTOTAL: | $85.00 |
| TAX: | $7.54 |
| TOTAL: | $92.54 |
| PAID: | $0.00 |
| BALANCE DUE: | $92.54 |

**Remit Payment By: 7/30/2022**
**Payment By Credit Card Accepted**


**vdiscovery**

10 East 39th Street, New York, NY 10016
6th Floor, Phone: 1.212.2206111

# Invoice #I223819

*Payment Terms Are Net 30*

**Remit Payment To:**

*vdiscovery,*
*PO BOX 30953,*
*New York, NY 10087-0953*

BILL TO:                                SHIP TO:

**Pomerantz LLP**                       **Pomerantz LLP**
**Kenneth Schultz**                     **Kenneth Schultz**
**600 Third Avenue**                    **600 Third Avenue**
**New York, NY 10016**                  **New York, NY 10016**

| Invoice Date | Salesperson | Account No | Contact Name | Phone Number |
|---|---|---|---|---|
| 6/30/2022 | JARED H | 5576 | Austin Van | 646.581.9997 |

## Matter: Ali v. Franklin Wireless Corp

| Description | Qty | Unit Price | Total |
|---|---|---|---|
| **V127651** | | | |
| Hosting: 1.00 GB @ $8.50 Per Month | 1.00 | $8.50 | $8.50 |

Page 1 of 1

*Thank You For Your Business.*
*Please Include Account Name And*
*Invoice Number With Payment*

POSTED _____

**Remit Payment By: 7/30/2022**
**Payment By Credit Card Accepted**

| | |
|---|---|
| SUBTOTAL: | $8.50 |
| TAX: | $0.75 |
| TOTAL: | $9.25 |
| PAID: | $0.00 |
| BALANCE DUE: | $9.25 |



# Invoice #I224296

10 East 39th Street, New York, NY 10016
6th Floor, Phone: 1.212.2206111

*Payment Terms Are Net 30*

**Remit Payment To:**

*vdiscovery,*
*PO BOX 30953,*
*New York, NY 10087-0953*

**BILL TO:**

Pomerantz LLP
Kenneth Schultz
600 Third Avenue
New York, NY 10016

**SHIP TO:**

Pomerantz LLP
Kenneth Schultz
600 Third Avenue
New York, NY 10016

| Invoice Date | Salesperson | Account No | Contact Name | Phone Number |
|---|---|---|---|---|
| 7/31/2022 | JARED H | 5576 | Austin Van | 646.581.9997 |

## Matter: Ali v. Franklin Wireless Corp

| Description | Qty | Unit Price | Total |
|---|---|---|---|
| **V127651** | | | |
| Hosting: 1.00 GB @ $8.50 Per Month | 1.00 | $8.50 | $8.50 |

Page 1 of 1

*Thank You For Your Business.*
*Please Include Account Name And*
*Invoice Number With Payment*

POSTED _____

| | |
|---|---|
| SUBTOTAL: | $8.50 |
| TAX: | $0.75 |
| TOTAL: | $9.25 |
| PAID: | $0.00 |
| BALANCE DUE: | $9.25 |

**Remit Payment By: 8/31/2022**
**Payment By Credit Card Accepted**



**vdiscovery**

10 East 39th Street, New York, NY 10016
6th Floor, Phone: 1.212.2206111

# Invoice #I224775

*Payment Terms Are Net 30*

**Remit Payment To:**

*vdiscovery,*
*PO BOX 30953,*
*New York, NY 10087-0953*

BILL TO:

Pomerantz LLP
Kenneth Schultz
600 Third Avenue
New York, NY 10016

SHIP TO:

Pomerantz LLP
Kenneth Schultz
600 Third Avenue
New York, NY 10016

| Invoice Date | Salesperson | Account No | Contact Name | Phone Number |
|---|---|---|---|---|
| 8/31/2022 | JARED H | 5576 | Austin Van | 646.581.9997 |

## Matter: Ali v. Franklin Wireless Corp

| Description | Qty | Unit Price | Total |
|---|---|---|---|
| V127651 | | | |
| Hosting: 1.00 GB @ $8.50 Per Month | 1.00 | $8.50 | $8.50 |

Page 1 of 1

*Thank You For Your Business.*
*Please Include Account Name And*
*Invoice Number With Payment*

POSTED _____

| | |
|---|---|
| SUBTOTAL: | $8.50 |
| TAX: | $0.75 |
| TOTAL: | $9.25 |
| PAID: | $0.00 |
| BALANCE DUE: | $9.25 |

**Remit Payment By: 9/30/2022**
**Payment By Credit Card Accepted**



# Invoice #I225207

*Payment Terms Are Net 30*

**Remit Payment To:**

*vdiscovery,*
*PO BOX 30953,*
*New York, NY 10087-0953*

10 East 39th Street, New York, NY 10016
6th Floor, Phone: 1.212.2206111

**BILL TO:**

Pomerantz LLP
Kenneth Schultz
600 Third Avenue
New York, NY 10016

**SHIP TO:**

Pomerantz LLP
Kenneth Schultz
600 Third Avenue
New York, NY 10016

| Invoice Date | Salesperson | Account No | Contact Name | Phone Number |
|---|---|---|---|---|
| 9/30/2022 | JARED H | 5576 | Austin Van | 646.581.9997 |

## Matter: Ali v. Franklin Wireless Corp

| Description | Qty | Unit Price | Total |
|---|---|---|---|
| V127651 | | | |
| Hosting: 1.00 GB @ $8.50 Per Month | 1.00 | $8.50 | $8.50 |

Page 1 of 1

*Thank You For Your Business.*
*Please Include Account Name And*
*Invoice Number With Payment*

POSTED _____

| | |
|---|---|
| SUBTOTAL: | $8.50 |
| TAX: | $0.75 |
| TOTAL: | $9.25 |
| PAID: | $0.00 |
| BALANCE DUE: | $9.25 |

**Remit Payment By: 10/30/2022**
**Payment By Credit Card Accepted**



10 East 39th Street, New York, NY 10016
6th Floor, Phone: 1.212.2206111

# Invoice #I225637

**Payment Terms Are Net 30**

**Remit Payment To:**

*vdiscovery,*
*PO BOX 30953,*
*New York, NY 10087-0953*

**BILL TO:**

Pomerantz LLP
Kenneth Schultz
600 Third Avenue
New York, NY 10016

**SHIP TO:**

Pomerantz LLP
Kenneth Schultz
600 Third Avenue
New York, NY 10016

| Invoice Date | Salesperson | Account No | Contact Name | Phone Number |
|---|---|---|---|---|
| 10/31/2022 | JARED H | 5576 | Austin Van | 646.581.9997 |

## Matter: Ali v. Franklin Wireless Corp

| Description | Qty | Unit Price | Total |
|---|---|---|---|
| V127651 | | | |
| Hosting: 1.00 GB @ $8.50 Per Month | 1.00 | $8.50 | $8.50 |

POSTED _____

Page 1 of 1

*Thank You For Your Business.*
*Please Include Account Name And*
*Invoice Number With Payment*

| | |
|---|---|
| SUBTOTAL: | $8.50 |
| TAX: | $0.75 |
| TOTAL: | $9.25 |
| PAID: | $0.00 |
| BALANCE DUE: | $9.25 |

**Remit Payment By: 11/30/2022**
**Payment By Credit Card Accepted**



# Invoice #I231983

**Payment Terms Are Net 30**

**Remit Payment To:**

*VDiscovery,*
*P.O. BOX 24055,*
*New York, NY 10087-4055*

10 East 39th Street, New York, NY 10016
6th Floor, Phone: 1.212.2206111

**BILL TO:**

Pomerantz LLP (Non Deferred)
Austin Van, Esq.
600 Third Avenue
New York, NY 10016

**SHIP TO:**

Pomerantz LLP (Non Deferred)
Austin Van, Esq.
600 Third Avenue
New York, NY 10016

| Invoice Date | Salesperson | Account No | Contact Name | Phone Number |
|---|---|---|---|---|
| 10/31/2023 | JARED H | 11571 | Austin Van, Esq. | 212-661-1100 |

## Matter: Ali v. Franklin Wireless User - Non-Deferred

| Description | Qty | Unit Price | Total |
|---|---|---|---|
| User: 2 @ $85.00 | 2.00 | $85.00 | $170.00 |

Page 1 of 1

*Thank You For Your Business.*
*Please Include Account Name And*
*Invoice Number With Payment*

| | |
|---|---|
| SUBTOTAL: | $170.00 |
| TAX: | $15.09 |
| TOTAL: | $185.09 |
| PAID: | $0.00 |
| BALANCE DUE: | $185.09 |

**Remit Payment By:  11/30/2023**
**Payment By Credit Card Accepted**


10 East 39th Street, New York, NY 10016
6th Floor, Phone: 1.212.2206111

# Invoice #I232687

**Payment Terms Are Net 30**

**Remit Payment To:**

*VDiscovery,*
*P.O. BOX 24055,*
*New York, NY 10087-4055*

**BILL TO:**

Pomerantz LLP (Non Deferred)
Austin Van, Esq.
600 Third Avenue
New York, NY 10016

**SHIP TO:**

Pomerantz LLP (Non Deferred)
Austin Van, Esq.
600 Third Avenue
New York, NY 10016

| Invoice Date | Salesperson | Account No | Contact Name | Phone Number |
|---|---|---|---|---|
| 11/30/2023 | JARED H | 11571 | Austin Van, Esq. | 212-661-1100 |

## Matter: Ali v. Franklin Wireless User - Non-Deferred

| Description | Qty | Unit Price | Total |
|---|---|---|---|
| User: 2 @ $85.00 | 2.00 | $85.00 | $170.00 |

Page 1 of 1

*Thank You For Your Business.*
*Please Include Account Name And*
*Invoice Number With Payment*

| | |
|---|---|
| SUBTOTAL: | $170.00 |
| TAX: | $15.09 |
| TOTAL: | $185.09 |
| PAID: | $0.00 |
| BALANCE DUE: | $185.09 |

**Remit Payment By:  12/30/2023**
**Payment By Credit Card Accepted**



10 East 39th Street, New York, NY 10016
6th Floor, Phone: 1.212.2206111

# Invoice #I233196

*Payment Terms Are Net 30*

<u>*Remit Payment To:*</u>

*VDiscovery,*
*P.O. BOX 24055,*
*New York, NY 10087-4055*

**BILL TO:**

**SHIP TO:**

**Pomerantz LLP (Non Deferred)**
**Austin Van, Esq.**
**600 Third Avenue**
**New York, NY 10016**

**Pomerantz LLP (Non Deferred)**
**Austin Van, Esq.**
**600 Third Avenue**
**New York, NY 10016**

| Invoice Date | Salesperson | Account No | Contact Name | Phone Number |
|---|---|---|---|---|
| 12/31/2023 | JARED H | 11571 | Austin Van, Esq. | 212-661-1100 |

### Matter: Ali v. Franklin Wireless User - Non-Deferred

| Description | Qty | Unit Price | Total |
|---|---|---|---|
| User: 2 @ $85.00 | 2.00 | $85.00 | $170.00 |

Page 1 of 1

*Thank You For Your Business.*
*Please Include Account Name And*
*Invoice Number With Payment*

| | |
|---|---|
| SUBTOTAL: | $170.00 |
| TAX: | $15.09 |
| TOTAL: | $185.09 |
| PAID: | $0.00 |
| BALANCE DUE: | $185.09 |

**Remit Payment By: 1/31/2024**
**Payment By Credit Card Accepted**



## Invoice #I233726

10 East 39th Street, New York, NY 10016
6th Floor, Phone: 1.212.2206111

*Payment Terms Are Net 30*

*Remit Payment To:*

*VDiscovery,*
*P.O. BOX 24055,*
*New York, NY 10087-4055*

**BILL TO:**

Pomerantz LLP (Non Deferred)
Austin Van, Esq.
600 Third Avenue
New York, NY 10016

**SHIP TO:**

Pomerantz LLP (Non Deferred)
Austin Van, Esq.
600 Third Avenue
New York, NY 10016

| Invoice Date | Salesperson | Account No | Contact Name | Phone Number |
|---|---|---|---|---|
| 1/31/2024 | JARED H | 11571 | Austin Van, Esq. | 212-661-1100 |

### Matter: Ali v. Franklin Wireless User - Non-Deferred

| Description | Qty | Unit Price | Total |
|---|---|---|---|
| User: 2 @ $85.00 | 2.00 | $85.00 | $170.00 |

Page 1 of 1

*Thank You For Your Business.*
*Please Include Account Name And*
*Invoice Number With Payment*

POSTED _____

*Remit Payment By:  2/29/2024*
**Payment By Credit Card Accepted**

| | |
|---|---|
| SUBTOTAL: | $170.00 |
| TAX: | $15.09 |
| TOTAL: | $185.09 |
| PAID: | $0.00 |
| BALANCE DUE: | $185.09 |



**vdiscovery**

10 East 39th Street, New York, NY 10016
6th Floor, Phone: 1.212.2206111

# Invoice #I234248

*Payment Terms Are Net 30*

**Remit Payment To:**

*VDiscovery,*
*P.O. BOX 24055,*
*New York, NY 10087-4055*

**BILL TO:**

Pomerantz LLP (Non Deferred)
Austin Van, Esq.
600 Third Avenue
New York, NY 10016

**SHIP TO:**

Pomerantz LLP (Non Deferred)
Austin Van, Esq.
600 Third Avenue
New York, NY 10016

| Invoice Date | Salesperson | Account No | Contact Name | Phone Number |
|---|---|---|---|---|
| 2/29/2024 | JARED H | 11571 | Austin Van, Esq. | 212-661-1100 |

### Matter: Ali v. Franklin Wireless User - Non-Deferred

| Description | Qty | Unit Price | Total |
|---|---|---|---|
| User: 2 @ $85.00 | 2.00 | $85.00 | $170.00 |

Page 1 of 1

*Thank You For Your Business.*
*Please Include Account Name And*
*Invoice Number With Payment*

| | |
|---|---|
| SUBTOTAL: | $170.00 |
| TAX: | $15.09 |
| TOTAL: | $185.09 |
| PAID: | $0.00 |
| BALANCE DUE: | $185.09 |

**Remit Payment By:  3/29/2024**
**Payment By Credit Card Accepted**