# Exhibit C



702 MARSHALL STREET, SUITE 200
REDWOOD CITY, CA 94063
650.298.0200
WWW.SCGINC.COM

July 21, 2021

Jeremy A. Lieberman, Esq.
Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY  10016-

Dear Jeremy:

Please find enclosed SCG invoice #1 for fees and expenses incurred during the period June 1, 2021 through  June 30, 2021 relative to the Franklin Wireless  case.  If you have any questions or concerns, please give me a call.

Best Regards,

Faye Fort

# STANFORD CONSULTING GROUP, INC.

Franklin Wireless Case
Invoice #  1
July 21, 2021

Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY  10016-

Attention:    Jeremy A. Lieberman, Esq.

| | |
|---|---:|
| Professional Fees | $4,150 |
| Expenses | $180 |
| Total Professional Fees and Expenses | $4,330 |

PLEASE REMIT PAYABLE TO

Stanford Consulting Group, Inc.
702 Marshall Street, Suite 200
Redwood City, CA  94063

Federal Employer ID Number    ⇒    ▮▮▮▮▮▮

2

# STANFORD CONSULTING GROUP, INC.

## SUMMARY OF PROFESSIONAL FEES

**June 1, 2021  Thru  June 30, 2021**

|  | Hours | Rate | Fees |
|---|---|---|---|
| Faye Fort | 1.00 | $750 | $750 |
| Ruth Anne Lambert | 8.50 | $400 | $3,400 |
| Total |  |  | $4,150 |

## SUMMARY OF EXPENSES

**June 1, 2021  Thru  June 30, 2021**

| | |
|---|---|
| Data | $180 |
| Total Expenses | $180 |

3

# STANFORD CONSULTING GROUP, INC.

## PROFESSIONAL FEE DETAIL

### June 1, 2021  Thru  June 30, 2021

| Date | Hours | Description |
|---|---|---|
| **Faye Fort** | | |
| 23-Jun-21 | 1.00 | Prelim damages |
| **Total** | **1.00** | |
| **Ruth Anne Lambert** | | |
| 21-Jun-21 | 5.00 | Preliminary damages analysis |
| 22-Jun-21 | 2.50 | Preliminary damages analysis |
| 23-Jun-21 | 1.00 | Preliminary damages analysis |
| **Total** | **8.50** | |
| **Period Total** | **9.50** | |



702 MARSHALL STREET, SUITE 20C
REDWOOD CITY, CA 94063
650.298.020C
WWW.SCGINC.COM

November 18, 2021

Jeremy A. Lieberman, Esq.
Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY 10016-

Dear Jeremy:

Please find enclosed SCG invoice #2 for fees and expenses incurred during the period July 1, 2021 through October 31, 2021 relative to the Franklin Wireless case. If you have any questions or concerns, please give me a call.

Best Regards,

Faye Fort

# STANFORD CONSULTING GROUP, INC.

Franklin Wireless Case
Invoice # 2
November 18, 2021

Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY  10016-

Attention:    Jeremy A. Lieberman, Esq.

| | |
|---|---|
| Professional Fees | $1,900 |
| Expenses | $87 |
| Total Professional Fees and Expenses | $1,987 |

PLEASE REMIT PAYABLE TO

Stanford Consulting Group, Inc.
702 Marshall Street, Suite 200
Redwood City, CA  94063

Federal Employer ID Number  ⇒  ████████

2

# STANFORD CONSULTING GROUP, INC.

## SUMMARY OF PROFESSIONAL FEES

### July 1, 2021  Thru  October 31, 2021

|  | Hours | Rate | Fees |
|---|---|---|---|
| David Bentley | 0.25 | $400 | $100 |
| Ruth Anne Lambert | 4.50 | $400 | $1,800 |
| Total |  |  | $1,900 |

## SUMMARY OF EXPENSES

### July 1, 2021  Thru  October 31, 2021

|  |  |
|---|---|
| Data | $87 |
| Total Expenses | $87 |

3

# STANFORD CONSULTING GROUP, INC.

## PROFESSIONAL FEE DETAIL

### July 1, 2021  Thru  October 31, 2021

|  | Date | Hours | Description |
|---|---|---|---|
| **David Bentley** | | | |
| | 13-Jul-21 | 0.25 | analyst reports |
| **Total** | | **0.25** | |
| **Ruth Anne Lambert** | | | |
| | 07-Oct-21 | 4.50 | Preliminary damages analysis |
| **Total** | | **4.50** | |
| **Period Total** | | **4.75** | |

4



702 MARSHALL STREET, SUITE 20C
REDWOOD CITY, CA 94063
650.298.020C
WWW.SCGINC.COM

October 20, 2022

Jeremy A. Lieberman, Esq.
Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY 10016-

Dear Jeremy:

Please find enclosed SCG invoice #3 for fees and expenses incurred during the period November 1, 2021 through September 30, 2022 relative to the Franklin Wireless case. If you have any questions or concerns, please give me a call.

Best Regards,

Faye Fort

cc: Kenneth Schultz, Pomerantz Director of Finance

# STANFORD CONSULTING GROUP, INC.

Franklin Wireless Case
Invoice # 3
October 20, 2022

Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY  10016-

Attention:    Jeremy A. Lieberman, Esq.

| | |
|---|---:|
| Professional Fees | $3,600 |
| Expenses | $94 |
| Total Professional Fees and Expenses | $3,694 |

PLEASE REMIT PAYABLE TO

Stanford Consulting Group, Inc.
702 Marshall Street, Suite 200
Redwood City, CA  94063

Federal Employer ID Number  ⇒  ▮▮▮▮▮▮

2

# STANFORD CONSULTING GROUP, INC.

## SUMMARY OF PROFESSIONAL FEES

### November 1, 2021  Thru  September 30, 2022

|  | Hours | Rate | Fees |
|---|---|---|---|
| Zachary R. Nye | 4.00 | $900 | $3,600 |
| Total |  |  | $3,600 |

## SUMMARY OF EXPENSES

### November 1, 2021  Thru  September 30, 2022

|  |  |
|---|---|
| Data | $94 |
| Total Expenses | $94 |

# STANFORD CONSULTING GROUP, INC.

## PROFESSIONAL FEE DETAIL

### November 1, 2021  Thru  September 30, 2022

| Date | Hours | Description |
|------|-------|-------------|
| **Zachary R. Nye** | | |
| 20-Sep-22 | 2.00 | Research on beneficial shareholders |
| 21-Sep-22 | 2.00 | Research on beneficial shareholders |
| **Total** | **4.00** | |
| **Period Total** | **4.00** | |

4



702 MARSHALL STREET, SUITE 200
REDWOOD CITY, CA 94063
650.298.0200
WWW.SCGINC.COM

June 13, 2023

Jeremy A. Lieberman, Esq.
Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY  10016-

Dear Jeremy:

Please find enclosed SCG invoice #4 for fees and expenses incurred during the period October 1, 2022 through  May 31, 2023 relative to the Franklin Wireless  case.  If you have any questions or concerns, please give me a call.

Best Regards,

Faye Fort

cc: Kenneth Schultz, Pomerantz Director of Finance

# STANFORD CONSULTING GROUP, INC.

Franklin Wireless Case
Invoice # 4
June 13, 2023

Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY  10016-

Attention:    Jeremy A. Lieberman, Esq.

| | |
|---|---|
| Professional Fees | $4,428 |
| Expenses | $264 |
| Total Professional Fees and Expenses | $4,691 |

PLEASE REMIT PAYABLE TO

Stanford Consulting Group, Inc.
702 Marshall Street, Suite 200
Redwood City, CA  94063

Federal Employer ID Number  ⇒  ▮▮▮▮▮▮▮

2

# STANFORD CONSULTING GROUP, INC.

## SUMMARY OF PROFESSIONAL FEES

### October 1, 2022  Thru  May 31, 2023

|  | Hours | Rate | Fees |
|---|---|---|---|
| Faye Fort | 4.50 | $825 | $3,713 |
| Ruth Anne Lambert | 0.50 | $440 | $220 |
| Zachary R. Nye | 0.50 | $990 | $495 |
| Total |  |  | $4,428 |

## SUMMARY OF EXPENSES

### October 1, 2022  Thru  May 31, 2023

|  |  |
|---|---|
| Data | $264 |
| Total Expenses | $264 |

3

# STANFORD CONSULTING GROUP, INC.

## PROFESSIONAL FEE DETAIL

### October 1, 2022 Thru May 31, 2023

| | Date | Hours | Description |
|---|---|---|---|
| **Faye Fort** | | | |
| | 22-May-23 | 4.50 | Assist with POA/Notice |
| | **Total** | **4.50** | |
| **Ruth Anne Lambert** | | | |
| | 22-May-23 | 0.50 | Assist with the plan of allocation |
| | **Total** | **0.50** | |
| **Zachary R. Nye** | | | |
| | 22-May-23 | 0.50 | Worked on Notice and Plan of Allocation |
| | **Total** | **0.50** | |
| **Period Total** | | **5.50** | |

4