# Exhibit E

# INVOICE



FIDERES Partners LLP
10 Marshalsea Road
London
SE1 1HL
United Kingdom

VAT Registration Number: ▮▮▮▮▮▮

## INVOICE DETAILS

**Bill to:**
Pomerantz LLP
Attn: Austin Van
600 Third Avenue
New York, NY 10016
U.S.A.

Invoice no.: PZ/2022-05

31st August 2022

| DESCRIPTION | VAT RATE | AMOUNT |
|---|---|---|
| Expert work - economic consulting services in relation to a securities litigation class action against Franklin Wireless Corporation | N/A | USD 4,000.00 |
| | Sub-Total | USD 4,000.00 |
| | VAT | N/A |
| | Total | **USD 4,000.00** |

## Payment Terms:

Payable by electronic wire transfer within 14 days from receipt according to the following payment instructions:

Account bank: ▮▮▮▮▮▮
Sort Code: ▮▮▮▮
Swift Code: ▮▮▮▮
Account name: ▮▮▮▮
Account number: ▮▮▮▮▮▮
Reference: **Fideres 254278**

**Please Note: We do NOT accept cheques**
**All payments must be made in US Dollars and free of all bank and other charges.**

**Beneficiary Address:**
Caxton FX
Portland House
Bressenden Place
London
SW1E 5BH

**Bank Address:**
Royal Bank of Scotland
9-13 Paternoster Row
London
EC4M 7EJ

# INVOICE

FIDERES Partners LLP
10 Marshalsea Road
London
SE1 1HL
United Kingdom

VAT Registration Number: ▮▮▮▮▮▮▮

## INVOICE DETAILS

**Bill to:**
Pomerantz LLP

Attn: Austin Van

600 Third Avenue

New York, NY 10016

U.S.A.

Invoice no.: PZ/2022-06

31st August 2022

| DESCRIPTION | VAT RATE | AMOUNT |
|---|---|---|
| Expert work - economic consulting services in relation to a securities litigation class action against Franklin Wireless Corporation | N/A | USD 65,292.75 |
| | Sub-Total | USD 65,292.75 |
| | VAT | N/A |
| | Total | **USD 65,292.75** |

## Payment Terms:

Payable by electronic wire transfer within payment date set force in LoE according to the following payment instructions:

Account bank:    ▮▮▮▮▮▮▮▮▮
Sort Code:       ▮▮▮▮
Swift Code:      ▮▮▮▮
Account name:    ▮▮▮▮▮▮
Account number:  ▮▮▮▮▮▮▮▮
Reference:       **Fideres 254278**

**Please Note: We do NOT accept cheques**
**All payments must be made in US Dollars and free of all bank and other charges.**

**Beneficiary Address:**
Caxton FX
Portland House
Bressenden Place
London
SW1E 5BH

**Bank Address:**
Royal Bank of Scotland
9-13 Paternoster Row
London
EC4M 7EJ

# INVOICE – Detailed Breakdown



| Date | Fee Earner | Position | Task | Time | USD Amount |
|---|---|---|---|---|---|
| | | | **DETAILED INTERIM REPORT FOR PZ/2022-06 – Franklin Wireless** | | |
| 18/05/2022 | Robert Chang | Director | Franklin wireless next steps | 1.00 | $1,120.00 |
| 24/05/2022 | Andres Britobarreiro | Analyst | Franklin Wireless Call | 0.56 | $295.46 |
| 24/05/2022 | Robert Chang | Director | Call with expert on report | 1.00 | $1,120.00 |
| 24/05/2022 | Robert Chang | Director | Preliminary exhibits | 1.67 | $1,866.67 |
| 24/05/2022 | Rouslan Halil | Associate | Kickoff meeting and onboarding | 0.27 | $211.11 |
| 24/05/2022 | Zohaib Moonis | Analyst | Franklin Wireless Call | 0.47 | $246.31 |
| 25/05/2022 | Andres Britobarreiro | Analyst | Franklin Wireless Cammer 5 | 0.76 | $397.83 |
| 25/05/2022 | Robert Chang | Director | Cammer exhibits | 1.00 | $1,120.00 |
| 26/05/2022 | Andres Britobarreiro | Analyst | Franklin Wireless Cammer 5 | 1.00 | $525.00 |
| 26/05/2022 | Andres Britobarreiro | Analyst | Franklin Wireless Cammer 5 | 3.50 | $1,835.46 |
| 26/05/2022 | Rouslan Halil | Associate | Regression for Franklin Wireless | 0.24 | $186.30 |
| 30/05/2022 | Andres Britobarreiro | Analyst | Franklin Wireless data download | 2.00 | $1,051.31 |
| 30/05/2022 | Andres Britobarreiro | Analyst | Franklin Wireless exhibit creation | 1.34 | $703.79 |
| 31/05/2022 | Andres Britobarreiro | Analyst | Franklin Wireless exhibit creation | 1.89 | $991.52 |
| 31/05/2022 | Robert Chang | Director | Draft expert report | 1.00 | $1,120.00 |
| 01/06/2022 | Andres Britobarreiro | Analyst | Franklin Wireless expert report draft | 1.10 | $577.50 |
| 01/06/2022 | Andres Britobarreiro | Analyst | Franklin Wireless expert report draft | 3.25 | $1,705.67 |
| 02/06/2022 | Zohaib Moonis | Analyst | Franklin wireless market efficiency draft | 1.49 | $781.81 |
| 03/06/2022 | Zohaib Moonis | Analyst | Franklin wireless market efficiency draft | 2.00 | $1,050.00 |
| 03/06/2022 | Zohaib Moonis | Analyst | Franklin wireless market efficiency draft | 3.34 | $1,753.06 |
| 06/06/2022 | Andres Britobarreiro | Analyst | Internal discussion on Franklin market efficiency factors | 0.90 | $471.48 |
| 06/06/2022 | Zohaib Moonis | Analyst | Franklin wireless market efficiency draft | 1.55 | $814.77 |
| 07/06/2022 | Andres Britobarreiro | Analyst | Franklin Wireless drafting | 2.01 | $1,055.83 |
| 07/06/2022 | Andres Britobarreiro | Analyst | Franklin Wireless exhibits review | 2.27 | $1,189.71 |
| 07/06/2022 | Andres Britobarreiro | Analyst | Internal discussion on Franklin market efficiency factors | 0.54 | $283.94 |
| 07/06/2022 | Robert Chang | Director | Review results | 0.56 | $632.18 |
| 07/06/2022 | Zohaib Moonis | Analyst | Franklin wireless market efficiency draft | 2.14 | $1,123.35 |
| 08/06/2022 | Andres Britobarreiro | Analyst | Franklin Wireless Call | 0.26 | $134.60 |
| 08/06/2022 | Andres Britobarreiro | Analyst | Franklin Wireless drafting | 2.10 | $1,102.50 |
| 08/06/2022 | Andres Britobarreiro | Analyst | Franklin Wireless drafting | 2.05 | $1,074.94 |
| 08/06/2022 | Robert Chang | Director | Franklin draft report | 0.50 | $560.00 |
| 08/06/2022 | Zohaib Moonis | Analyst | Franklin wireless market efficiency draft | 2.73 | $1,431.79 |
| 09/06/2022 | Andres Britobarreiro | Analyst | Franklin Wireless drafting | 0.61 | $322.15 |
| 09/06/2022 | Zohaib Moonis | Analyst | Franklin wireless market efficiency draft | 1.75 | $919.33 |
| 10/06/2022 | Robert Chang | Director | Page turning with expert | 1.50 | $1,680.00 |
| 10/06/2022 | Zohaib Moonis | Analyst | Compiling and reviewing franklin underlying data | 0.75 | $394.33 |
| 13/06/2022 | Andres Britobarreiro | Analyst | Franklin Wireless Call | 0.41 | $215.54 |
| 13/06/2022 | Andres Britobarreiro | Analyst | Franklin Wireless draft review | 1.19 | $623.29 |
| 13/06/2022 | Andres Britobarreiro | Analyst | Franklin Wireless exhibit rerun | 3.00 | $1,575.00 |
| 13/06/2022 | Andres Britobarreiro | Analyst | Franklin Wireless exhibit rerun | 1.06 | $555.92 |
| 13/06/2022 | Andres Britobarreiro | Analyst | Franklin Wireless final draft review and email to Sorin | 0.89 | $468.42 |
| 13/06/2022 | Robert Chang | Director | Call with expert | 0.50 | $560.00 |
| 14/06/2022 | Andres Britobarreiro | Analyst | Franklin Wireless Call | 0.77 | $405.85 |

Please note, that in producing this Detailed Breakdown, multiple time entries corresponding to a particular task have been aggregated if they are performed by the same consultant during the same London business day.

# INVOICE – Detailed Breakdown



| Date | Fee Earner | Position | Task | Time | USD Amount |
|---|---|---|---|---|---|
| 14/06/2022 | Andres Britobarreiro | Analyst | Franklin Wireless draft review Sorin question | 0.27 | $141.90 |
| 14/06/2022 | Andres Britobarreiro | Analyst | Franklin Wireless internal discussion | 0.15 | $80.50 |
| 14/06/2022 | Andres Britobarreiro | Analyst | Franklin Wireless Regression exhibits update | 1.30 | $683.81 |
| 14/06/2022 | Robert Chang | Director | Call on franklin | 0.50 | $560.00 |
| 14/06/2022 | Robert Chang | Director | Call with expert on report | 0.51 | $571.82 |
| 14/06/2022 | Robert Chang | Director | Review Franklin wireless report | 1.50 | $1,680.00 |
| 14/06/2022 | Zohaib Moonis | Analyst | Reviewing franklin draft | 1.34 | $703.06 |
| 15/06/2022 | Andres Britobarreiro | Analyst | Franklin Wireless exhibits review | 0.90 | $470.75 |
| 15/06/2022 | Andres Britobarreiro | Analyst | Franklin Wireless internal discussion with Expert | 0.24 | $125.42 |
| 15/06/2022 | Robert Chang | Director | Call with expert | 0.48 | $532.62 |
| 15/06/2022 | Robert Chang | Director | Franklin final draft | 0.87 | $968.80 |
| 15/06/2022 | Zohaib Moonis | Analyst | Reviewing franklin draft | 0.84 | $438.38 |
| 16/06/2022 | Andres Britobarreiro | Analyst | Franklin Wireless draft review for Counsel | 0.91 | $476.15 |
| 16/06/2022 | Andres Britobarreiro | Analyst | Franklin Wireless Regression exhibits update | 1.54 | $809.08 |
| 21/06/2022 | Andres Britobarreiro | Analyst | Franklin Wireless draft review | 0.40 | $207.67 |
| 21/06/2022 | Robert Chang | Director | Walk through comments | 0.50 | $560.00 |
| 21/06/2022 | Zohaib Moonis | Analyst | Reviewing franklin draft | 3.20 | $1,680.00 |
| 21/06/2022 | Zohaib Moonis | Analyst | Reviewing franklin draft | 1.23 | $646.04 |
| 22/06/2022 | Gabriele Bortolotti | Assistant | Bibliography Review (Franklin) | 2.60 | $1,001.21 |
| 22/06/2022 | Zohaib Moonis | Analyst | Reviewing franklin draft | 0.15 | $77.88 |
| 24/06/2022 | Zohaib Moonis | Analyst | Reviewing franklin draft | 2.36 | $1,239.58 |
| 18/07/2022 | Robert Chang | Director | Incorporate counsel's comments and finalize | 1.97 | $2,202.67 |
| 18/07/2022 | Zohaib Moonis | Analyst | Preparing back up materials: franklin | 1.84 | $965.27 |
| 19/07/2022 | Andres Britobarreiro | Analyst | Expert report draft review and update | 0.28 | $148.60 |
| 19/07/2022 | Andres Britobarreiro | Analyst | Quality check and backup materials | 2.66 | $1,394.31 |
| 19/07/2022 | Zohaib Moonis | Analyst | Preparing back up materials: franklin | 1.09 | $573.27 |
| 20/07/2022 | Andres Britobarreiro | Analyst | Quality check and backup materials | 1.04 | $547.02 |
| 20/07/2022 | Zohaib Moonis | Analyst | Preparing back up materials: franklin | 0.53 | $277.81 |
| 21/07/2022 | Zohaib Moonis | Analyst | Preparing back up materials: franklin | 0.51 | $267.17 |
| 22/07/2022 | Andres Britobarreiro | Analyst | Expert report finalising | 0.58 | $305.81 |
| 22/08/2022 | Zohaib Moonis | Analyst | Reviewing frankling wireless expert report for depo prep | 1.28 | $671.42 |

**Total Amount = USD 57,261.75**

**Sorin Sorescu fees = USD 7,800.00**

**Data recharges = USD 231.00**

**Total Amount  = USD 65,292.75**

Please note, that in producing this Detailed Breakdown, multiple time entries corresponding to a particular task have been aggregated if they are performed by the same consultant during the same London business day.