# Exhibit G

# ON POINT INVESTIGATIONS

CONFIDENTIAL & PRIVILEGED    ATTORNEY WORK PRODUCT

Invoice for the Franklin Wireless case investigation

July 31, 2021

TO:    Austin Van, Esq., Pomerantz LLP

FM:    Chris Szechenyi, On Point Investigations, LLC

RE:    Franklin Wireless

Austin,

This is my invoice for $2,234.55 for the investigation of Franklin Wireless in July. This invoice has been paid through you firm's retainer with On Point; I will send a copy to your controller for his records. Details are below.

Thank you,

Chris Szechenyi, President
On Point Investigations, LLC
134 Cider Hill Road
York, Maine 03909
o. 617-470-0714

DAILY BREAKDOWN

| | | | |
|---|---|---|---|
| 07/16/21 | 1.50 | hours | Read complain/Reviewed notes<br>Searched databases for witnesses<br>Searched for direct numbers for witnesses<br>Created new lead list |
| 07/19/21 | 2.00 | hours | Finished search from 7/16/21 |
| 07/21/21 | 1.50 | hours | Document review; case file organization; lead list markup |
| 07/22/21 | 1.50 | hours | Called and LVM for Mark W. Merson, David Yi, Ryan Kreuscher, Christopher (Chris) Baldwin, and Bilal Tassaduq; found numbers for 20 leads and updated list |
| 07/26/21 | 0.75 | hours | Found better numbers for all and called and LVM; two additional rounds calls |

| 07/27/21 | 1.25 | hours | LVM for Mark W. Merson, David Yi, Ryan Kreuscher, Christopher (Chris) Baldwin, Bilal Tassaduq, Rick Walker, Youngkyu Kim, Alex Kim, Peter Y. Won, Alysia HaeKyung Lee, and Tony Htet; spoke with Gabriel Ruelas, not very helpful |
| 07/28/21 | 1.25 | hours | Calls at off-hours; INTV, memo to come |
| 07/29/21 | 0.75 | hours | followup calls at two times of day |
| | 10.50 | hours | @$175/hour = $1,837.50 Databases to find witnesses and their numbers: $397.05 Total Charges this Invoice: $2,234.55 |

# ON POINT INVESTIGATIONS
CONFIDENTIAL & PRIVILEGED    ATTORNEY WORK PRODUCT

### Invoice for the Franklin Wireless case investigation

Aug. 31, 2021

TO:    Austin Van, Esq., Pomerantz LLP

FM:    Chris Szechenyi, On Point Investigations, LLC

RE:    Franklin Wireless

Austin,

This is my invoice for $3,631.25 for the investigation of Franklin Wireless in Aug. 2021. This invoice has been paid through you firm's retainer with On Point; I will send a copy to your controller for his records. Details are below.

Thank you,

Chris Szechenyi, President
On Point Investigations, LLC
134 Cider Hill Road
York, Maine 03909
o. 617-470-0714

## DAILY BREAKDOWN

| Date | Hours | | Description |
|---|---|---|---|
| 08/01/21 | 1.00 | hours | INTV with Gabriel Ruelas, see memo 1; INTV with Alysia HaeKyung Lee, minimal info |
| 08/02/21 | 3.00 | hours | Wrote and filed memo 1; more calls; looked up and added new leads to list, found numebrs |
| 08/03/21 | 1.25 | hours | Calls and voicemails to all active leads |
| 08/05/21 | 1.25 | hours | Called and LVM for Mark Merson, David Yi, Ryan Kreuscher, Christopher Baldwin, Bilal Tassaduq, Rick Walker, Youngkyu Kim, Alex Kim, Peter Y. Won, Alysia Hae Kyung Lee, Tony Htet, and David Mendez |
| 08/06/21 | 0.75 | hours | LVM for leads; spoke with two former employees |
| 08/09/21 | 2.75 | hours | Wrote and filed memo 2 |
| 08/10/21 | 1.00 | hours | Calls to all active leads |

{00456260;1 }

| | | | |
|---|---|---|---|
| 08/12/21 | 1.25 | hours | Called Mark W. Merson, David Yi, Ryan Kreuscher, Christopher (Chris) Baldwin, Bilal Tassaduq, Rick Walker, Youngkyu Kim, Alex Kim, Alysia HaeKyung Lee, Tony Htet, David Mendez, Edward Argyle, and John Kim; INTV with Bilal Tassaduq, see memo 3; spoke with Youngkyu Kim who requested callback after lunch; called back Younkyu Kim; short INTV with Youngkyu Kim, see memo 4 |
| 08/13/21 | 1.25 | hours | Started writing memo 3 |
| 08/16/21 | 1.75 | hours | Wrote and filed memo 3 |
| 08/17/21 | 0.50 | hours | Started memo 4 |
| 08/24/21 | 1.25 | hours | early a.m. calls to remaining leads; late evening calls to same, left voicemails where prudent; checked for additional leads on LinkedIn, added one to lsit and found number via tlo |
| 08/26/21 | 0.50 | hours | Phoned everyone and cleaned up lead list |
| 08/27/21 | 2.75 | hours | Wrote and filed memo 4 |
| 08/31/21 | 0.50 | hours | Reviewed, cleaned up and sent lead list; email |
| | 20.75 | hours | @$175/hour = $3,631.25 |

{00456260;1 }

**Kelmar Global**
23119 IH-10 West, Bldg #6
San Antonio, TX 78257
210-342-0509



**Pomerantz LLP**
Chris Szechenyi
Seattle, WA

| | |
|---|---|
| **Invoice #:** | INV-09972 |
| **Case #:** | 08034OT-01 |
| **Subject:** | Verizon Wireless - Marshall, TX |
| **Client Case Number:** | Franklin Wireless |
| **Invoice Date:** | 9/30/21 |
| **Payment Due:** | 9/30/21 |
| **Amount Due:** | $475.00 |

| Date | Item | Description | Qty | Rate | Tax | Amount |
|---|---|---|---|---|---|---|
| 9/27/21 | Investigator Labor | On-site interviews and travel | 4.00 | 95.00 | 0.00% | 380.00 |
| 9/27/21 | Miscellaneous | | 130.00 | 0.00 | 0.00% | 0.00 |
| 9/27/21 | Report Generation | | 1.00 | 95.00 | 0.00% | 95.00 |

| | |
|---|---|
| **Subtotal:** | $475.00 |
| **Tax Exempt (0.00%):** | $0.00 |
| **Grand Total:** | $475.00 |
| **Amount Paid:** | $0.00 |
| **Amount Due:** | **$475.00** |

**Terms**
Due and payable upon receipt!

**Notes**
Thank you for your patronage!

Tax ID #: ▮▮▮▮▮▮▮

# ON POINT INVESTIGATIONS

CONFIDENTIAL & PRIVILEGED      ATTORNEY WORK PRODUCT

### Invoice for the Franklin Wireless case investigation

September 30, 2021

TO:    Austin Van, Esq., Pomerantz LLP

FM:    Chris Szechenyi, On Point Investigations, LLC

RE:    Franklin Wireless

Austin,

This is my invoice for $4,785.03 for the investigation of Franklin Wireless in September 2021. This invoice has been paid through you firm's retainer with On Point; I will send a copy to your controller for his records. Details are below.

Thank you,

Chris Szechenyi, President
On Point Investigations, LLC
134 Cider Hill Road
York, Maine 03909
o. 617-470-0714

## DAILY BREAKDOWN

| Date | Hours | | Description |
|---|---|---|---|
| 09/03/21 | 1.25 | hours | Searched databases for new witnesses<br>Searched for direct numbers for witnesses<br>Updated existing lead list |
| 09/09/21 | 2.00 | hours | Searched databases for new witnesses<br>Searched for direct numbers for witnesses<br>Updated existing lead list |
| 09/09/21 | 2.00 | hours | Call with team; drafted request for TX investigator; lead request; call for followup with Peter |
| 09/10/21 | 2.00 | hours | Searched databases for new witnesses<br>Searched for direct numbers for witnesses<br>Updated existing lead list |
| 09/10/21 | 1.50 | hours | Calls and voicemails to all old and new leads |

| | | | |
|---|---|---|---|
| 09/13/21 | 1.50 | hours | INTV with Fatemah Shirzad, see memo 8 (in works) Jake Mosby declined to cooperate Hamid R. Sayadi said it was a bad time Two calls to Jake winters for followup, no answer, one VM; Called and in most cases LVM for Javier Camarillo, Nikith Sherigar, Mark Schwager, LVM for Arun Gunasekaran, Fatemah Shirzad, and Siqi Wang (wireless customer not available); daily update |
| 09/15/21 | 1.50 | hours | INTV with Dar Tafarrodi (former Verizon customer service) hes nice but not familiar with the Franklin devices (those arent the jetpacks they had during his tenure as far as he recalled). He couldnt think of anyone for us to call. Never received any complaints about devices overheating; called and where possible LVM for Ashton R. Story, Gregory A. Cook, Rovonda B. Hargrett, Tammy Ross, Stacy Moots, Regina L. Gamble, Adia King, LuDresha McFadden-Adamson, Christian Rowland, Victor L. Johnson, Channing Lewis, Kimberly Casey, Timothy Brackney, and Amy Striker; Regina L. Gamble hadnled complaints about devices, phones mostly, and never heard about any hot spots overheating, she left Verizon in 2018; INTV with Stacy Moots, NRI, she wasn't part of the team that handled complaints about equipment. She talked to people with issues with their plans, service qulaity, etc |
| 09/16/21 | 1.25 | hours | Calls and vociemails; INTV with John Kim, NRI -- he worked there six years ago and it was on system architecture stuff; followup call to Peter, LVM; daily update |
| 09/17/21 | 2.00 | hours | wrote and filed memo 5 |
| 09/20/21 | 1.00 | hours | emailed about status and called all leads |
| 09/21/21 | 3.50 | hours | LVM for Mark W. Merson, David Yi, David Yi's wife, Ryan Kreuscher, and Christopher (Chris) Baldwin; INTV with Mark Merson, see memo 6; call with David Yi, he never worked at Franklin Wireless (someone with same name); looked for additional David Yis in database and updated lead list; wrote and filed memo 6; responded to text messages with additional lead and offer of help from Merson; communication about call with Texas investigator tomorrow;Reviewed deadline and made calls; email update and question about deadline; reviewed emails regarding Texas investigation |
| 09/22/21 | 1.25 | hours | scheduled call rescheduled; drafted template for Texas investigator and identified stores and sent instructions via email |

| 09/24/21 | 1.00 | hours | Called and LVM for all Verizon leads with voicemail set up; INTV with Kayla Ridley, NRI; Spoke with Chris Yun, he's a current employee; spoke with Maricar D. Dizon, she's a current employee |
| 09/28/21 | 0.75 | hours | Discussed followup with Texas investigator; reached out to TX and finished setting up portal; daily update |
| 09/29/21 | 1.00 | hours | Communicated with Texas investigator about status; called and LVM for followups and seven Verizon employees |
| 09/30/21 | 2.00 | hours | Reviewed memo from other investigator and drafted summary of calls with former Verizon employeees; spoke with Adia King, NRI; spoke with LuDresha  McFadden-Adamson, NRI; wrote and filed memo 7; schedued call tomorrow and discussed next steps & potentially contacting test centers |
| | 25.50 | hours | @@$175/hour = $4,462.50<br>Databases to find witnesses and their numbers: $322.53<br>Total Charges this Invoice: $4,785.03 |

# ON POINT INVESTIGATIONS

CONFIDENTIAL & PRIVILEGED    ATTORNEY WORK PRODUCT

Invoice for the Franklin Wireless case investigation

October 31, 2021

TO:    Austin Van, Esq., Pomerantz LLP

FM:    Chris Szechenyi, On Point Investigations, LLC

RE:    Franklin Wireless

Austin,

This is my invoice for $3,721.88 for the investigation of Franklin Wireless in October 2021. This invoice has been paid through you firm's retainer with On Point; I will send a copy to your controller for his records. Details are below.

Thank you,

Chris Szechenyi, President
On Point Investigations, LLC
134 Cider Hill Road
York, Maine 03909
o. 617-470-0714

DAILY BREAKDOWN

| Date | Hours | | Description |
|---|---|---|---|
| 10/03/21 | 1.00 | hours | Highlighted and sent lead list, per reuqest |
| 10/04/21 | 2.00 | hours | Searched databases for new witnesses<br>Searched for direct numbers for witnesses<br>Updated existing lead list |
| 10/04/21 | 4.00 | hours | Search for additional leads; called back earlier witnesses seeking clarification on what happens when phone is returned to Verizon; INTV with David Yi, see memo 8; wrote and filed memo 8; guidance call ; LVM for Merson and Ruelas and also remaining unreached leads and new leads |
| 10/05/21 | 6.00 | hours | email; found likely manufacturers and sent request; wrote and filed memo 9; wrote and filed memo 10 |
| 10/13/21 | 0.75 | hours | Called and LVM for all remaining leads |
| 10/14/21 | 0.50 | hours | calls to leads |
| 10/15/21 | 0.75 | hours | Morning and evening calls and some messages |

| 10/20/21 | 1.00 | hours | called and LVM for all leads |
| 10/21/21 | 1.50 | hours | spoke with memo 4 interview subject, no additional information (someone in background told him not to talk to us); LVM for all others |
| 10/26/21 | 0.75 | hours | Called and LVM for all remaining leads |
| 10/28/21 | 1.00 | hours | Calls to everyone not yet reached and calls to existing witnesses we want to follow up with |
| | 19.25 | hours | @$175/hour = $3,368.75 |

Databases to find witnesses and their numbers: $353.13

Total Charges this Invoice: $3,721.88

# ON POINT INVESTIGATIONS
CONFIDENTIAL & PRIVILEGED     ATTORNEY WORK PRODUCT

### Invoice for the Franklin Wireless case investigation

November 30, 2021

TO:   Austin Van, Esq., Pomerantz LLP

FM:   Chris Szechenyi, On Point Investigations, LLC

RE:   Franklin Wireless

Austin,

This is my invoice for $612.50 for the investigation of Franklin Wireless in November 2021. This invoice has been paid through you firm's retainer with On Point; I will send a copy to your controller for his records. Details are below.

Thank you,

Chris Szechenyi, President
On Point Investigations, LLC
134 Cider Hill Road
York, Maine 03909
o. 617-470-0714

DAILY BREAKDOWN

| Date | Hours | | Description |
|---|---|---|---|
| 11/01/21 | 1.00 | hours | Called and LVM on personalized vms; checked statuses |
| 11/02/21 | 1.00 | hours | Multiple calls morning, mid-day, and evening to outstanding leads |
| 11/08/21 | 0.50 | hours | Emailed about case; added final notes to case file |
| 11/10/21 | 1.00 | hours | Cleaned up and sent lead list |
| | 3.50 | hours | @$175/hour = $612.50 |