# Exhibit H

| 11/13/2024 | **Detailed Matter Cost Report**<br>Matter: 4362-0001 - Franklin Wireless Corp.<br>From 1/1/1995  to 9/17/2024 | Page 1 of 6 |
|---|---|---|

## Cost Detail

| Date | Comment | Amount |
|---|---|---|
| **Clerk filing fees** | | |
| 10/08/2021 | USDC, CA Southern District Court: J.Lieberman PHV filling free for Austin 09.24.21 | $213.00 |
| 10/08/2021 | USDC, CA Southern District Court: J.Lieberman PHV filling free for T.Scudieri 09.24.21 | $213.00 |
| 11/08/2021 | USDC,CA Southern District Court: J.Lieberman PHV Filing Fees for Jeremy 10.08.21 | $213.00 |
| | **Clerk filing fees Total:** | $639.00 |
| **Computer Research** | | |
| 08/01/2021 | West Group: July 2021 Research fee (Invoice #844788323) | $18.88 |
| 09/30/2021 | West Group:September 2021 Research Service Charges  (Invoice #845117576) | $6.27 |
| 10/10/2021 | Pacer Service Center:Research Service Charges for Billing Pd 07.01.21-09.30.21 (Invoice #2614780-Q32021) | $4.10 |
| 10/10/2021 | Pacer Service Center: Research Service Fees for Billing Pd 07.01.21-09.30.21 (Invoice #5624504-Q32021) | $0.20 |
| 10/31/2021 | RELX Inc. DBA LexisNexis: October 2021 Research Service Fees (Invoice #3093547042) | $38.17 |
| 11/01/2021 | West Group: October 2021 Westlaw charges (Invoice #845283561) | $78.65 |
| 01/19/2022 | Pacer Service Center: Research Service Fees for incurred during period 10.01.21 - 12.31.21 (Invoice #2614780-Q42021) | $3.90 |
| 02/04/2022 | West Group: January 2022 Westlaw charges (Invoice #845795566) | $0.95 |
| 02/28/2022 | RELX Inc. DBA LexisNexis: February 2022 Research Service Fees (Invoice #3093714429) | $5.71 |
| 02/28/2022 | West Group: February 2022 Westlaw charges (Invoice #845965816) | $48.21 |
| 03/31/2022 | Pacer Service Center: Research charges incurred during 01/14/22 thru 03/31/22 (Invoice #2614780-Q12022) | $13.80 |
| 04/01/2022 | West Group: March 2022 Westlaw charges (Invoice #846122725) | $147.93 |
| 04/07/2022 | Pacer Service Center: Research charges incurred during 01/18/2022 through 03/30/2022 (Invoice #5624504-Q12022) | $5.30 |
| 04/19/2022 | RELX Inc. DBA LexisNexis: March 2022 Research Service Fees (Invoice #3093761308) | $106.59 |
| 07/07/2022 | Pacer Service Center: Research fees incurred during 04.01.22-06.30.22 (Invoice #5624504-Q22022) | $1.00 |
| 08/01/2022 | West Group: July 2022 Westlaw charges (Invoice #846787177) | $8.30 |
| 09/30/2022 | West Group: September 2022 Westlaw Charges (Invoice #847114770) | $83.00 |
| 09/30/2022 | RELX Inc. DBA LexisNexis: September 2022 Computer Research Service Charges (Invoice #3094084770) | $137.19 |
| 10/05/2022 | Pacer Service Center: Research charge incurred during period 07.01.22-09.30.22 (Invoice #5624504-Q32022) | $3.80 |
| 10/05/2022 | Pacer Service Center: Research charge incurred during period 07.01.22-09.30.22 (Invoice #2614780-Q32022) | $38.30 |
| 10/31/2022 | West Group: October 2022 Westlaw - Research Charges (Invoice #847276429) | $10.61 |
| 12/01/2022 | West Group: November 2022 Westlaw - Research charges (Invoice #847447175) | $46.56 |
| 01/01/2023 | RELX Inc. DBA LexisNexis: January 2023 Research Charges (Invoice #3094324307) | $19.81 |

| 11/13/2024 | **Detailed Matter Cost Report**<br>Matter: 4362-0001 - Franklin Wireless Corp.<br>From 1/1/1995 to 9/17/2024 | Page 2 of 6 |
|---|---|---|

| | | |
|---|---|---|
| 01/04/2023 | Pacer Service Center: December 2022 Research charges (Invoice ##2614780-Q42022) | $0.60 |
| 02/28/2023 | RELX Inc. DBA LexisNexis: February 2023 Research Charges (Invoice #3094366673) | $1,267.41 |
| 03/31/2023 | RELX Inc. DBA LexisNexis: March 2023 Docket Charges (Invoice #3094396586) | $201.18 |
| 04/04/2023 | Pacer Service Center: Computer research charges incurred during 01.01.2023 through 03.31.2023 (Invoice #5624504-Q12023) | $1.10 |
| 04/04/2023 | Pacer Service Center: Computer research charges incurred during 01.01.2023 through 03.31.2023 (Invoice #2614780-Q12023) | $15.10 |
| 04/30/2023 | RELX Inc. DBA LexisNexis: April 2023 Docket Charges (Invoice #3094462017) | $40.03 |
| 04/30/2023 | West Group: April 2023 Westlaw charges (Invoice #848440654) | $118.25 |
| 05/01/2023 | West Group: March 2023 Westlaw Research Charges (Invoice #848090099) | $47.05 |
| 05/31/2023 | RELX Inc. DBA LexisNexis: May 2023 research charges (Invoice #3094504507) | $49.17 |
| 07/05/2023 | Pacer Service Center: Research charges incurred during 04.01.23-06.30.23 (Invoice #5624504-Q22023) | $1.20 |
| 07/05/2023 | Pacer Service Center: Research charges incurred during 04/01/2023-06/30/2023 (Invoice #2614780-Q22023) | $43.00 |
| 10/04/2023 | Pacer Service Center: Computer research charges incurred during 07.01.2023 through 09.30.2023 (Invoice #2614780-Q32023) | $0.80 |
| 10/04/2023 | Pacer Service Center: Computer research charges incurred during 07.01.2023 through 09.30.2023 (Invoice #5624504-Q32023) | $4.20 |
| 12/31/2023 | Pacer Service Center: Computer research charges incurred on 11/16/23 (Invoice #25624504-Q42023 | $0.80 |
| 02/29/2024 | West Group: February 2024 Westlaw Charges (Invoice #849817040) | $412.42 |
| 02/29/2024 | Bloomberg Industry Group, Inc: February 2024 Docket search costs | $194.49 |
| 03/31/2024 | Bloomberg Industry Group, Inc: March 2024 Docket search costs | $14.33 |
| 05/31/2024 | Bloomberg Industry Group, Inc: April 2024 Docket search charges | $43.88 |
| 07/08/2024 | Pacer Service Center: Research charges incurred during period 04.01.24-06.30.20 (Invoice #5624504-Q22024) | $0.80 |
| 07/08/2024 | Pacer Service Center: Research charges incurred during 04/01/2024 - 06/30/2024 (Invoice #2614780-Q22024) | $2.60 |
| | **Computer Research Total:** | **$3,285.64** |

**Database charges**

| | | |
|---|---|---|
| 04/30/2022 | vdiscovery: April 2022 User Access Fees (Invoice #I222842) | $92.54 |
| 04/30/2022 | vdiscovery: PM Tech Time & Hosting Service Fees (Invoice #I222836) | $254.22 |
| 05/31/2022 | vdiscovery: Hosting Fees (Invoice #I223277) | $9.25 |
| 05/31/2022 | vdiscovery: May 2022 User Access Fees (Invoice #I223297) | $92.54 |
| 06/30/2022 | vdiscovery: June 2022 User Access User Fees (Invoice #I223847) | $92.54 |
| 06/30/2022 | vdiscovery: June 2022 Hosting Fees (Invoice #I223819) | $9.25 |
| 07/31/2022 | vdiscovery: July 2022 Hosting Fees (Invoice #I224296) | $9.25 |
| 07/31/2022 | vdiscovery: July 2022 User Access Fees (Invoice #I224337) | $92.54 |
| 08/31/2022 | vdiscovery: August 2022 User Access Fees (Invoice #I224816) | $92.54 |
| 08/31/2022 | vdiscovery: August 2022 Hosting Fees (Invoice #I224775) | $9.25 |
| 09/30/2022 | vdiscovery: September 2022 Hosting Fees (Invoice #I225207) | $9.25 |
| 09/30/2022 | vdiscovery: September 2022 User Access Fees (Invoice #I225252) | $92.54 |
| 10/31/2022 | vdiscovery: October 2022 User Access Fees (Invoice #I225720) | $92.54 |
| 10/31/2022 | vdiscovery: October 2022 Hosting Fees (Invoice #I225637) | $9.25 |
| 11/30/2022 | vdiscovery: November 2022 Hosting Fees (Invoice #I226112) | $9.25 |

| 11/13/2024 | **Detailed Matter Cost Report**<br>Matter: 4362-0001 - Franklin Wireless Corp.<br>From 1/1/1995  to 9/17/2024 | Page 3 of 6 |
|---|---|---|

| | | |
|---|---|---|
| 11/30/2022 | vdiscovery: November 2022 User Access Fees (Invoice #I226163) | $92.54 |
| 12/31/2022 | vdiscovery: December 2022 User Access Fees (Invoice #I226665) | $92.54 |
| 12/31/2022 | vdiscovery: December 2022 Hosting Fees (Invoice #I226612) | $9.25 |
| 01/31/2023 | vdiscovery: January 2023 Hosting Fees (Invoice #I227113) | $19,129.36 |
| 01/31/2023 | vdiscovery: January 2023 User Access Fees (Invoice #I227426) | $92.54 |
| 02/28/2023 | vdiscovery: February 2023 User Access Fees (Invoice #I227813) | $92.54 |
| 02/28/2023 | vdiscovery: February 2023 Hosting Fees (Invoice #I227740) | $1,393.62 |
| 03/31/2023 | vdiscovery: March 2023 Hosting Fees (Invoice #I228278) | $2,156.39 |
| 03/31/2023 | vdiscovery: March 2023 User Access Fees (Invoice #I228079) | $185.09 |
| 04/30/2023 | vdiscovery: April 2023 User Access Fees (Invoice #I228556) | $185.09 |
| 04/30/2023 | vdiscovery: April 2023 Hosting Fees (Invoice #I228745) | $1,510.10 |
| 05/31/2023 | vdiscovery: May 2023 Hosting Fees (Invoice #I229214) | $1,422.21 |
| 05/31/2023 | vdiscovery: May 2023 User Access Fees (Invoice #I229032) | $185.09 |
| 06/30/2023 | vdiscovery: June 2023 Hosting Fees (Invoice #I229755) | $1,422.21 |
| 06/30/2023 | vdiscovery: June 2023 User Access Fees (Invoice #I229580) | $185.09 |
| 07/31/2023 | vdiscovery: July 2023 User Access Fees (Invoice #I230139) | $185.09 |
| 07/31/2023 | vdiscovery: July 2023 Hosting Fees (Invoice #I230308) | $1,422.21 |
| 08/31/2023 | vdiscovery: August 2023 Hosting Fees (Invoice #I230807) | $1,422.21 |
| 08/31/2023 | vdiscovery: August 2023 User Access Fees (Invoice #I230639) | $185.09 |
| 09/30/2023 | vdiscovery: September 2023 User Access Fees (Invoice #I231445) | $185.09 |
| 09/30/2023 | vdiscovery: September 2023 Hosting Fees (Invoice #I231601) | $1,422.21 |
| 10/31/2023 | vdiscovery: October 2023 Hosting Fees (Invoice #I232126) | $1,422.21 |
| 10/31/2023 | vdiscovery: October 2023 User Access Fees (Invoice #I231983) | $185.09 |
| 11/30/2023 | vdiscovery: November 2023 User Access Fees (Invoice #I232687) | $185.09 |
| 11/30/2023 | vdiscovery: November 2023 Hosting Fees (Invoice #I232825) | $1,422.21 |
| 12/31/2023 | vdiscovery: December 2023 Hosting Fees (Invoice #I233331) | $1,422.21 |
| 12/31/2023 | vdiscovery: December 2023 User Access Fees (Invoice #I233196) | $185.09 |
| 01/31/2024 | vdiscovery: January 2024 User Access Fees (Invoice #I233726) | $185.09 |
| 01/31/2024 | vdiscovery: January 2024 Hosting Fees (Invoice #I233860) | $1,422.21 |
| 02/29/2024 | vdiscovery: February 2024 User Access Fees (Invoice #I234248) | $185.09 |
| | **Database charges Total:** | **$40,556.60** |

**Deposition and Court Reporting**

| | | |
|---|---|---|
| 12/31/2023 | Epiq Systems: Deposition Service Charges (Invoice #90812935) | $1,080.50 |
| | **Deposition and Court Reporting Total:** | **$1,080.50** |

**Expert Fee**

| | | |
|---|---|---|
| 07/21/2021 | Stanford Consulting Group Inc: June 2021 Professional services fee (Invoice #1) | $4,330.00 |
| 11/18/2021 | Stanford Consulting Group Inc: July 2021-October 2021 Professional Service Fees (Invoice #2) | $1,987.00 |
| 03/09/2022 | Serve Index LLC : Subpoena Service Fees 03.02.22 | $280.00 |
| 08/31/2022 | Fideres Partners LLP: Economic consulting services fees during 05.18.22-08.22.22 (Invoice #PZ/2022-06) | $65,292.75 |
| 08/31/2022 | Fideres Partners LLP: Economic consulting services fees (Invoice #PZ/2022-05) | $4,000.00 |
| 10/20/2022 | Stanford Consulting Group Inc: November 2021-September 2022 Professional Service Fees (Invoice #3) | $3,694.00 |
| 06/13/2023 | Stanford Consulting Group Inc: October 2022-May 2023 Professional Service Fees (Invoice #4) | $4,691.00 |
| | **Expert Fee Total:** | **$84,274.75** |

**Investigator fees**

| | | |
|---|---|---|
| 08/02/2021 | On Point Investigations LLC: July 2021 Investigations services fee | $2,234.55 |
| 09/02/2021 | On Point Investigations LLC: August 2021 Investigator fees | $3,631.25 |
| 09/30/2021 | Kelmar Global: September 2021 Investigation Service Charges (Invoice #INV-09972) | $475.00 |

**Detailed Matter Cost Report**
Matter: 4362-0001 - Franklin Wireless Corp.
From 1/1/1995 to 9/17/2024

| Date | Description | Amount |
|---|---|---|
| 10/05/2021 | On Point Investigations LLC: September 2021 investigator services fee | $4,785.03 |
| 11/02/2021 | On Point Investigations LLC: October 2021 Investigator service fees | $3,721.88 |
| 12/02/2021 | On Point Investigations LLC: November 2021 Investigator fees | $612.50 |
| | **Investigator fees Total:** | **$15,460.21** |

**Meals and Conference expenses**

| Date | Description | Amount |
|---|---|---|
| 05/09/2023 | Meals 05.02.23 | $35.96 |
| 05/09/2023 | Meals 05.01.23 | $27.63 |
| 05/09/2023 | Meals 05.01.23 | $35.96 |
| 05/22/2023 | Meal 05.22.23 | $23.12 |
| 05/22/2023 | Meal 05.22.23 | $25.00 |
| 02/07/2024 | Meals 01.24.24 | $27.63 |
| | **Meals and Conference expenses Total:** | **$175.30** |

**Mediator Fees**

| Date | Description | Amount |
|---|---|---|
| 04/17/2023 | Jams Inc: Invoice #6618274; Deposit for Mediation services | $15,287.04 |
| 04/17/2023 | Jams Inc: Invoice #6618274; Deposit for Mediation services | $212.96 |
| 11/20/2023 | Jams Inc: Refund re: Invoice #6618274; Deposit for Mediation services | ($212.96) |
| | **Mediator Fees Total:** | **$15,287.04** |

**Overtime-Clerical**

| Date | Description | Amount |
|---|---|---|
| 09/27/2021 | E. Goodman 09.27.2021 Overtime | $34.78 |
| 10/07/2021 | D. Isaacson 10.07.2021 Overtime | $5.40 |
| 11/15/2021 | E. Goodman 11.15.2021 Overtime | $52.17 |
| 11/15/2021 | D. Isaacson 11.15.2021 Overtime | $12.44 |
| 01/20/2022 | D. Isaacson 01.20.2022 Overtime | $6.04 |
| 05/16/2022 | D. Isaacson 05.16.2022 Overtime | $5.34 |
| 05/22/2023 | M. Tomasicchio-Johnston 05/22/23 Overtime | $74.18 |
| 05/22/2023 | E. Goodman 05.22.2023 Overtime | $50.00 |
| 05/24/2023 | E. Goodman 05.23.2023 Overtime | $37.50 |
| | **Overtime-Clerical Total:** | **$277.85** |

**Photocopy Charges-In House**

| Date | Description | Amount |
|---|---|---|
| 10/01/2021 | September 2021 Photocopy Charges-In House | $1.00 |
| 10/31/2021 | October 2021 Photocopy Charges-In House | $20.80 |
| 01/31/2022 | January 2022 In House Photocopy Charges | $4.00 |
| 05/09/2022 | March 2022 In-House Photocopy Charges | $0.60 |
| 08/08/2022 | July 2022 In House Photocopy Charges | $15.40 |
| 06/01/2023 | May 2023 Photocopy Charges-In House | $44.30 |
| 03/01/2024 | February 2024 Photocopy Charges-In House | $3.50 |
| 07/31/2024 | July 2024 Photocopy Charges | $0.30 |
| | **Photocopy Charges-In House Total:** | **$89.90** |

**Postage and Overnight mail**

| Date | Description | Amount |
|---|---|---|
| 11/22/2021 | Fedex: Postal Service Charges 11.15.21 (Invoice #7-572-83269) | $66.43 |

| 11/13/2024 | Detailed Matter Cost Report<br>Matter: 4362-0001 - Franklin Wireless Corp.<br>From 1/1/1995  to 9/17/2024 | Page 5 of 6 |
|---|---|---|

| | | |
|---|---|---|
| 02/14/2022 | Fedex: Invoice #7-660-15391; Account #1039-7360-0 | $39.20 |
| 08/01/2022 | Fedex: Postal Service Charges 07.26.22 (Invoice #7-836-78749) | $109.84 |
| 12/12/2022 | Fedex: Invoice #7-973-62087; 12/08/2022 Overnight FedEx charges | $36.11 |
| 12/26/2022 | Fedex: Postal Service Charges 12.20.22 (Invoice #7-987-80856) | $33.58 |
| 05/29/2023 | Fedex: Postal Service Charges 05.24.23 (Invoice #8-145-65483) | $132.70 |
| 05/29/2023 | Fedex: Postal Service Charges 05.25.23 (Invoice #8-145-65483) | $101.62 |
| | **Postage and Overnight mail Total:** | $519.48 |

**Press Releases and Newswires**

| | | |
|---|---|---|
| 04/30/2021 | Newsfile Corp.: April 2021 press release charges (Invoice #21040149) | $105.00 |
| 04/30/2021 | Cision US Inc.: April 2021 Press releases charge - (1st QTR 2021/2022 Invoice #INVUS601130084) | $200.00 |
| 04/30/2021 | Intrado Digital Media, LLC: April 2021 Press Releases charges (invoice #1000000082920) | $200.00 |
| 05/31/2021 | Intrado Digital Media, LLC: May 2021 Press Releases charges (invoice #1000000082920) | $200.00 |
| 05/31/2021 | Cision US Inc.: May 2021 Press Release Charges | $200.00 |
| 05/31/2021 | Newsfile Corp.: May 2021 press release charges (Invoice #21040149) | $315.00 |
| 06/30/2021 | 0Newsfile Corp.: June 2021 press release charges (Invoice #21050169) | $210.00 |
| 06/30/2021 | Cision US Inc. June 2021 Press Release Charges | $100.00 |
| 06/30/2021 | Intrado Digital Media, LLC: June 2021 Press Releases charges (invoice #1000000082920) | $300.00 |
| 04/12/2022 | Intrado Digital Media, LLC: 04.06.2021-04.12.2022 Press Releases Adjustment | $121.80 |
| | **Press Releases and Newswires Total:** | $1,951.80 |

**Process Server**

| | | |
|---|---|---|
| 03/09/2022 | ACE Inc: Process Server Service Charges 03.03.22 | $195.00 |
| 03/09/2022 | ACE Inc: Process Server Service Charges 03.03.22 | $195.00 |
| 03/09/2023 | ABC Legal: Subpoena Service Charges 03.08.23 | $1,120.00 |
| 03/09/2023 | ABC Legal: Process Server Charges 03.09.23 | $140.00 |
| 03/09/2023 | ABC Legal: Process Server Charges 03.09.23 | $160.00 |
| 04/07/2023 | ABC Legal: Process Server Service Fees 04.06.23 | $140.00 |
| 04/07/2023 | ABC Legal: Process Server Service Fees 03.23.23 | $140.00 |
| 04/07/2023 | ABC Legal: Process Server Service Fees 03.20.23 | $140.00 |
| 04/07/2023 | ABC Legal: Process Server Service Fees 03.15.23 | $140.00 |
| 08/09/2023 | ABC Legal: Process Server Service Fees-Refund 08/06/2023 | ($140.00) |
| | **Process Server Total:** | $2,230.00 |

**Translation Services**

| | | |
|---|---|---|
| 03/04/2022 | Morningside: Invoice #MI134519; Translation and Certification into Korean | $225.00 |
| 03/10/2022 | Morningside: Invoice #MI134978; Project #O-188868; Translation and Certification into Korean | $225.00 |
| | **Translation Services Total:** | $450.00 |

**Travel- Local**

| | | |
|---|---|---|
| 05/09/2023 | Uber: Cab Ride 05.01.23 | $52.08 |
| 05/09/2023 | Uber: Cab Ride 05.01.23 | $53.72 |
| | **Travel- Local Total:** | $105.80 |

11/13/2024 | **Detailed Matter Cost Report** | Page 6 of 6

Matter: 4362-0001 - Franklin Wireless Corp.
From 1/1/1995  to 9/17/2024

**Disbursement Totals:**                    $166,383.87