# Exhibit I

Case 3:21-cv-00687-AJB-MSB    Document 93-9    Filed 11/14/24    PageID.1697    Page 1 of 5

**POMERANTZ LLP**
Jennifer Pafiti (CA Bar No. 282790)
Austin P. Van (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
jpafiti@pomlaw.com
avan@pomlaw.com

*Counsel for Class*

[Additional Counsel on Signature Page]

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED USMAN ALI, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>                                        Plaintiffs<br><br>                    v.<br><br>FRANKLIN WIRELESS CORP., OC KIM, and DAVID BROWN,<br><br>                                        Defendants. | Case No.:  3:21-cv-00687-AJB-MSB<br><br>CLASS ACTION<br><br>Hearing Date: November 25, 2024<br>Time: 3:00 PM<br>Judge: Honorable Anthony J. Battaglia<br>Courtroom 4A (4th Floor – Schwartz) |

## DECLARATION OF GERGELY CSABA

I, Gergely Csaba, declare as follows:

1.     I am court-appointed Class Representative (or "Plaintiff") in the above-captioned class action ("Action").  I submit this supplemental declaration pursuant to the Court's Order Requiring Plaintiff Supplement and Resetting Motion Hearing Dates (ECF No. 92), and in further support of the motion for Award of Attorneys' Fees and Expenses and Award to Plaintiff.

2.     I have personal knowledge of the matters set forth in this declaration and, if called upon, I could and would competently testify to these matters.

3.     I am aware of and understand the requirements and responsibilities of a representative plaintiff in a securities class action, including those set forth in the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u, and I have discharged those duties to the best of my abilities.

4.     I write to provide further information for the Court to determine the reasonableness of my $7,500.00 requested reimbursement.  After reviewing my notes and documentation, I estimate that I have spent approximately 150 hours over the past three-plus years on duties as Class Representative. This time includes, among other things, reviewing all documents, drafting statements, conducting research, consulting with my attorneys, and interviewing with Your Honor.

5.     My typical hourly rate is 100 EUR (approximately $105.71) per hour for ad hoc engagements, or 60 EUR (approximately $63.42) per hour for longer-term projects.  Therefore, by devoting my time to this case, I have lost wages I could have received otherwise of at least $9,513.00, and up to $15,856.50.  Accordingly, with my current reimbursement request, I have provided a substantial number of pro-bono hours on behalf of the class for this case.

6.     Accordingly, I respectfully request that the Court approve a payment in the amount of $7,500, as reimbursement for the time spent, and efforts I made on behalf of the Class. I believe this request is fair and reasonable for the reasons set forth herein and in my previous declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 13, 2024.

By:    _____
       Gergely Csaba

- 2 -

DECLARATION OF GERGELY CSABA; 3:21-cv-00687-AJB-MSB

**CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Austin P. Van*
Austin P. Van