UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED USMAN ALI, individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br><br>v.<br><br>FRANKLIN WIRELESS CORP., et al.,<br>           Defendants. | Case No.: 21-cv-00687-AJB-MSB<br><br>**ORDER** |

On November 6, 2024, the Court denied Plaintiff Class Representative Gergely Csaba's ("Plaintiff") motion to file under seal attorneys' time records. (Doc. No. 91.) Plaintiff was permitted to file a renewed motion no later than November 11, 2024. (*Id.* at 5.) To date, Plaintiff has not filed a renewed motion to seal the attorneys' time records. Accordingly, the Clerk of Court is **DIRECTED** to publicly file the document currently lodged at Docket Number 82.

  **IT IS SO ORDERED.**

Dated: December 2, 2024

Hon. Anthony J. Battaglia
United States District Judge

1

21-cv-00687-AJB-MSB