UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MOHAMMED USMAN ALI, individually and on behalf of all others similarly situated,

Plaintiff,

v.

FRANKLIN WIRELESS CORP., OC KIM, and DAVID BROWN,

Defendants.

Case No.:  21-cv-00687-AJB-MSB

**ORDER IN PREPARATION OF FAIRNESS HEARING**

On December 16, 2024, the Court will hold a hearing on Plaintiff Gergely Csaba's ("Plaintiff") motion for final approval of settlement and plan allocation (Doc. No. 83) and motion for award of attorneys' fees, expenses, and service award (Doc. No. 84). (*See* Doc. No. 94.)

For efficiency, the Court has identified the following topics that Plaintiff's Counsel must be prepared to address at the hearing:

*Regarding Final Approval*

1.    The total number of Claim Forms submitted to date, including the number of untimely and rejected Forms, if any.

2.    The current number of Authorized Claimants.

1

3:21-cv-00687-AJB-MSB

3.    The cause of the decrease in the Net Settlement Fund's per-share estimate. (*Compare* Doc. No. 75 at 11–12 (net $0.55/share) *with* Doc. No. 83-1 at 20 (net $0.52/share).)

4.    The extent to which this decrease is due to the previously omitted request for a service award for Plaintiff.

5.    The total number of objections and requests for exclusion to date.

*Regarding Attorneys' Fees, Expenses, and Service Award*

6.    The reasonableness of Jeremy Lieberman's hourly rate considering prevailing rates for counsel of comparable experience, skill, and reputation in the Southern District of California.

7.    The reasonableness of the hourly rate charged by Fideres Partners' professional staff, including but not limited to Director Robert Chang.

8.    Method of determining the pro-rata allocation of Westlaw, Bloomberg, and Lexis fees across Counsel's cases.

9.    Whether and, if so, when depositions were noticed prior to the parties agreeing to attend mediation. For what the $1,080.50 charge by Epiq Systems: Deposition Services (*see* Doc. No. 93-8 at 4) was incurred.

10.    "Overtime-Clerical Fees."

The Court additionally requests Plaintiff's Counsel bring supplemental documentation demonstrating:

1.    Itemization of the $4,000.00 invoice billed to Counsel by Fideres Partners (Doc. No. 93-5 at 2).

2.    Itemization of Dr. Sorin Sorescu's $7,800 fee (*id.* at 5).

**IT IS SO ORDERED.**

Dated:  December 5, 2024

Hon. Anthony J. Battaglia
United States District Judge

2