# Sorin Sorescu, Ph.D.

703 Kingsmill Ct., College Station, TX  77845-4520  Phone: +1-979-571-9696  E-mail: ssorescu@tamu.edu

## INVOICE for professional services and related expenses

| Billed to | Fideres<br>405 Lexington Ave<br>New York, NY 10174 |
|---|---|

| Description of professional services provided | Amount billed |
|---|---|

```
May 24, 2022   Video conference to discuss assignment   1.00 hours
June 8, 2022   Analysis of relevant news                3.00 hours
June 9, 2022   Analysis of relevant news                2.00 hours
June 10, 2022  Video conference to discuss analysis     0.75 hours
June 11, 2022  Report and analysis                      2.50 hours
June 12, 2022  Report and analysis                      2.50 hours
June 15, 2022  Video conference to discuss report       0.25 hours
```

**Total 12.00 hours @650$/hour**                                         $7,800.00

| Related expenses | Amount billed |
|---|---|
| None | $0.00 |

| Total amount billed | $7,800.00 |
|---|---|
| Balance from previous invoices | $0.00 |

| Amount due upon receipt of this invoice | $7,800.00 |
|---|---|

I hereby certify that this invoice contains an accurate representation of professional services provided and related expenses incurred.

*[signature]*                                   June 22, 2022

Sorin M. Sorescu                                Date

COURT'S
EXHIBIT NO. 1
IDENTIFICATION/EVIDENCE
DKT. # 21cv0687
DATE: 12/16/2024