**POMERANTZ LLP**
Jennifer Pafiti (CA Bar No. 282790)
Austin P. Van (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
jpafiti@pomlaw.com
avan@pomlaw.com

*Counsel for Class*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOHAMMED USMAN ALI, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>                              Plaintiffs<br><br>          v.<br><br>FRANKLIN WIRELESS CORP., OC KIM, and DAVID BROWN,<br><br>                              Defendants. | Case No.:  3:21-cv-00687-AJB-MSB<br><br>**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR DISTRIBUTION OF THE NET SETTLEMENT FUND**<br><br>Hearing Date: August 21, 2025<br>Time: 2:00 PM<br>Judge: Honorable Anthony J. Battaglia<br>Courtroom 4A (4th Floor – Schwartz) |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Joseph Mahan in Support of Lead Plaintiff's Unopposed Motion for Class Distribution Order (the "Mahan Decl.") submitted by the Court-approved Claims Administrator, Epiq Class Action & Claims Solutions, Inc. ("Epiq" or "Claims Administrator"), and the Memorandum in Support of Plaintiff's Motion for Distribution of the Net Settlement Fund, Class Representative Gergely Csaba ("Plaintiff"), through his counsel, will and hereby does move this Court for entry of the accompanying Proposed Order Granting Plaintiff's Motion for Distribution of the Net Settlement Fund to Authorized Claimants.  That order will, *inter alia*:  (1) approve Epiq's recommendations accepting and rejecting Claims submitted in the Action; (2) direct the distribution of the Net Settlement Fund to Claimants whose Claims have been accepted as valid and approved by the Court; (3) direct that distribution checks state "DEPOSIT PROMPTLY, VOID AND SUBJECT TO RE-DISTRIBUTION IF NOT NEGOTIATED WITHIN 90 DAYS OF ISSUE DATE"; (4) direct that Authorized Claimants will forfeit all recovery from the Settlement if they fail to deposit or cash their distribution checks in a timely manner; (5) adopt the recommended plan for any funds remaining following the distribution; (6) release claims related to the claims administration process; (7) approve Epiq's fees and expenses incurred and estimated to be incurred in connection with the distribution; and (8) provide that the Court retains jurisdiction to consider any further applications concerning the administration of the Settlement, and such other and further relief as the Court deems appropriate.

The Proposed Order Granting Authorization to Distribute the Net Settlement Fund is filed concurrently herewith.

PLEASE TAKE FURTHER NOTICE that oral argument is not requested unless the matter is contested.

NOTICE OF PLAINTIFF'S MOTION FOR DISTRIBUTION; 3:21-cv-00687-AJB-MSB

Dated:   May 28, 2025                                        Respectfully Submitted,

**POMERANTZ  LLP**

<u>*/s/ Austin P. Van*</u>
Jeremy A. Lieberman (*pro hac vice*)
Austin P. Van (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
avan@pomlaw.com

*Counsel for Class*

**THE PORTNOY LAW FIRM**
Lesley F. Portnoy
1800 Century Park East, Suite 600
Los Angeles, California 90067
Telephone: (310) 692-8883
Facsimile: (212) 697-7296
lesley@portnoylaw.com

*Additional Class Counsel*

NOTICE OF PLAINTIFF'S MOTION FOR DISTRIBUTION; 3:21-cv-00687-AJB-MSB

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Austin P. Van*
Austin P. Van