# Exhibit B

Exhibit B to Mahan Declaration

®Sefas Innovation, Open Print

Ali v Franklin Wireless Corp.
c/o Epiq
P.O. Box 5380
Portland, OR 97228-5380

Website:  www.FranklinWirelessSettlement.com
Email:    info@FranklinWirelessSettlement.com
Phone:    877-723-2630

*678900000000000010*

NAME1
NAME2
ADDRESS1
ADDRESS2
ADDRESS3
ADDRESS4
ADDRESS5
CITY ST ZIP
COUNTRY

Claim Number:          <<Claim #>>

Response Deadline:     <<Mail Date +20 days>>

<<Mail Date (Month DD, YYYY)>>

## Notice of Incomplete Proof of Claim Submission

Dear Claimant:

We received the Proof of Claim and Release Form ("Claim") that you submitted in connection with *Ali v Franklin Wireless Corp et al*. We have determined, based on our review of your Claim, that the Claim is deficient (which is curable) or ineligible for the reason(s) identified below. In order to resolve the condition(s) within your Claim, you must submit a written response (with any required documentation), as specified below, postmarked no later than 20 days from the date of this notice. Your response deadline is printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond by the deadline set forth above or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that those conditions remain uncured. PLEASE NOTE: This is the only notice you will receive with respect to this Claim.**

[DP]
**Ineligibility Condition:** Duplicate Claim.

The Claim referenced above (the "Duplicate Claim") is a duplicate of the following Claim (the "Primary Claim") and is therefore rejected. The Claim Number of the Primary Claim is as follows:

<<Primary Claim #>>

The Primary Claim is being processed separately, and you will be notified by a separate letter if that Claim is found to be deficient.

**How to Resolve:** You can only resolve this condition of ineligibility if you demonstrate that the Duplicate Claim is not a Duplicate Claim. You must send a letter explaining why you believe this Claim should not be deemed a Duplicate Claim along with acceptable documentation to support your position. If you acknowledge that the Duplicate Claim is a Duplicate Claim, but you wish for it to be the operative Claim (thereby withdrawing the Primary Claim), a signed, notarized letter from the beneficial owner of the common stock that the Duplicate Claim should be considered and that the Primary Claim should be withdrawn must be submitted along with a copy of this letter.

**PLEASE NOTE:** Regardless of which Claim you elect to be the operative Claim, that Claim must satisfy all the requirements for eligibility. Any other deficiencies noted with respect to the Claim must be cured, and the Claim must calculate to a Recognized Loss under the Plan of Allocation in order for you to be eligible to receive a distribution.

[PO]
**Ineligibility Condition:** No Class Period Purchases/Acquisitions (No Eligible Transactions).

AK9221 v.02

46

Exhibit B to Mahan Declaration

®Sefas Innovation, Open Print

The Claim referenced above did not contain any eligible purchases/acquisitions of Franklin common stock during the Class Period (i.e., September 17, 2020, and April 8, 2021, inclusive). Unless you had additional purchases/acquisitions of Franklin common stock during the Class Period that were not reflected in your original Claim, this is NOT a curable deficiency.

**How to Resolve:** You can resolve this condition of ineligibility by submitting additional purchases/acquisitions of Franklin common stock during the Class Period that were not previously reflected in your Claim and by submitting acceptable supporting documentation of those purchases/acquisitions or sales. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. (Self-generated documents are not acceptable.)

**PLEASE NOTE:** Curing this condition of ineligibility is an absolute requirement in order for your Claim to be eligible to participate in the Settlement. If you have other deficiencies and cure them, your Claim still will not be eligible, even for "partial acceptance," unless this deficiency is cured. Once you resolve this condition of ineligibility, your Claim must calculate to a Recognized Loss under the Plan of Allocation in order for you to be eligible to receive a distribution.

[SG]
**Ineligibility Condition:** Missing Signature. This is a curable deficiency.

The Claim referenced above is missing either (i) a signature for an owner, co-owner, joint tenant, custodian, agent, executor, administrator, guardian, and/or trustee; or (ii) proof of the authority and/or the capacity of the person who signed the Claim to sign on behalf of the beneficial owner.

**How to Resolve:** You can resolve this condition of ineligibility by signing below and returning this notice to the Claims Administrator by the Response Deadline. If you purchased/acquired the Franklin common stock jointly, all owners must sign. If one of the beneficial owners is deceased, you must provide a copy of the death certificate. If you submitted the Claim on behalf of another party (for example, as trustee, executor, power of attorney, etc.), you must provide proof of authority to legally act on the beneficiary's behalf. Your signature(s) below will be treated as an execution of your previously submitted Claim and your affirmation of the Release, Representations, and Certification contained on page 8 of the Claim.

*Under penalties of perjury, I (we) certify that all of the information provided by me (us) on the Claim Form previously submitted is true, correct, and complete and that the documents submitted with the Claim Form and/or herewith are true and correct copies of what they purport to be.*

| | |
|---|---|
| _____ | _____ |
| Claimant or Representative | Joint Claimant (if any) |
| | |
| _____ | _____ |
| Print Name of Person Signing | Print Name of Person Signing |
| On Behalf of Claimant | On Behalf of Joint Claimant |
| | |
| _____ | _____ |
| Capacity of Person Signing | Capacity of Person Signing |
| On Behalf of Claimant* | On Behalf of Joint Claimant* |

*(e.g., beneficial purchaser, executor, administrator, trustee, etc.)

**PLEASE NOTE:** Curing this deficiency is an absolute requirement in order for your Claim to be eligible to participate in the Settlement. If you have other deficiencies and cure them, your Claim still will not be eligible, even for "partial acceptance," unless this deficiency is cured. Once you resolve this condition of ineligibility, your Claim must calculate to a Recognized Loss under the Plan of Allocation in order for you to be eligible to receive a distribution.

[ZR]
**Ineligibility Condition:** No Recognized Loss.

AK9222 v.02

47

In accordance with the Court-approved Plan of Allocation set forth in the Notice (which is available on the Settlement website), the Claim referenced above does not calculate to a Recognized Loss and therefore is not eligible to receive a distribution from the Net Settlement Fund. Please be aware that Recognized Loss is not the same as market loss. It is possible to have a market loss, in which you experience a loss in value of your stock, and still have no Recognized Loss under the Plan of Allocation. In addition, if you had an overall market gain from your transactions in U.S.-traded Franklin common stock during the Class Period, your Recognized Loss is $0.00. Unless you had additional transactions in Franklin common stock during the Class Period (i.e., between September 17, 2020, and April 8, 2021, inclusive) that are not reflected in your Claim, this is NOT a curable deficiency.

**How to Resolve:** You can resolve this condition of ineligibility by submitting additional transactions in Franklin common stock during the Class Period that were not previously reflected in your Claim and that make your Claim calculate to a Recognized Loss. You must also support any additional transactions with acceptable documentation. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. (Self-generated documents are not acceptable.)

**PLEASE NOTE:** Curing this condition of ineligibility is an absolute requirement in order for your Claim to be eligible to participate in the Settlement. If you have other deficiencies and cure them, your Claim still will not be eligible, even for "partial acceptance," unless this deficiency is cured. Your Claim must calculate to a Recognized Loss under the Plan of Allocation in order for you to be eligible to receive a distribution.

[BL]
**Deficiency:** Trade Discrepancy/Claim Does Not Balance.

There is a discrepancy between the number of shares of Franklin common stock you reported to have purchased/acquired and/or sold, and the number of shares/contracts held at the beginning of the Settlement Class Period (September 17, 2020) and at the end of the 90-Day Look-Back Period (July 7, 2021).

**How to Resolve:** You must provide any missing transactions, missing beginning or unsold holdings, or adjustments to your Claim so that it correctly balances. You must also support any additional transactions with acceptable documentation. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. (Self-generated documents are not acceptable.)

**PLEASE NOTE:** If you fail to respond, or to the extent your response fails to cure the deficiency identified, the transaction(s) that relate to the discrepancy will be rejected according to First-In, First-Out ("FIFO") matching, and the transaction(s) will not be considered in the calculation of your Claim's Recognized Loss pursuant to the Plan of Allocation. Your Claim will still be processed to the extent otherwise eligible as a partial Claim.

The formula used to calculate the discrepancy is as follows: Shares Held at the Beginning of the Settlement Class Period + All Shares Purchased or Acquired − All Shares Sold or Delivered − Unsold Shares as of July 7, 2021. This calculation should equal zero for a Claim to properly balance if all transactions and holdings have been accurately reported. The discrepancy in your Claim is displayed below.

| Quantity | Type of Transaction | Type of Security |
|---|---|---|
| QUANTITY | TYPEOFTRANSACTION | TYPEOFSECURITY |

[MR]
**Deficiency:** Missing Information.

The documentation that you submitted with your Claim does not include some or all of the required information for the transaction(s) listed in the chart below.

**How to Resolve:** For a transaction to be considered in your Recognized Loss calculation, you must submit genuine and sufficient documentation for that transaction. To cure this deficiency, you must provide acceptable documentation that includes all the required information for the transaction(s) listed below. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. (Self-generated documents are not acceptable.)

AK9223 v.02

Exhibit B to Mahan Declaration

®Sefas Innovation, Open Print®

**PLEASE NOTE:** If you fail to respond, or to the extent your response fails to cure the deficiency identified for a given transaction below, the transaction(s) will be rejected, along with any corresponding transaction(s), according to First-In, First-Out ("FIFO") matching, and the transaction(s) will not be considered in the calculation of your Claim's Recognized Loss pursuant to the Plan of Allocation. Your Claim will still be processed to the extent otherwise eligible as a partial Claim.

The specific transaction(s) for which you must submit complete documentation is (are) listed below.

| Date | Quantity | Price per Share | Type of Transaction | Type of Security |
|------|----------|-----------------|---------------------|------------------|
| DATE | QUANTITY | PRICEPERSHARE | TYPEOFTRANSACTION | TYPEOFSECURITY |

[RC]
**Deficiency:** Received Shares/Transfers.

You listed trades on your Claim that are transfers of securities and not open-market transactions.

**How to Resolve:** In order for the U.S.-traded Franklin common stock transferred into your account to factor into the calculation of your Recognized Loss under the Plan of Allocation, you must provide documentation to show that the Franklin common stock you received was purchased during the Class Period between September 17, 2020, and April 8, 2021, inclusive.

**PLEASE NOTE:** If you do not have additional documentation, or if you want the transferred Franklin common stock to be used to balance your Claim only, you do not need to respond to this deficiency. If you do not respond, the transferred shares will be rejected, along with any corresponding transaction(s), according to First-In, First-Out ("FIFO") matching, and such shares and corresponding transaction(s) will not be considered in the calculation of your Claim's Recognized Loss pursuant to the Plan of Allocation. Your Claim will still be processed to the extent otherwise eligible as a partial Claim.

The specific transaction(s) for which this information is required is (are) listed in the chart below.

| Date | Quantity | Type of Transaction | Type of Security |
|------|----------|---------------------|------------------|
| DATE | QUANTITY | TYPEOFTRANSACTION | TYPEOFSECURITY |

[EN]
**Deficiency:** No Proof of Unsold (Ending) Holdings.

Your Claim indicates that you may have held Franklin common stock as of the close of trading on July 7, 2021; however, you did not provide any documentation showing your unsold (ending) holdings.

**How to Resolve:** You must provide acceptable documentation for holdings as of the close of trading on July 7, 2021. Acceptable documentation will show the possession of the Franklin common stock on or after this date or the sale of the Franklin common stock after this date. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. (Self-generated documents are not acceptable.)

The specific transaction(s) for which this information is required is (are) listed in the chart below.

| Quantity | Type of Transaction | Type of Security |
|----------|---------------------|------------------|
| QUANTITY | TYPEOFTRANSACTION | TYPEOFSECURITY |

[DV]
**Deficiency:** Transfers Out.

You listed transactions on your Claim that are presented or identified as transfers out of your account (also called a "free delivery") prior to the close of trading on July 7, 2021.

AK9224 v.02

49

Exhibit B to Mahan Declaration

**How to Resolve:** While inclusion of transfers out of your accounts is necessary for your Claim to balance, those shares will not be factored into the calculation of your Recognized Loss under the Plan of Allocation unless you provide documentation regarding the **final disposition** of those shares after they were transferred out of your account. Specifically, if the shares identified below as a "Transfer Out" were sold prior to the close of trading on July 7, 2021, you must submit acceptable supporting documentation that provides the following information regarding the final sale transaction: Date of Sale, Sale Price per Share, and Total Sale Price. If the shares were not sold prior to the close of trading on July 7, 2021, and therefore were held as of the close of trading on that date, you need only submit acceptable documentation demonstrating that those shares were held as of that date.

**PLEASE NOTE:** If you do not respond, the transferred shares, along with any corresponding purchase transaction(s) according to First-In, First-Out ("FIFO") matching, will not be considered in the calculation of your Claim's Recognized Loss pursuant to the Plan of Allocation. Your Claim will still be processed to the extent otherwise eligible as a partial Claim.

The specific transfer transaction(s) for which additional information is required is (are) listed in the chart blow.

| Date | Quantity | Type of Transaction | Type of Security |
|------|----------|---------------------|------------------|
| DATE | QUANTITY | TYPEOFTRANSACTION | TYPEOFSECURITY |

[MD]
**Ineligibility Condition:** Inadequate Documentation.

The Claim referenced above sets forth Class Period purchases/acquisitions of Franklin common stock, but none of the documentation previously provided was deemed adequate.

**How to Resolve:** You can resolve this condition of ineligibility only by submitting acceptable documentation to support your Claim, including all of the transactions and holding amounts set forth in the Claim. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. (Self-generated documents are not acceptable.) Please note: Do not merely resubmit the same documentation, as it was deemed deficient. You will need to provide additional documentation to cure the deficiency in your Claim.

**PLEASE NOTE:** Curing this condition of ineligibility in its entirety or in part is an absolute requirement in order for your Claim to be eligible to participate in the Settlement. If the deficiency is only cured in part, the Claim will be calculated based on the transactions for which acceptable documentation was submitted. If you have other deficiencies and cure them, your Claim still will not be eligible, unless this deficiency is cured at least in part and, to the extent that it is cured, it calculates to a Recognized Loss under the Plan of Allocation.

[ZD]
**Deficiency:** No Recognized Loss Unless Defects Are Cured.

In accordance with the Court-approved Plan of Allocation set forth in the Notice (which is available on the settlement website), the Claim referenced above does not calculate to a Recognized Loss due to certain defects listed in this letter and therefore is not eligible to receive a distribution from the Net Settlement Fund. Please be aware that Recognized Loss is not the same as market loss. It is possible to have a market loss, in which you experience a loss in value of your shares, and still have no Recognized Loss under the Plan of Allocation. In addition, if you had an overall market gain from your transactions in U.S.-traded Franklin common stock during the Class Period, your Recognized Loss is $0.00.

**How to Resolve:** You can resolve this condition of ineligibility by resolving the other defects listed in this letter and/or by submitting additional transactions in Franklin common stock during the Class Period that were not previously reflected in your Claim and that make your Claim calculate to a Recognized Loss. You must also support any additional transactions with acceptable documentation. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. (Self-generated documents are not acceptable.)

**PLEASE NOTE:** Your Claim must calculate to a Recognized Loss under the Plan of Allocation in order for you to be eligible to receive a distribution.

[PR]
**Deficiency:** Partial Documentation.

AK9225 v.02

Exhibit B to Mahan Declaration

®Sefas Innovation, Open Print.

You either did not supply documentation to support some of the transactions and/or holding positions listed on your Claim, or the documentation that you submitted with your Claim does not include some or all of the required information for the transaction(s) and/or holding positions listed in the chart below.

**How to Resolve:** All transactions and holding positions in your Claim must be properly documented. For a transaction and/or holding position to be considered in your Recognized Loss Amount calculation, you must submit genuine and sufficient documentation to support them. To cure this deficiency, you must provide acceptable documentation for the transaction(s) and/or holding positions listed below. Specifically, the supporting documentation for each transaction must reflect the purchase/sale date, the number of shares, and the price paid/received. For the ending holding, the supporting documentation must show the number of shares of Franklin common stock held as of July 7, 2021, or the disposition after that date. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. (Self-generated documents are not acceptable.)

**PLEASE NOTE:** If you fail to respond, or to the extent your response fails to cure the deficiency identified for a given transaction or holding position listed below, the transaction(s) or holding position will be rejected, along with any corresponding transaction(s), according to First-In, First-Out ("FIFO") matching, and the transaction(s) will not be considered in the calculation of your Claim's Recognized Loss Amount pursuant to the Plan of Allocation. Your Claim will still be processed to the extent otherwise eligible as a partial Claim.

The specific transaction(s) for which you must submit complete documentation is (are) listed below.

| Date | Quantity | Price per Share | Type of Transaction | Type of Security |
|------|----------|-----------------|---------------------|------------------|
| DATE | QUANTITY | PRICEPERSHARE | TYPEOFTRANSACTION | TYPEOFSECURITY |

[ND]
**Ineligibility Condition:** No Acceptable Documentation (Missing or Inadequate Documentation). This is a curable deficiency.

The Claim referenced above did not include any documentation to support the Claim, or the documentation previously provided was deemed inadequate.

**How to Resolve:** You can resolve this condition of ineligibility by submitting acceptable documentation to support your entire Claim, including all of the transactions and holding amounts set forth in the Claim. Please note that the Settlement encompasses only purchases/acquisitions in Franklin common stock. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. (Self-generated documents are not acceptable.) Please note: If you previously submitted documentation with your Claim, please do not merely resubmit the same documentation, as it was deemed deficient. You will need to provide additional documentation to cure the deficiency in your Claim.

**PLEASE NOTE:** Curing this condition of ineligibility is an absolute requirement in order for your Claim to be eligible to participate in the Settlement. If you have other deficiencies and cure them, your Claim still will not be eligible, even for "partial acceptance," unless this deficiency is cured. Once you resolve this condition of ineligibility, your Claim must calculate to a Recognized Loss under the Plan of Allocation in order for you to be eligible to receive a distribution.

[IS]
**Deficiency:** Ineligible Securities Claimed

The Claim referenced above contained one or more transactions that were not Franklin common stock.

**How to Resolve:** If one of the transactions listed below is, in fact, a trade involving Franklin common, you must submit genuine and sufficient documentation for that transaction as proof. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. (Self-generated documents are not acceptable.)

**PLEASE NOTE:** If you fail to respond, or to the extent your response fails to cure the deficiency identified for a given transaction below, the transaction(s) will be rejected, and the transaction(s) will not be considered in the calculation of your Claim's Recognized Loss amount pursuant to the Plan of Allocation. Your Claim will still be processed to the extent otherwise eligible as a partial Claim if you had other valid transactions.

The specific transaction(s) marked as ineligible securities is (are) listed below.

AK9226 v.02

®Sefas Innovation, Open Print®

| Date | Quantity | Price per Share | Type of Transaction | Type of Security |
|------|----------|-----------------|---------------------|------------------|
| DATE | QUANTITY | PRICEPERSHARE | TYPEOFTRANSACTION | TYPEOFSECURITY |

[CLOSE]

To resolve any of the conditions listed above, please follow the directions stated above. Your Claim must also calculate to a Recognized Loss under the Court-approved Plan of Allocation set forth in the Notice in order to receive payment from the Net Settlement Fund. If you disagree with the conditions identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim.

To request Court review of your Claim, you must send a letter to us postmarked no later than 20 days from the date of this notice. Your letter must (1) include a copy of this notice; (2) specifically state that you request Court review of the full or partial rejection of the Claim; (3) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (4) include any and all documentation supporting your argument(s). PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM AND WISH TO HAVE THE COURT REVIEW YOUR CLAIM.

If you have any questions about this notice or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at the toll-free number or email address noted above. More information can also be found at www.FranklinWirelessSettlement.

Sincerely,

Ali v Franklin Wireless Corp.
Claims Administrator

AK9227 v.02

Exhibit B to Mahan Declaration