# Exhibit C-1

Exhibit C-1 to Mahan Declaration

## Exhibit C-1
## Timely Authorized Claims

| Tracking Number | Recognized Loss |
|---|---|
| 1747 | $9,400.00 |
| 1748 | $720.00 |
| 1749 | $10,037.83 |
| 1755 | $7,935.29 |
| 1756 | $636.41 |
| 1757 | $15,661.28 |
| 1758 | $3,760.00 |
| 1760 | $18,424.00 |
| 1763 | $188.00 |
| 1766 | $4,914.00 |
| 1767 | $172.96 |
| 1769 | $789.60 |
| 1770 | $43,336.13 |
| 1771 | $169,673.47 |
| 1774 | $11,248.63 |
| 1776 | $564.00 |
| 1778 | $368.48 |
| 1779 | $112.80 |
| 1780 | $1,128.00 |
| 1782 | $7.52 |
| 1784 | $722.99 |
| 1788 | $1,827.36 |
| 1789 | $376.00 |
| 1790 | $3,580.00 |
| 1791 | $3,760.00 |
| 1792 | $5,661.36 |
| 1793 | $3,760.00 |
| 1794 | $7,520.00 |
| 1796 | $7,520.00 |
| 1797 | $18,935.36 |
| 1798 | $34,592.00 |
| 1799 | $7,365.58 |
| 1800 | $112.80 |
| 1803 | $7,520.00 |
| 1804 | $200.04 |
| 1805 | $27,472.20 |
| 1806 | $15,984.54 |
| 1807 | $1,813.40 |
| 1813 | $376.00 |
| 1823 | $27,838.30 |
| 1824 | $13,956.42 |
| 1825 | $15,550.17 |
| 1826 | $5,917.07 |
| 1827 | $3,399.47 |

Exhibit C-1 to Mahan Declaration

| | |
|---|---|
| 1828 | $48,782.62 |
| 1829 | $13,666.73 |
| 1830 | $5,790.54 |
| 1831 | $4,731.47 |
| 1832 | $42,923.59 |
| 1833 | $5,746.61 |
| 1838 | $105.28 |
| 1839 | $413.60 |
| 1840 | $447.00 |
| 1841 | $231,820.89 |
| 1844 | $29,849.13 |
| 1845 | $1,404.00 |
| 1847 | $4,995.09 |
| 1852 | $650.96 |
| 1857 | $7.52 |
| 1858 | $376.00 |
| 1862 | $54,076.30 |
| 1870 | $37,600.00 |
| 1872 | $4,541.94 |
| 1875 | $1,404.00 |
| 1880 | $2,632.00 |
| 1881 | $153.74 |
| 1887 | $58.95 |
| 1891 | $376.00 |
| 1893 | $2,256.00 |
| 1899 | $123.90 |
| 1900 | $1,006.00 |
| 1905 | $408.87 |
| 1908 | $376.00 |
| 1910 | $603.72 |
| 1914 | $46,624.00 |
| 1915 | $34,620.00 |
| 1916 | $3,699.84 |
| 1917 | $376.00 |
| 1937 | $194,419.28 |
| 1938 | $62,828.30 |
| 1939 | $28,008.91 |
| 1957 | $547,343.20 |
| 1958 | $364,892.96 |
| 1960 | $38,347.05 |
| 1961 | $33,198.60 |
| 1963 | $1,378.10 |
| 1964 | $42,620.36 |
| 1969 | $37,600.00 |
| 1970 | $1,504.00 |
| 1975 | $2,760.00 |
| 1979 | $2,239.38 |

Exhibit C-1 to Mahan Declaration

| | |
|---|---|
| 1980 | $14,040.00 |
| 1982 | $752.00 |
| 1984 | $905.58 |
| 1985 | $2,955.42 |
| 1986 | $1,095.12 |
| 1987 | $1,143.04 |
| 1989 | $188.00 |
| 1990 | $112.80 |
| 1991 | $7,520.00 |
| 1993 | $451.20 |
| 1996 | $401.50 |
| 1997 | $714.40 |
| 1998 | $150.40 |
| 1999 | $376.00 |
| 2001 | $127.35 |
| 2004 | $7.10 |
| 2005 | $150.40 |
| 2007 | $353.44 |
| 2009 | $752.00 |
| 2012 | $1,008.45 |
| 2013 | $526.40 |
| 2014 | $846.26 |
| 2015 | $2,609.44 |
| 2018 | $3,226.08 |
| 2020 | $225.60 |
| 2021 | $3,552.12 |
| 2022 | $150.40 |
| 2023 | $15,040.00 |
| 2024 | $7.02 |
| 2025 | $376.00 |
| 2027 | $45.12 |
| 2029 | $1,504.00 |
| 2030 | $389.00 |
| 2031 | $561.60 |
| 2032 | $376.00 |
| 2033 | $172.96 |
| 2035 | $37.60 |
| 2036 | $474.60 |
| 2037 | $50.30 |
| 2038 | $376.00 |
| 2039 | $2,267.37 |
| 2040 | $63.18 |
| 2041 | $7.52 |
| 2043 | $752.00 |
| 2044 | $729.44 |
| 2047 | $146.34 |
| 2048 | $18,800.00 |

Exhibit C-1 to Mahan Declaration

| | |
|---|---|
| 2049 | $376.00 |
| 2051 | $120.32 |
| 2052 | $30.08 |
| 2054 | $7.52 |
| 2055 | $1,955.20 |
| 2057 | $67.68 |
| 2059 | $22.56 |
| 2060 | $165.44 |
| 2061 | $37.60 |
| 2063 | $37.60 |
| 2065 | $180.48 |
| 2067 | $300.80 |
| 2069 | $112.80 |
| 2073 | $376.00 |
| 2075 | $376.00 |
| 2076 | $1,207.44 |
| 2077 | $898.56 |
| 2078 | $52.64 |
| 2084 | $6,392.00 |
| 2085 | $11.78 |
| 2086 | $7,520.00 |
| 2087 | $3,384.00 |
| 2088 | $36.33 |
| 2091 | $208.70 |
| 2092 | $60.16 |
| 2095 | $526.28 |
| 2096 | $752.00 |
| 2097 | $526.40 |
| 2099 | $127.84 |
| 2100 | $30.08 |
| 2101 | $15.04 |
| 2104 | $7.35 |
| 2106 | $165.44 |
| 2109 | $752.00 |
| 2110 | $5,640.00 |
| 2112 | $3,391.52 |
| 2115 | $3,105.76 |
| 2116 | $37.60 |
| 2117 | $10,473.84 |
| 2118 | $37.60 |
| 2120 | $52.64 |
| 2121 | $75.20 |
| 2123 | $1,391.20 |
| 2129 | $30.08 |
| 2130 | $225.60 |
| 2132 | $3,760.00 |
| 2135 | $100.97 |

57
Exhibit C-1 to Mahan Declaration

| | |
|---|---|
| 2139 | $752.00 |
| 2140 | $547.56 |
| 2143 | $150.40 |
| 2146 | $752.00 |
| 2148 | $16,306.00 |
| 2152 | $75.20 |
| 2154 | $3,760.00 |
| 2155 | $752.00 |
| 2157 | $2,996.00 |
| 2161 | $3,760.00 |
| 2165 | $2,474.71 |
| 2166 | $752.00 |
| 2167 | $38.40 |
| 2169 | $7,520.00 |
| 2172 | $376.00 |
| 2174 | $135.36 |
| 2175 | $90.00 |
| 2179 | $12.63 |
| 2183 | $25.00 |
| 2184 | $376.00 |
| 2185 | $14,288.00 |
| 2186 | $3,777.00 |
| 2187 | $376.00 |
| 2191 | $6,655.20 |
| 2192 | $819.68 |
| 2204 | $98.04 |
| 2212 | $500.00 |
| 2215 | $6,418.40 |
| 2216 | $1,391.20 |
| 2219 | $752.00 |
| 2221 | $570.60 |
| 2229 | $193.14 |
| 2231 | $188.00 |
| 2235 | $3,760.00 |
| 2236 | $360.96 |
| 2239 | $4,947.20 |
| 2240 | $60.16 |
| 2243 | $1,491.00 |
| 2246 | $233.12 |
| 2248 | $376.00 |
| 2249 | $1,880.00 |
| 2250 | $601.60 |
| 2251 | $519.48 |
| 2254 | $1,504.00 |
| 2256 | $3,760.00 |
| 2257 | $2,105.60 |
| 2260 | $1,128.00 |

Exhibit C-1 to Mahan Declaration

| | |
|---|---|
| 2270 | $37.60 |
| 2271 | $68.02 |
| 2277 | $188.00 |
| 2284 | $15.04 |
| 2286 | $75.20 |
| 2292 | $150.40 |
| 2294 | $97.76 |
| 2296 | $1,504.00 |
| 2297 | $112.80 |
| 2299 | $99.12 |
| 2303 | $1.00 |
| 2334 | $1.66 |
| 2374 | $247.80 |
| 2468 | $40.68 |
| 2502 | $24.78 |
| 2523 | $30.08 |
| 2548 | $458.30 |
| 2553 | $75.20 |
| 2554 | $37.60 |
| 2556 | $752.00 |
| 2558 | $7.52 |
| 2563 | $3,510.00 |
| 2577 | $533.92 |
| 2579 | $225.60 |
| 2580 | $40.10 |
| 2588 | $376.00 |
| 2589 | $135.36 |
| 2592 | $752.00 |
| 2611 | $148.00 |
| 2612 | $7.52 |
| 2625 | $22.56 |
| 2626 | $112.80 |
| 2630 | $210.53 |
| 2633 | $22.56 |
| 2636 | $60.16 |
| 2640 | $4.13 |
| 2648 | $14.04 |
| 2652 | $1,504.00 |
| 2653 | $16,044.89 |
| 2656 | $752.00 |
| 2670 | $35,553.94 |
| 2671 | $7,890.82 |
| 2674 | $17,796.05 |
| 2675 | $59,876.34 |
| 2676 | $12,388.31 |
| 2677 | $10,010.97 |
| 2678 | $18,478.66 |

Exhibit C-1 to Mahan Declaration

| | |
|------|-----------|
| 2680 | $6,091.69 |
| 2681 | $147,226.32 |
| 2688 | $3,669.96 |

Exhibit C-1 to Mahan Declaration