# Exhibit C-2

Exhibit C-2 to Mahan Declaration

**Exhibit C-2**
**Rejected or Ineligible Claims**

| Tracking Number | Recognized Loss |
|---|---|
| 1709 | Void |
| 1710 | Claim Did Not Result in a Recognized Loss |
| 1711 | Claim Did Not Result in a Recognized Loss |
| 1712 | No Eligible Purchases During the Settlement Class Period |
| 1713 | Claim had uncured deficiencies |
| 1714 | No Eligible Purchases During the Settlement Class Period |
| 1759 | Claim had uncured deficiencies |
| 1761 | Void |
| 1762 | Duplicate |
| 1764 | Claim had uncured deficiencies |
| 1765 | No Eligible Purchases During the Settlement Class Period |
| 1768 | Claim Did Not Result in a Recognized Loss |
| 1775 | Duplicate |
| 1777 | No Eligible Purchases During the Settlement Class Period |
| 1781 | Claim had uncured deficiencies |
| 1783 | Duplicate |
| 1785 | Duplicate |
| 1786 | Duplicate |
| 1787 | Claim had uncured deficiencies |
| 1795 | Claim Did Not Result in a Recognized Loss |
| 1801 | Duplicate |
| 1802 | No Eligible Purchases During the Settlement Class Period |
| 1808 | Claim had uncured deficiencies |
| 1809 | Claim Did Not Result in a Recognized Loss |
| 1810 | Claim Did Not Result in a Recognized Loss |
| 1811 | Claim Did Not Result in a Recognized Loss |
| 1812 | Claim had uncured deficiencies |
| 1814 | No Eligible Purchases During the Settlement Class Period |
| 1815 | No Eligible Purchases During the Settlement Class Period |
| 1816 | No Eligible Purchases During the Settlement Class Period |
| 1817 | No Eligible Purchases During the Settlement Class Period |
| 1818 | No Eligible Purchases During the Settlement Class Period |
| 1819 | No Eligible Purchases During the Settlement Class Period |
| 1820 | No Eligible Purchases During the Settlement Class Period |
| 1821 | No Eligible Purchases During the Settlement Class Period |
| 1822 | No Eligible Purchases During the Settlement Class Period |
| 1834 | No Eligible Purchases During the Settlement Class Period |
| 1835 | No Eligible Purchases During the Settlement Class Period |
| 1836 | No Eligible Purchases During the Settlement Class Period |
| 1837 | No Eligible Purchases During the Settlement Class Period |
| 1842 | No Eligible Purchases During the Settlement Class Period |
| 1843 | No Eligible Purchases During the Settlement Class Period |
| 1846 | No Eligible Purchases During the Settlement Class Period |
| 1848 | Claim Did Not Result in a Recognized Loss |

Exhibit C-2 to Mahan Declaration

| | |
|---|---|
| 1849 | No Eligible Purchases During the Settlement Class Period |
| 1850 | No Eligible Purchases During the Settlement Class Period |
| 1851 | Claim Did Not Result in a Recognized Loss |
| 1853 | Claim Did Not Result in a Recognized Loss |
| 1854 | No Eligible Purchases During the Settlement Class Period |
| 1855 | No Eligible Purchases During the Settlement Class Period |
| 1856 | No Eligible Purchases During the Settlement Class Period |
| 1859 | No Eligible Purchases During the Settlement Class Period |
| 1860 | Claim Did Not Result in a Recognized Loss |
| 1861 | No Eligible Purchases During the Settlement Class Period |
| 1863 | No Eligible Purchases During the Settlement Class Period |
| 1864 | No Eligible Purchases During the Settlement Class Period |
| 1865 | Claim Did Not Result in a Recognized Loss |
| 1866 | Claim Did Not Result in a Recognized Loss |
| 1867 | No Eligible Purchases During the Settlement Class Period |
| 1868 | No Eligible Purchases During the Settlement Class Period |
| 1869 | No Eligible Purchases During the Settlement Class Period |
| 1871 | No Eligible Purchases During the Settlement Class Period |
| 1873 | No Eligible Purchases During the Settlement Class Period |
| 1874 | No Eligible Purchases During the Settlement Class Period |
| 1876 | Claim Did Not Result in a Recognized Loss |
| 1877 | Claim Did Not Result in a Recognized Loss |
| 1878 | Claim Did Not Result in a Recognized Loss |
| 1879 | No Eligible Purchases During the Settlement Class Period |
| 1882 | Claim Did Not Result in a Recognized Loss |
| 1883 | No Eligible Purchases During the Settlement Class Period |
| 1884 | No Eligible Purchases During the Settlement Class Period |
| 1885 | No Eligible Purchases During the Settlement Class Period |
| 1886 | No Eligible Purchases During the Settlement Class Period |
| 1888 | No Eligible Purchases During the Settlement Class Period |
| 1889 | No Eligible Purchases During the Settlement Class Period |
| 1890 | No Eligible Purchases During the Settlement Class Period |
| 1892 | No Eligible Purchases During the Settlement Class Period |
| 1894 | No Eligible Purchases During the Settlement Class Period |
| 1895 | No Eligible Purchases During the Settlement Class Period |
| 1896 | No Eligible Purchases During the Settlement Class Period |
| 1897 | No Eligible Purchases During the Settlement Class Period |
| 1898 | No Eligible Purchases During the Settlement Class Period |
| 1901 | No Eligible Purchases During the Settlement Class Period |
| 1902 | No Eligible Purchases During the Settlement Class Period |
| 1903 | No Eligible Purchases During the Settlement Class Period |
| 1904 | No Eligible Purchases During the Settlement Class Period |
| 1906 | No Eligible Purchases During the Settlement Class Period |
| 1907 | No Eligible Purchases During the Settlement Class Period |
| 1909 | No Eligible Purchases During the Settlement Class Period |
| 1911 | No Eligible Purchases During the Settlement Class Period |
| 1912 | No Eligible Purchases During the Settlement Class Period |

Exhibit C-2 to Mahan Declaration

| | |
|---|---|
| 1913 | Claim had uncured deficiencies |
| 1922 | Void |
| 1929 | No Eligible Purchases During the Settlement Class Period |
| 1930 | Claim Did Not Result in a Recognized Loss |
| 1934 | Late |
| 1935 | No Eligible Purchases During the Settlement Class Period |
| 1936 | No Eligible Purchases During the Settlement Class Period |
| 1940 | No Eligible Purchases During the Settlement Class Period |
| 1941 | No Eligible Purchases During the Settlement Class Period |
| 1942 | No Eligible Purchases During the Settlement Class Period |
| 1943 | No Eligible Purchases During the Settlement Class Period |
| 1944 | Claim Did Not Result in a Recognized Loss |
| 1945 | No Eligible Purchases During the Settlement Class Period |
| 1946 | Claim Did Not Result in a Recognized Loss |
| 1947 | Claim Did Not Result in a Recognized Loss |
| 1948 | No Eligible Purchases During the Settlement Class Period |
| 1949 | Claim Did Not Result in a Recognized Loss |
| 1950 | Claim Did Not Result in a Recognized Loss |
| 1951 | Claim Did Not Result in a Recognized Loss |
| 1952 | No Eligible Purchases During the Settlement Class Period |
| 1953 | No Eligible Purchases During the Settlement Class Period |
| 1954 | No Eligible Purchases During the Settlement Class Period |
| 1955 | No Eligible Purchases During the Settlement Class Period |
| 1956 | Claim had uncured deficiencies |
| 1959 | No Eligible Purchases During the Settlement Class Period |
| 1962 | No Eligible Purchases During the Settlement Class Period |
| 1965 | No Eligible Purchases During the Settlement Class Period |
| 1966 | No Eligible Purchases During the Settlement Class Period |
| 1967 | No Eligible Purchases During the Settlement Class Period |
| 1968 | Claim Did Not Result in a Recognized Loss |
| 1971 | Claim Did Not Result in a Recognized Loss |
| 1972 | Claim had uncured deficiencies |
| 1973 | Claim Did Not Result in a Recognized Loss |
| 1974 | Claim had uncured deficiencies |
| 1976 | No Eligible Purchases During the Settlement Class Period |
| 1977 | No Eligible Purchases During the Settlement Class Period |
| 1978 | Claim Did Not Result in a Recognized Loss |
| 1981 | Claim Did Not Result in a Recognized Loss |
| 1983 | Claim Did Not Result in a Recognized Loss |
| 1988 | Claim Did Not Result in a Recognized Loss |
| 1992 | Claim Did Not Result in a Recognized Loss |
| 1994 | Claim Did Not Result in a Recognized Loss |
| 1995 | Claim Did Not Result in a Recognized Loss |
| 2000 | Claim Did Not Result in a Recognized Loss |
| 2002 | Claim Did Not Result in a Recognized Loss |
| 2003 | Claim Did Not Result in a Recognized Loss |
| 2006 | Claim Did Not Result in a Recognized Loss |

Exhibit C-2 to Mahan Declaration

| | |
|---|---|
| 2008 | Claim Did Not Result in a Recognized Loss |
| 2010 | Claim Did Not Result in a Recognized Loss |
| 2011 | No Eligible Purchases During the Settlement Class Period |
| 2016 | Claim Did Not Result in a Recognized Loss |
| 2017 | No Eligible Purchases During the Settlement Class Period |
| 2019 | Claim Did Not Result in a Recognized Loss |
| 2026 | Claim Did Not Result in a Recognized Loss |
| 2028 | Claim Did Not Result in a Recognized Loss |
| 2034 | Claim Did Not Result in a Recognized Loss |
| 2042 | Claim Did Not Result in a Recognized Loss |
| 2045 | Claim Did Not Result in a Recognized Loss |
| 2046 | Claim Did Not Result in a Recognized Loss |
| 2050 | Claim Did Not Result in a Recognized Loss |
| 2053 | Claim Did Not Result in a Recognized Loss |
| 2056 | Claim Did Not Result in a Recognized Loss |
| 2058 | Claim Did Not Result in a Recognized Loss |
| 2062 | Claim Did Not Result in a Recognized Loss |
| 2064 | Claim Did Not Result in a Recognized Loss |
| 2066 | Claim Did Not Result in a Recognized Loss |
| 2068 | Claim Did Not Result in a Recognized Loss |
| 2070 | Claim Did Not Result in a Recognized Loss |
| 2071 | Claim Did Not Result in a Recognized Loss |
| 2072 | Claim Did Not Result in a Recognized Loss |
| 2074 | Claim Did Not Result in a Recognized Loss |
| 2079 | Claim Did Not Result in a Recognized Loss |
| 2080 | Claim Did Not Result in a Recognized Loss |
| 2081 | Claim Did Not Result in a Recognized Loss |
| 2082 | No Eligible Purchases During the Settlement Class Period |
| 2083 | Claim Did Not Result in a Recognized Loss |
| 2089 | Claim Did Not Result in a Recognized Loss |
| 2090 | Claim Did Not Result in a Recognized Loss |
| 2093 | No Eligible Purchases During the Settlement Class Period |
| 2094 | Claim Did Not Result in a Recognized Loss |
| 2098 | Claim Did Not Result in a Recognized Loss |
| 2102 | Claim Did Not Result in a Recognized Loss |
| 2103 | Claim Did Not Result in a Recognized Loss |
| 2105 | Claim Did Not Result in a Recognized Loss |
| 2107 | Claim Did Not Result in a Recognized Loss |
| 2108 | Claim Did Not Result in a Recognized Loss |
| 2111 | No Eligible Purchases During the Settlement Class Period |
| 2113 | Claim Did Not Result in a Recognized Loss |
| 2114 | Claim Did Not Result in a Recognized Loss |
| 2119 | No Eligible Purchases During the Settlement Class Period |
| 2122 | No Eligible Purchases During the Settlement Class Period |
| 2124 | No Eligible Purchases During the Settlement Class Period |
| 2125 | No Eligible Purchases During the Settlement Class Period |
| 2126 | Claim Did Not Result in a Recognized Loss |

Exhibit C-2 to Mahan Declaration

| | |
|---|---|
| 2127 | No Eligible Purchases During the Settlement Class Period |
| 2128 | Claim Did Not Result in a Recognized Loss |
| 2131 | No Eligible Purchases During the Settlement Class Period |
| 2133 | Claim Did Not Result in a Recognized Loss |
| 2134 | Claim Did Not Result in a Recognized Loss |
| 2136 | No Eligible Purchases During the Settlement Class Period |
| 2137 | Claim Did Not Result in a Recognized Loss |
| 2138 | Claim Did Not Result in a Recognized Loss |
| 2141 | Claim Did Not Result in a Recognized Loss |
| 2142 | No Eligible Purchases During the Settlement Class Period |
| 2144 | No Eligible Purchases During the Settlement Class Period |
| 2145 | Claim Did Not Result in a Recognized Loss |
| 2147 | No Eligible Purchases During the Settlement Class Period |
| 2149 | No Eligible Purchases During the Settlement Class Period |
| 2150 | No Eligible Purchases During the Settlement Class Period |
| 2151 | No Eligible Purchases During the Settlement Class Period |
| 2153 | No Eligible Purchases During the Settlement Class Period |
| 2156 | No Eligible Purchases During the Settlement Class Period |
| 2158 | No Eligible Purchases During the Settlement Class Period |
| 2159 | No Eligible Purchases During the Settlement Class Period |
| 2160 | No Eligible Purchases During the Settlement Class Period |
| 2162 | No Eligible Purchases During the Settlement Class Period |
| 2163 | No Eligible Purchases During the Settlement Class Period |
| 2164 | No Eligible Purchases During the Settlement Class Period |
| 2168 | No Eligible Purchases During the Settlement Class Period |
| 2170 | Claim Did Not Result in a Recognized Loss |
| 2171 | Claim Did Not Result in a Recognized Loss |
| 2173 | Claim Did Not Result in a Recognized Loss |
| 2176 | Claim Did Not Result in a Recognized Loss |
| 2177 | No Eligible Purchases During the Settlement Class Period |
| 2178 | No Eligible Purchases During the Settlement Class Period |
| 2180 | No Eligible Purchases During the Settlement Class Period |
| 2181 | No Eligible Purchases During the Settlement Class Period |
| 2182 | No Eligible Purchases During the Settlement Class Period |
| 2188 | No Eligible Purchases During the Settlement Class Period |
| 2189 | Claim Did Not Result in a Recognized Loss |
| 2190 | No Eligible Purchases During the Settlement Class Period |
| 2193 | No Eligible Purchases During the Settlement Class Period |
| 2194 | No Eligible Purchases During the Settlement Class Period |
| 2195 | Claim Did Not Result in a Recognized Loss |
| 2196 | Claim Did Not Result in a Recognized Loss |
| 2197 | No Eligible Purchases During the Settlement Class Period |
| 2198 | No Eligible Purchases During the Settlement Class Period |
| 2199 | No Eligible Purchases During the Settlement Class Period |
| 2200 | No Eligible Purchases During the Settlement Class Period |
| 2201 | No Eligible Purchases During the Settlement Class Period |
| 2202 | No Eligible Purchases During the Settlement Class Period |

Exhibit C-2 to Mahan Declaration

| | |
|---|---|
| 2203 | Claim Did Not Result in a Recognized Loss |
| 2205 | Claim Did Not Result in a Recognized Loss |
| 2206 | No Eligible Purchases During the Settlement Class Period |
| 2207 | No Eligible Purchases During the Settlement Class Period |
| 2208 | No Eligible Purchases During the Settlement Class Period |
| 2209 | No Eligible Purchases During the Settlement Class Period |
| 2210 | No Eligible Purchases During the Settlement Class Period |
| 2211 | No Eligible Purchases During the Settlement Class Period |
| 2213 | No Eligible Purchases During the Settlement Class Period |
| 2214 | No Eligible Purchases During the Settlement Class Period |
| 2217 | No Eligible Purchases During the Settlement Class Period |
| 2218 | No Eligible Purchases During the Settlement Class Period |
| 2220 | No Eligible Purchases During the Settlement Class Period |
| 2222 | Claim Did Not Result in a Recognized Loss |
| 2223 | No Eligible Purchases During the Settlement Class Period |
| 2224 | No Eligible Purchases During the Settlement Class Period |
| 2225 | No Eligible Purchases During the Settlement Class Period |
| 2226 | No Eligible Purchases During the Settlement Class Period |
| 2227 | No Eligible Purchases During the Settlement Class Period |
| 2228 | Claim Did Not Result in a Recognized Loss |
| 2230 | Claim Did Not Result in a Recognized Loss |
| 2232 | No Eligible Purchases During the Settlement Class Period |
| 2233 | Claim Did Not Result in a Recognized Loss |
| 2234 | Claim Did Not Result in a Recognized Loss |
| 2237 | Claim Did Not Result in a Recognized Loss |
| 2238 | No Eligible Purchases During the Settlement Class Period |
| 2241 | Claim Did Not Result in a Recognized Loss |
| 2242 | Claim Did Not Result in a Recognized Loss |
| 2244 | Claim had uncured deficiencies |
| 2245 | No Eligible Purchases During the Settlement Class Period |
| 2247 | Claim Did Not Result in a Recognized Loss |
| 2252 | No Eligible Purchases During the Settlement Class Period |
| 2253 | No Eligible Purchases During the Settlement Class Period |
| 2255 | Claim Did Not Result in a Recognized Loss |
| 2258 | Claim Did Not Result in a Recognized Loss |
| 2259 | No Eligible Purchases During the Settlement Class Period |
| 2261 | No Eligible Purchases During the Settlement Class Period |
| 2262 | No Eligible Purchases During the Settlement Class Period |
| 2263 | No Eligible Purchases During the Settlement Class Period |
| 2264 | No Eligible Purchases During the Settlement Class Period |
| 2265 | No Eligible Purchases During the Settlement Class Period |
| 2266 | No Eligible Purchases During the Settlement Class Period |
| 2267 | No Eligible Purchases During the Settlement Class Period |
| 2268 | Claim Did Not Result in a Recognized Loss |
| 2269 | Claim Did Not Result in a Recognized Loss |
| 2272 | No Eligible Purchases During the Settlement Class Period |
| 2273 | No Eligible Purchases During the Settlement Class Period |

Exhibit C-2 to Mahan Declaration

| | |
|---|---|
| 2274 | No Eligible Purchases During the Settlement Class Period |
| 2275 | No Eligible Purchases During the Settlement Class Period |
| 2276 | Claim Did Not Result in a Recognized Loss |
| 2278 | No Eligible Purchases During the Settlement Class Period |
| 2279 | No Eligible Purchases During the Settlement Class Period |
| 2280 | No Eligible Purchases During the Settlement Class Period |
| 2281 | Claim Did Not Result in a Recognized Loss |
| 2282 | No Eligible Purchases During the Settlement Class Period |
| 2283 | No Eligible Purchases During the Settlement Class Period |
| 2285 | Claim Did Not Result in a Recognized Loss |
| 2287 | No Eligible Purchases During the Settlement Class Period |
| 2288 | No Eligible Purchases During the Settlement Class Period |
| 2289 | Claim Did Not Result in a Recognized Loss |
| 2290 | No Eligible Purchases During the Settlement Class Period |
| 2291 | No Eligible Purchases During the Settlement Class Period |
| 2293 | No Eligible Purchases During the Settlement Class Period |
| 2295 | No Eligible Purchases During the Settlement Class Period |
| 2298 | No Eligible Purchases During the Settlement Class Period |
| 2300 | No Eligible Purchases During the Settlement Class Period |
| 2301 | No Eligible Purchases During the Settlement Class Period |
| 2302 | No Eligible Purchases During the Settlement Class Period |
| 2304 | No Eligible Purchases During the Settlement Class Period |
| 2305 | No Eligible Purchases During the Settlement Class Period |
| 2306 | No Eligible Purchases During the Settlement Class Period |
| 2307 | No Eligible Purchases During the Settlement Class Period |
| 2308 | No Eligible Purchases During the Settlement Class Period |
| 2309 | No Eligible Purchases During the Settlement Class Period |
| 2310 | No Eligible Purchases During the Settlement Class Period |
| 2311 | No Eligible Purchases During the Settlement Class Period |
| 2312 | No Eligible Purchases During the Settlement Class Period |
| 2313 | No Eligible Purchases During the Settlement Class Period |
| 2314 | No Eligible Purchases During the Settlement Class Period |
| 2315 | No Eligible Purchases During the Settlement Class Period |
| 2316 | No Eligible Purchases During the Settlement Class Period |
| 2317 | No Eligible Purchases During the Settlement Class Period |
| 2318 | No Eligible Purchases During the Settlement Class Period |
| 2319 | No Eligible Purchases During the Settlement Class Period |
| 2320 | No Eligible Purchases During the Settlement Class Period |
| 2321 | No Eligible Purchases During the Settlement Class Period |
| 2322 | No Eligible Purchases During the Settlement Class Period |
| 2323 | No Eligible Purchases During the Settlement Class Period |
| 2324 | No Eligible Purchases During the Settlement Class Period |
| 2325 | No Eligible Purchases During the Settlement Class Period |
| 2326 | No Eligible Purchases During the Settlement Class Period |
| 2327 | No Eligible Purchases During the Settlement Class Period |
| 2328 | No Eligible Purchases During the Settlement Class Period |
| 2329 | No Eligible Purchases During the Settlement Class Period |

68

Exhibit C-2 to Mahan Declaration

| 2330 | No Eligible Purchases During the Settlement Class Period |
|---|---|
| 2331 | No Eligible Purchases During the Settlement Class Period |
| 2332 | No Eligible Purchases During the Settlement Class Period |
| 2333 | No Eligible Purchases During the Settlement Class Period |
| 2335 | No Eligible Purchases During the Settlement Class Period |
| 2336 | No Eligible Purchases During the Settlement Class Period |
| 2337 | No Eligible Purchases During the Settlement Class Period |
| 2338 | No Eligible Purchases During the Settlement Class Period |
| 2339 | No Eligible Purchases During the Settlement Class Period |
| 2340 | No Eligible Purchases During the Settlement Class Period |
| 2341 | No Eligible Purchases During the Settlement Class Period |
| 2342 | No Eligible Purchases During the Settlement Class Period |
| 2343 | No Eligible Purchases During the Settlement Class Period |
| 2344 | No Eligible Purchases During the Settlement Class Period |
| 2345 | No Eligible Purchases During the Settlement Class Period |
| 2346 | No Eligible Purchases During the Settlement Class Period |
| 2347 | No Eligible Purchases During the Settlement Class Period |
| 2348 | No Eligible Purchases During the Settlement Class Period |
| 2349 | No Eligible Purchases During the Settlement Class Period |
| 2350 | No Eligible Purchases During the Settlement Class Period |
| 2351 | No Eligible Purchases During the Settlement Class Period |
| 2352 | No Eligible Purchases During the Settlement Class Period |
| 2353 | No Eligible Purchases During the Settlement Class Period |
| 2354 | No Eligible Purchases During the Settlement Class Period |
| 2355 | No Eligible Purchases During the Settlement Class Period |
| 2356 | No Eligible Purchases During the Settlement Class Period |
| 2357 | No Eligible Purchases During the Settlement Class Period |
| 2358 | No Eligible Purchases During the Settlement Class Period |
| 2359 | No Eligible Purchases During the Settlement Class Period |
| 2360 | No Eligible Purchases During the Settlement Class Period |
| 2361 | No Eligible Purchases During the Settlement Class Period |
| 2362 | No Eligible Purchases During the Settlement Class Period |
| 2363 | No Eligible Purchases During the Settlement Class Period |
| 2364 | No Eligible Purchases During the Settlement Class Period |
| 2365 | No Eligible Purchases During the Settlement Class Period |
| 2366 | No Eligible Purchases During the Settlement Class Period |
| 2367 | No Eligible Purchases During the Settlement Class Period |
| 2368 | No Eligible Purchases During the Settlement Class Period |
| 2369 | No Eligible Purchases During the Settlement Class Period |
| 2370 | No Eligible Purchases During the Settlement Class Period |
| 2371 | No Eligible Purchases During the Settlement Class Period |
| 2372 | No Eligible Purchases During the Settlement Class Period |
| 2373 | No Eligible Purchases During the Settlement Class Period |
| 2375 | No Eligible Purchases During the Settlement Class Period |
| 2376 | No Eligible Purchases During the Settlement Class Period |
| 2377 | No Eligible Purchases During the Settlement Class Period |
| 2378 | No Eligible Purchases During the Settlement Class Period |

Exhibit C-2 to Mahan Declaration

| | |
|---|---|
| 2379 | No Eligible Purchases During the Settlement Class Period |
| 2380 | No Eligible Purchases During the Settlement Class Period |
| 2381 | No Eligible Purchases During the Settlement Class Period |
| 2382 | No Eligible Purchases During the Settlement Class Period |
| 2383 | No Eligible Purchases During the Settlement Class Period |
| 2384 | No Eligible Purchases During the Settlement Class Period |
| 2385 | No Eligible Purchases During the Settlement Class Period |
| 2386 | No Eligible Purchases During the Settlement Class Period |
| 2387 | No Eligible Purchases During the Settlement Class Period |
| 2388 | No Eligible Purchases During the Settlement Class Period |
| 2389 | No Eligible Purchases During the Settlement Class Period |
| 2390 | No Eligible Purchases During the Settlement Class Period |
| 2391 | No Eligible Purchases During the Settlement Class Period |
| 2392 | No Eligible Purchases During the Settlement Class Period |
| 2393 | No Eligible Purchases During the Settlement Class Period |
| 2394 | No Eligible Purchases During the Settlement Class Period |
| 2395 | No Eligible Purchases During the Settlement Class Period |
| 2396 | No Eligible Purchases During the Settlement Class Period |
| 2397 | No Eligible Purchases During the Settlement Class Period |
| 2398 | No Eligible Purchases During the Settlement Class Period |
| 2399 | No Eligible Purchases During the Settlement Class Period |
| 2400 | No Eligible Purchases During the Settlement Class Period |
| 2401 | No Eligible Purchases During the Settlement Class Period |
| 2402 | No Eligible Purchases During the Settlement Class Period |
| 2403 | No Eligible Purchases During the Settlement Class Period |
| 2404 | No Eligible Purchases During the Settlement Class Period |
| 2405 | No Eligible Purchases During the Settlement Class Period |
| 2406 | No Eligible Purchases During the Settlement Class Period |
| 2407 | No Eligible Purchases During the Settlement Class Period |
| 2408 | No Eligible Purchases During the Settlement Class Period |
| 2409 | No Eligible Purchases During the Settlement Class Period |
| 2410 | No Eligible Purchases During the Settlement Class Period |
| 2411 | No Eligible Purchases During the Settlement Class Period |
| 2412 | No Eligible Purchases During the Settlement Class Period |
| 2413 | No Eligible Purchases During the Settlement Class Period |
| 2414 | No Eligible Purchases During the Settlement Class Period |
| 2415 | No Eligible Purchases During the Settlement Class Period |
| 2416 | No Eligible Purchases During the Settlement Class Period |
| 2417 | No Eligible Purchases During the Settlement Class Period |
| 2418 | No Eligible Purchases During the Settlement Class Period |
| 2419 | No Eligible Purchases During the Settlement Class Period |
| 2420 | No Eligible Purchases During the Settlement Class Period |
| 2421 | No Eligible Purchases During the Settlement Class Period |
| 2422 | No Eligible Purchases During the Settlement Class Period |
| 2423 | No Eligible Purchases During the Settlement Class Period |
| 2424 | No Eligible Purchases During the Settlement Class Period |
| 2425 | No Eligible Purchases During the Settlement Class Period |

Exhibit C-2 to Mahan Declaration

| 2426 | No Eligible Purchases During the Settlement Class Period |
|---|---|
| 2427 | No Eligible Purchases During the Settlement Class Period |
| 2428 | No Eligible Purchases During the Settlement Class Period |
| 2429 | No Eligible Purchases During the Settlement Class Period |
| 2430 | No Eligible Purchases During the Settlement Class Period |
| 2431 | No Eligible Purchases During the Settlement Class Period |
| 2432 | No Eligible Purchases During the Settlement Class Period |
| 2433 | No Eligible Purchases During the Settlement Class Period |
| 2434 | No Eligible Purchases During the Settlement Class Period |
| 2435 | No Eligible Purchases During the Settlement Class Period |
| 2436 | No Eligible Purchases During the Settlement Class Period |
| 2437 | No Eligible Purchases During the Settlement Class Period |
| 2438 | No Eligible Purchases During the Settlement Class Period |
| 2439 | No Eligible Purchases During the Settlement Class Period |
| 2440 | No Eligible Purchases During the Settlement Class Period |
| 2441 | No Eligible Purchases During the Settlement Class Period |
| 2442 | No Eligible Purchases During the Settlement Class Period |
| 2443 | No Eligible Purchases During the Settlement Class Period |
| 2444 | No Eligible Purchases During the Settlement Class Period |
| 2445 | No Eligible Purchases During the Settlement Class Period |
| 2446 | No Eligible Purchases During the Settlement Class Period |
| 2447 | No Eligible Purchases During the Settlement Class Period |
| 2448 | No Eligible Purchases During the Settlement Class Period |
| 2449 | No Eligible Purchases During the Settlement Class Period |
| 2450 | No Eligible Purchases During the Settlement Class Period |
| 2451 | No Eligible Purchases During the Settlement Class Period |
| 2452 | No Eligible Purchases During the Settlement Class Period |
| 2453 | No Eligible Purchases During the Settlement Class Period |
| 2454 | Claim Did Not Result in a Recognized Loss |
| 2455 | No Eligible Purchases During the Settlement Class Period |
| 2456 | No Eligible Purchases During the Settlement Class Period |
| 2457 | No Eligible Purchases During the Settlement Class Period |
| 2458 | No Eligible Purchases During the Settlement Class Period |
| 2459 | No Eligible Purchases During the Settlement Class Period |
| 2460 | No Eligible Purchases During the Settlement Class Period |
| 2461 | No Eligible Purchases During the Settlement Class Period |
| 2462 | No Eligible Purchases During the Settlement Class Period |
| 2463 | No Eligible Purchases During the Settlement Class Period |
| 2464 | No Eligible Purchases During the Settlement Class Period |
| 2465 | No Eligible Purchases During the Settlement Class Period |
| 2466 | No Eligible Purchases During the Settlement Class Period |
| 2467 | No Eligible Purchases During the Settlement Class Period |
| 2469 | No Eligible Purchases During the Settlement Class Period |
| 2470 | No Eligible Purchases During the Settlement Class Period |
| 2471 | No Eligible Purchases During the Settlement Class Period |
| 2472 | No Eligible Purchases During the Settlement Class Period |
| 2473 | No Eligible Purchases During the Settlement Class Period |

71

Exhibit C-2 to Mahan Declaration

| | |
|---|---|
| 2474 | No Eligible Purchases During the Settlement Class Period |
| 2475 | No Eligible Purchases During the Settlement Class Period |
| 2476 | No Eligible Purchases During the Settlement Class Period |
| 2477 | No Eligible Purchases During the Settlement Class Period |
| 2478 | No Eligible Purchases During the Settlement Class Period |
| 2479 | No Eligible Purchases During the Settlement Class Period |
| 2480 | No Eligible Purchases During the Settlement Class Period |
| 2481 | No Eligible Purchases During the Settlement Class Period |
| 2482 | No Eligible Purchases During the Settlement Class Period |
| 2483 | No Eligible Purchases During the Settlement Class Period |
| 2484 | No Eligible Purchases During the Settlement Class Period |
| 2485 | No Eligible Purchases During the Settlement Class Period |
| 2486 | No Eligible Purchases During the Settlement Class Period |
| 2487 | No Eligible Purchases During the Settlement Class Period |
| 2488 | No Eligible Purchases During the Settlement Class Period |
| 2489 | No Eligible Purchases During the Settlement Class Period |
| 2490 | No Eligible Purchases During the Settlement Class Period |
| 2491 | No Eligible Purchases During the Settlement Class Period |
| 2492 | No Eligible Purchases During the Settlement Class Period |
| 2493 | No Eligible Purchases During the Settlement Class Period |
| 2494 | No Eligible Purchases During the Settlement Class Period |
| 2495 | No Eligible Purchases During the Settlement Class Period |
| 2496 | No Eligible Purchases During the Settlement Class Period |
| 2497 | No Eligible Purchases During the Settlement Class Period |
| 2498 | No Eligible Purchases During the Settlement Class Period |
| 2499 | No Eligible Purchases During the Settlement Class Period |
| 2500 | No Eligible Purchases During the Settlement Class Period |
| 2501 | No Eligible Purchases During the Settlement Class Period |
| 2503 | No Eligible Purchases During the Settlement Class Period |
| 2504 | No Eligible Purchases During the Settlement Class Period |
| 2505 | No Eligible Purchases During the Settlement Class Period |
| 2506 | No Eligible Purchases During the Settlement Class Period |
| 2507 | No Eligible Purchases During the Settlement Class Period |
| 2508 | No Eligible Purchases During the Settlement Class Period |
| 2509 | No Eligible Purchases During the Settlement Class Period |
| 2510 | No Eligible Purchases During the Settlement Class Period |
| 2511 | No Eligible Purchases During the Settlement Class Period |
| 2512 | No Eligible Purchases During the Settlement Class Period |
| 2513 | No Eligible Purchases During the Settlement Class Period |
| 2514 | No Eligible Purchases During the Settlement Class Period |
| 2515 | No Eligible Purchases During the Settlement Class Period |
| 2516 | No Eligible Purchases During the Settlement Class Period |
| 2517 | No Eligible Purchases During the Settlement Class Period |
| 2518 | No Eligible Purchases During the Settlement Class Period |
| 2519 | No Eligible Purchases During the Settlement Class Period |
| 2520 | No Eligible Purchases During the Settlement Class Period |
| 2521 | No Eligible Purchases During the Settlement Class Period |

Exhibit C-2 to Mahan Declaration

| | |
|---|---|
| 2522 | No Eligible Purchases During the Settlement Class Period |
| 2524 | No Eligible Purchases During the Settlement Class Period |
| 2525 | No Eligible Purchases During the Settlement Class Period |
| 2526 | No Eligible Purchases During the Settlement Class Period |
| 2527 | No Eligible Purchases During the Settlement Class Period |
| 2528 | No Eligible Purchases During the Settlement Class Period |
| 2529 | No Eligible Purchases During the Settlement Class Period |
| 2530 | No Eligible Purchases During the Settlement Class Period |
| 2531 | No Eligible Purchases During the Settlement Class Period |
| 2532 | No Eligible Purchases During the Settlement Class Period |
| 2533 | No Eligible Purchases During the Settlement Class Period |
| 2534 | No Eligible Purchases During the Settlement Class Period |
| 2535 | No Eligible Purchases During the Settlement Class Period |
| 2536 | No Eligible Purchases During the Settlement Class Period |
| 2537 | No Eligible Purchases During the Settlement Class Period |
| 2538 | No Eligible Purchases During the Settlement Class Period |
| 2539 | No Eligible Purchases During the Settlement Class Period |
| 2540 | No Eligible Purchases During the Settlement Class Period |
| 2541 | No Eligible Purchases During the Settlement Class Period |
| 2542 | No Eligible Purchases During the Settlement Class Period |
| 2543 | No Eligible Purchases During the Settlement Class Period |
| 2544 | No Eligible Purchases During the Settlement Class Period |
| 2545 | No Eligible Purchases During the Settlement Class Period |
| 2546 | No Eligible Purchases During the Settlement Class Period |
| 2547 | No Eligible Purchases During the Settlement Class Period |
| 2549 | Claim Did Not Result in a Recognized Loss |
| 2550 | Claim Did Not Result in a Recognized Loss |
| 2551 | Claim Did Not Result in a Recognized Loss |
| 2552 | Claim Did Not Result in a Recognized Loss |
| 2555 | Claim Did Not Result in a Recognized Loss |
| 2557 | Claim Did Not Result in a Recognized Loss |
| 2559 | No Eligible Purchases During the Settlement Class Period |
| 2560 | No Eligible Purchases During the Settlement Class Period |
| 2561 | No Eligible Purchases During the Settlement Class Period |
| 2562 | No Eligible Purchases During the Settlement Class Period |
| 2564 | No Eligible Purchases During the Settlement Class Period |
| 2565 | No Eligible Purchases During the Settlement Class Period |
| 2566 | No Eligible Purchases During the Settlement Class Period |
| 2567 | No Eligible Purchases During the Settlement Class Period |
| 2568 | No Eligible Purchases During the Settlement Class Period |
| 2569 | No Eligible Purchases During the Settlement Class Period |
| 2570 | No Eligible Purchases During the Settlement Class Period |
| 2571 | No Eligible Purchases During the Settlement Class Period |
| 2572 | No Eligible Purchases During the Settlement Class Period |
| 2573 | No Eligible Purchases During the Settlement Class Period |
| 2574 | No Eligible Purchases During the Settlement Class Period |
| 2575 | No Eligible Purchases During the Settlement Class Period |

Exhibit C-2 to Mahan Declaration

| | |
|---|---|
| 2576 | No Eligible Purchases During the Settlement Class Period |
| 2578 | No Eligible Purchases During the Settlement Class Period |
| 2581 | No Eligible Purchases During the Settlement Class Period |
| 2582 | No Eligible Purchases During the Settlement Class Period |
| 2583 | No Eligible Purchases During the Settlement Class Period |
| 2584 | No Eligible Purchases During the Settlement Class Period |
| 2585 | No Eligible Purchases During the Settlement Class Period |
| 2586 | No Eligible Purchases During the Settlement Class Period |
| 2587 | Claim Did Not Result in a Recognized Loss |
| 2590 | No Eligible Purchases During the Settlement Class Period |
| 2591 | No Eligible Purchases During the Settlement Class Period |
| 2593 | No Eligible Purchases During the Settlement Class Period |
| 2594 | No Eligible Purchases During the Settlement Class Period |
| 2595 | No Eligible Purchases During the Settlement Class Period |
| 2596 | No Eligible Purchases During the Settlement Class Period |
| 2597 | No Eligible Purchases During the Settlement Class Period |
| 2598 | No Eligible Purchases During the Settlement Class Period |
| 2599 | No Eligible Purchases During the Settlement Class Period |
| 2600 | No Eligible Purchases During the Settlement Class Period |
| 2601 | No Eligible Purchases During the Settlement Class Period |
| 2602 | No Eligible Purchases During the Settlement Class Period |
| 2603 | Claim Did Not Result in a Recognized Loss |
| 2604 | No Eligible Purchases During the Settlement Class Period |
| 2605 | Duplicate |
| 2606 | No Eligible Purchases During the Settlement Class Period |
| 2607 | No Eligible Purchases During the Settlement Class Period |
| 2608 | No Eligible Purchases During the Settlement Class Period |
| 2609 | No Eligible Purchases During the Settlement Class Period |
| 2610 | No Eligible Purchases During the Settlement Class Period |
| 2613 | No Eligible Purchases During the Settlement Class Period |
| 2614 | No Eligible Purchases During the Settlement Class Period |
| 2615 | Claim Did Not Result in a Recognized Loss |
| 2616 | No Eligible Purchases During the Settlement Class Period |
| 2617 | No Eligible Purchases During the Settlement Class Period |
| 2618 | No Eligible Purchases During the Settlement Class Period |
| 2619 | No Eligible Purchases During the Settlement Class Period |
| 2620 | No Eligible Purchases During the Settlement Class Period |
| 2621 | No Eligible Purchases During the Settlement Class Period |
| 2622 | No Eligible Purchases During the Settlement Class Period |
| 2623 | No Eligible Purchases During the Settlement Class Period |
| 2624 | No Eligible Purchases During the Settlement Class Period |
| 2627 | No Eligible Purchases During the Settlement Class Period |
| 2628 | No Eligible Purchases During the Settlement Class Period |
| 2629 | No Eligible Purchases During the Settlement Class Period |
| 2631 | No Eligible Purchases During the Settlement Class Period |
| 2632 | No Eligible Purchases During the Settlement Class Period |
| 2634 | Claim Did Not Result in a Recognized Loss |

Exhibit C-2 to Mahan Declaration

| | |
|---|---|
| 2635 | No Eligible Purchases During the Settlement Class Period |
| 2637 | No Eligible Purchases During the Settlement Class Period |
| 2638 | No Eligible Purchases During the Settlement Class Period |
| 2639 | No Eligible Purchases During the Settlement Class Period |
| 2641 | No Eligible Purchases During the Settlement Class Period |
| 2642 | No Eligible Purchases During the Settlement Class Period |
| 2643 | No Eligible Purchases During the Settlement Class Period |
| 2644 | Claim Did Not Result in a Recognized Loss |
| 2645 | No Eligible Purchases During the Settlement Class Period |
| 2646 | No Eligible Purchases During the Settlement Class Period |
| 2647 | No Eligible Purchases During the Settlement Class Period |
| 2649 | No Eligible Purchases During the Settlement Class Period |
| 2650 | No Eligible Purchases During the Settlement Class Period |
| 2651 | No Eligible Purchases During the Settlement Class Period |
| 2654 | No Eligible Purchases During the Settlement Class Period |
| 2655 | Claim Did Not Result in a Recognized Loss |
| 2657 | No Eligible Purchases During the Settlement Class Period |
| 2658 | Claim Did Not Result in a Recognized Loss |
| 2659 | No Eligible Purchases During the Settlement Class Period |
| 2660 | No Eligible Purchases During the Settlement Class Period |
| 2661 | No Eligible Purchases During the Settlement Class Period |
| 2662 | No Eligible Purchases During the Settlement Class Period |
| 2663 | No Eligible Purchases During the Settlement Class Period |
| 2664 | Claim Did Not Result in a Recognized Loss |
| 2665 | Claim Did Not Result in a Recognized Loss |
| 2666 | No Eligible Purchases During the Settlement Class Period |
| 2667 | No Eligible Purchases During the Settlement Class Period |
| 2669 | Late |
| 2672 | No Eligible Purchases During the Settlement Class Period |
| 2673 | No Eligible Purchases During the Settlement Class Period |
| 2679 | No Eligible Purchases During the Settlement Class Period |
| 2682 | No Eligible Purchases During the Settlement Class Period |
| 2683 | No Eligible Purchases During the Settlement Class Period |
| 2684 | No Eligible Purchases During the Settlement Class Period |
| 2685 | No Eligible Purchases During the Settlement Class Period |
| 2686 | No Eligible Purchases During the Settlement Class Period |
| 2687 | No Eligible Purchases During the Settlement Class Period |
| 2689 | No Eligible Purchases During the Settlement Class Period |
| 2690 | No Eligible Purchases During the Settlement Class Period |
| 2691 | No Eligible Purchases During the Settlement Class Period |
| 2692 | No Eligible Purchases During the Settlement Class Period |
| 2693 | Claim had uncured deficiencies |
| 2694 | No Eligible Purchases During the Settlement Class Period |

75

Exhibit C-2 to Mahan Declaration