# Exhibit D

Exhibit D to Mahan Declaration

# epiq

# Invoice

Page 1 of 1

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Remit to**

Epiq
Class Action & Claims Solutions
PO Box 674652
Dallas, TX 75267-4652

Tax ID: 93-1210932

Billing questions: call 913-391-5001
or ecabilling@epiqglobal.com

Electronic Payments:
Bank:            PNC Bank, N.A.
Wire Routing:  043000096
ACH Routing:  031207607
Acct No:        8026542445
SWIFT:          PNCCUS33

**Bill-To**

Austin Van
Pomerantz LLP
600 Third Avenue
New York NY  10016-1901

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90756147 | Invoice Date | 06/30/2023 |
| Purchase Order No. | | | |
| Customer No. | 1001713 | | |
| Currency | USD | | |
| Contract No. | 40065823 | | |
| Contract Description | Ali v. Franklin Wireless Corp. et al. | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | 40065823 | | |

**Comments**

Billing Period: 06/01/2023 - 06/30/2023

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Standard Rates** | | | | |
| 370 | Project Coordinator | 1.700 | H | 110.0000 | 187.00 |
| 420 | Project Manager | 2 | H | 175.0000 | 350.00 |
| | **Total Amount Due** | | | | 537.00 |

**Open Items for Contract 40065823 as of 05/08/2025**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 04/30/2025 | Invoice | 90962528 | 05/30/2025 | 372.99 | USD |
| | | | Total: | 372.99 | USD |

CONFIDENTIAL
Exhibit D to Mahan Declaration

# epiq

**Epiq Systems**
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

## Invoice

Page 1 of 1

| **Remit to** | |
|---|---|
| Epiq | Tax ID: 93-1210932 |
| Class Action & Claims Solutions | |
| PO Box 674652 | Billing questions: call 913-391-5001 |
| Dallas, TX 75267-4652 | or ecabilling@epiqglobal.com |

Electronic Payments:
Bank:             PNC Bank, N.A.
Wire Routing:  043000096
ACH Routing:  031207607
Acct No:         8026542445
SWIFT:           PNCCUS33

### Bill-To

Austin Van
Pomerantz LLP
600 Third Avenue
New York NY  10016-1901

### Information

| | | | |
|---|---|---|---|
| Invoice No. | 90788404 | Invoice Date | 10/16/2023 |
| Purchase Order No. | | | |
| Customer No. | 1001713 | | |
| Currency | USD | | |
| Contract No. | 40065823 | | |
| Contract Description | Ali v. Franklin Wireless Corp. et al. | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | 40065823 | | |

### Comments

Billing Period: 07/01/2023 - 07/31/2023

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Standard Rates** | | | | |
| 330 | Check & Mailing Coordinators | 0.100 | H | 65.0000 | 6.50 |
| 370 | Project Coordinator | 0.700 | H | 110.0000 | 77.00 |
| 420 | Project Manager | 2 | H | 175.0000 | 350.00 |
| | **Total Amount Due** | | | | 433.50 |

### Open Items for Contract 40065823 as of 05/08/2025

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 04/30/2025 | Invoice | 90962528 | 05/30/2025 | 372.99 | USD |
| | | | Total: | 372.99 | USD |

# epiq

**Epiq Systems**
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Invoice**

Page 1 of 1

| **Remit to** | |
|---|---|
| Epiq | Tax ID: 93-1210932 |
| Class Action & Claims Solutions | |
| PO Box 674652 | Billing questions: call 913-391-5001 |
| Dallas, TX 75267-4652 | or ecabilling@epiqglobal.com |

Electronic Payments:
Bank:              PNC Bank, N.A.
Wire Routing:  043000096
ACH Routing:  031207607
Acct No:          8026542445
SWIFT:           PNCCUS33

**Bill-To**

Austin Van
Pomerantz LLP
600 Third Avenue
New York NY  10016-1901

| **Information** | |
|---|---|
| Invoice No.              90812935 | Invoice Date        12/31/2023 |
| Purchase Order No. | |
| Customer No.            1001713 | |
| Currency                  USD | |
| Contract No.             40065823 | |
| Contract Description   Ali v. Franklin Wireless Corp. et al. | |
| Terms of Payment     Net due in 30 days | |
| Internal Reference No   40065823 | |

**Comments**

Billing Period: 12/01/2023 - 12/31/2023

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Standard Rates** | | | | |
| 370 | Project Coordinator | 1 | H | 110.0000 | 110.00 |
| | **Total Amount Due** | | | | 110.00 |

**Open Items for Contract 40065823 as of 05/08/2025**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 04/30/2025 | Invoice | 90962528 | 05/30/2025 | 372.99 | USD |
| | | | Total: | 372.99 | USD |

# epiq

CONFIDENTIAL

Exhibit D to Mahan Declaration

# epiq

**Invoice**

Page 1 of 1

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| **Remit to** | | |
|---|---|---|
| Epiq | | Tax ID: 93-1210932 |
| Class Action & Claims Solutions | | |
| PO Box 674652 | | Billing questions: call 913-391-5001 |
| Dallas, TX 75267-4652 | | or ecabilling@epiqglobal.com |

**Bill-To**

Austin Van
Pomerantz LLP
600 Third Avenue
New York NY  10016-1901

Electronic Payments:
Bank:            PNC Bank, N.A.
Wire Routing:  043000096
ACH Routing:  031207607
Acct No:        8026542445
SWIFT:          PNCCUS33

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90863637 | Invoice Date | 06/24/2024 |
| Purchase Order No. | | | |
| Customer No. | 1001713 | | |
| Currency | USD | | |
| Contract No. | 40065823 | | |
| Contract Description | Ali v. Franklin Wireless Corp. et al. | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | 40065823 | | |

**Comments**

Billing Period: 04/01/2024 - 04/30/2024

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Standard Rates** | | | | |
| 330 | Check & Mailing Coordinators | 0.100 | H | 65.0000 | 6.50 |
| 360 | Account Reconciliation | 0.500 | H | 85.0000 | 42.50 |
| | **Total Amount Due** | | | | 49.00 |

**Open Items for Contract 40065823 as of 05/08/2025**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 04/30/2025 | Invoice | 90962528 | 05/30/2025 | 372.99 | USD |
| | | | Total: | 372.99 | USD |

Exhibit D to Mahan Declaration

# Invoice

Page 1 of 1

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Bill-To**

Austin Van
Pomerantz LLP
600 Third Avenue
New York NY  10016-1901

**Remit to**

Epiq
Class Action & Claims Solutions
PO Box 674652
Dallas, TX 75267-4652

Tax ID: 93-1210932

Billing questions: call 913-391-5001
or ecabilling@epiqglobal.com

Electronic Payments:
Bank:          PNC Bank, N.A.
Wire Routing:  043000096
ACH Routing:   031207607
Acct No:       8026542445
SWIFT:         PNCCUS33

**Information**

| | |
|---|---|
| Invoice No. | 90863639 |
| Purchase Order No. | |
| Customer No. | 1001713 |
| Currency | USD |
| Contract No. | 40065823 |
| Contract Description | Ali v. Franklin Wireless Corp. et al. |
| Terms of Payment | Net due in 30 days |
| Internal Reference No | 40065823 |

Invoice Date   06/24/2024

**Comments**

Billing Period: 05/01/2024 - 05/31/2024

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Other Expenses Billed Separately** | | | | |
| 50 | PR Newswire Release (800 words) | 1,789 | EA | 1.0000 | 1,789.00 |
| 70 | Proxy List Notification | 782 | EA | 0.2200 | 172.04 |
| 80 | Postage | 2,441.100 | DLR | 1.0000 | 2,441.10 |
| 120 | IVR Minutes of Use | 32.200 | EA | 0.1900 | 6.12 |
| 220 | Photocopy or Image | 70 | PAG | 0.1200 | 8.40 |
| 230 | Box Storage | 1 | EA | 3.5000 | 3.50 |

| | |
|---|---|
| **Net Amount** | 4,420.16 |
| **Sales Tax** | 13.98 |
| **Total Amount Due** | 4,434.14 |

**Open Items for Contract 40065823 as of 05/08/2025**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 04/30/2025 | Invoice | 90962528 | 05/30/2025 | 372.99 | USD |
| | | | Total: | 372.99 | USD |

CONFIDENTIAL

Exhibit D to Mahan Declaration

**epiq**

# Invoice

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| **Remit to** | |
| --- | --- |
| Epiq | Tax ID: 93-1210932 |
| Class Action & Claims Solutions | |
| PO Box 674652 | Billing questions: call 913-391-5001 |
| Dallas, TX 75267-4652 | or ecabilling@epiqglobal.com |

Electronic Payments:
Bank:            PNC Bank, N.A.
Wire Routing:  043000096
ACH Routing:  031207607
Acct No:        8026542445
SWIFT:          PNCCUS33

**Bill-To**

Austin Van
Pomerantz LLP
600 Third Avenue
New York NY  10016-1901

| **Information** | | | |
| --- | --- | --- | --- |
| Invoice No. | 90879265 | Invoice Date | 07/31/2024 |
| Purchase Order No. | | | |
| Customer No. | 1001713 | | |
| Currency | USD | | |
| Contract No. | 40065823 | | |
| Contract Description | Ali v. Franklin Wireless Corp. et al. | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | 40065823 | | |

**Comments**
Billing Period: 06/01/2024 - 06/30/2024

| Item | Service | Quantity | Unit | Unit Price | Amount |
| --- | --- | --- | --- | --- | --- |
| | **Claims Processing Fee Schedule** | | | | |
| 12 | Claims 1 to 2,500 | 6 | EA | 6.8700 | 41.22 |
| | **Other Expenses Billed Separately** | | | | |
| 70 | Proxy List Notification | 228 | EA | 0.2200 | 50.16 |
| 80 | Postage | 359.441 | DLR | 1.0000 | 359.44 |
| 120 | IVR Minutes of Use | 3.170 | EA | 0.1900 | 0.60 |
| 230 | Box Storage | 2 | EA | 3.5000 | 7.00 |
| 235 | Broker/Nominee fees | 52.500 | DLR | 1.0000 | 52.50 |

| | | |
| --- | --- | --- |
| **Net Amount** | | 510.92 |
| **Sales Tax** | | 7.08 |
| **Total Amount Due** | | 518.00 |

**Open Items for Contract 40065823 as of 05/08/2025**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
| --- | --- | --- | --- | --- | --- |
| 04/30/2025 | Invoice | 90962528 | 05/30/2025 | 372.99 | USD |
| | | | Total: | 372.99 | USD |

**epiq**

CONFIDENTIAL

Exhibit D to Mahan Declaration



# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| **Remit to** | | |
|---|---|---|
| Epiq | | Tax ID: 93-1210932 |
| Class Action & Claims Solutions | | |
| PO Box 674652 | | Billing questions: call 913-391-5001 |
| Dallas, TX 75267-4652 | | or ecabilling@epiqglobal.com |

**Bill-To**

Austin Van
Pomerantz LLP
600 Third Avenue
New York NY  10016-1901

Electronic Payments:
Bank:          PNC Bank, N.A.
Wire Routing:  043000096
ACH Routing:   031207607
Acct No:       8026542445
SWIFT:         PNCCUS33

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90881820 | Invoice Date | 08/13/2024 |
| Purchase Order No. | | | |
| Customer No. | 1001713 | | |
| Currency | USD | | |
| Contract No. | 40065823 | | |
| Contract Description | Ali v. Franklin Wireless Corp. et al. | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | 40065823 | | |

**Comments**

Billing Period: 07/01/2024 - 07/31/2024

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Claims Processing Fee Schedule** | | | | |
| 12 | Claims 1 to 2,500 | 3 | EA | 6.8700 | 20.61 |
| | **Other Expenses Billed Separately** | | | | |
| 70 | Proxy List Notification | 3 | EA | 0.2200 | 0.66 |
| 80 | Postage | 33.730 | DLR | 1.0000 | 33.73 |
| 90 | Delivery Charges | 1,362.370 | EA | 1.0000 | 1,362.37 |
| 120 | IVR Minutes of Use | 113.150 | EA | 0.1900 | 21.50 |
| 230 | Box Storage | 2 | EA | 3.5000 | 7.00 |
| 235 | Broker/Nominee fees | 258.830 | DLR | 1.0000 | 258.83 |

-----------------------------------------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| **Net Amount** | | 1,704.70 |
| **Sales Tax** | | 107.23 |
| **Total Amount Due** | | 1,811.93 |

-----------------------------------------------------------------------------------------------------------------------------

Exhibit D to Mahan Declaration

CONFIDENTIAL



# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| Information | | | |
|---|---|---|---|
| Invoice No. | 90881820 | Invoice Date | 08/13/2024 |
| Purchase Order No. | | | |
| Customer No. | 1001713 | | |

**Comments**
Billing Period: 07/01/2024 - 07/31/2024

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| Open Items for Contract 40065823 as of 05/08/2025 | | | | | |

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 04/30/2025 | Invoice | 90962528 | 05/30/2025 | 372.99 | USD |
| | | | Total: | 372.99 | USD |



84

CONFIDENTIAL

Exhibit D to Mahan Declaration

# epiq

# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| **Remit to** | | |
|---|---|---|
| Epiq | | Tax ID: 93-1210932 |
| Class Action & Claims Solutions | | |
| PO Box 674652 | | Billing questions: call 913-391-5001 |
| Dallas, TX 75267-4652 | | or ecabilling@epiqglobal.com |

Electronic Payments:
Bank:            PNC Bank, N.A.
Wire Routing:  043000096
ACH Routing:  031207607
Acct No:         8026542445
SWIFT:           PNCCUS33

**Bill-To**

Austin Van
Pomerantz LLP
600 Third Avenue
New York NY  10016-1901

| **Information** | | | |
|---|---|---|---|
| Invoice No. | 90900249 | Invoice Date | 09/30/2024 |
| Purchase Order No. | | | |
| Customer No. | 1001713 | | |
| Currency | USD | | |
| Contract No. | 40065823 | | |
| Contract Description | Ali v. Franklin Wireless Corp. et al. | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | 40065823 | | |

**Comments**

Billing Period: 08/01/2024 - 08/31/2024

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Claims Processing Fee Schedule** | | | | |
| 12 | Claims 1 to 2,500 | 159 | EA | 6.8700 | 1,092.33 |
| | **Other Expenses Billed Separately** | | | | |
| 30 | Start-Up Fee | 1 | EA | 32,500.0000 | 32,500.00 |
| 70 | Proxy List Notification | 53 | EA | 0.2200 | 11.66 |
| 80 | Postage | 44.710 | DLR | 1.0000 | 44.71 |
| 90 | Delivery Charges | 79.900 | EA | 1.0000 | 79.90 |
| 110 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 120 | IVR Minutes of Use | 81.350 | EA | 0.1900 | 15.46 |
| 150 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| 230 | Box Storage | 3 | EA | 3.5000 | 10.50 |
| | **Standard Rates** | | | | |
| 300 | Contact Center (shared) | 132 | MIN | 1.0500 | 138.60 |

--------------------------------------------------------------------------------------------------------------------

**Net Amount**   34,243.16

# epiq

Exhibit D to Mahan Declaration

CONFIDENTIAL



# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| Information | | | |
|---|---|---|---|
| Invoice No. | 90900249 | Invoice Date | 09/30/2024 |
| Purchase Order No. | | | |
| Customer No. | 1001713 | | |

**Comments**

Billing Period: 08/01/2024 - 08/31/2024

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | Sales Tax | | | | 2,610.50 |
| | **Total Amount Due** | | | | 36,853.66 |

---------------------------------------------------------------------------------------------------------------------------

**Open Items for Contract 40065823 as of 05/08/2025**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 04/30/2025 | Invoice | 90962528 | 05/30/2025 | 372.99 | USD |
| | | | Total: | 372.99 | USD |





# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| **Remit to** | |
|---|---|
| Epiq | Tax ID: 93-1210932 |
| Class Action & Claims Solutions | |
| PO Box 674652 | Billing questions: call 913-391-5001 |
| Dallas, TX 75267-4652 | or ecabilling@epiqglobal.com |

Electronic Payments:
Bank:            PNC Bank, N.A.
Wire Routing:  043000096
ACH Routing:  031207607
Acct No:        8026542445
SWIFT:          PNCCUS33

**Bill-To**

Austin Van
Pomerantz LLP
600 Third Avenue
New York NY  10016-1901

**Information**

| | |
|---|---|
| Invoice No.              90901767 | Invoice Date      10/21/2024 |
| Purchase Order No. | |
| Customer No.           1001713 | |
| Currency                  USD | |
| Contract No.            40065823 | |
| Contract Description  Ali v. Franklin Wireless Corp. et al. | |
| Terms of Payment      Net due in 30 days | |
| Internal Reference No  40065823 | |

**Comments**

Billing Period: 09/01/2024 - 09/30/2024

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Claims Processing Fee Schedule** | | | | |
| 12 | Claims 1 to 2,500 | 3 | EA | 6.8700 | 20.61 |
| | **Other Expenses Billed Separately** | | | | |
| 70 | Proxy List Notification | 5 | EA | 0.2200 | 1.10 |
| 80 | Postage | 3.620 | DLR | 1.0000 | 3.62 |
| 110 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 120 | IVR Minutes of Use | 8.930 | EA | 0.1900 | 1.70 |
| 150 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| 230 | Box Storage | 3 | EA | 3.5000 | 10.50 |
| 235 | Broker/Nominee fees | 1.743 | DLR | 1.0000 | 1.74 |

|  |  |
|---|---|
| **Net Amount** | 389.27 |
| **Sales Tax** | 1.69 |
| **Total Amount Due** | 390.96 |

Exhibit D to Mahan Declaration

CONFIDENTIAL



# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| Information | | | |
|---|---|---|---|
| Invoice No. | 90901767 | Invoice Date | 10/21/2024 |
| Purchase Order No. | | | |
| Customer No. | 1001713 | | |

**Comments**

Billing Period: 09/01/2024 - 09/30/2024

| Item | Service | | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| **Open Items for Contract 40065823 as of 05/08/2025** | | | | | | |

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 04/30/2025 | Invoice | 90962528 | 05/30/2025 | 372.99 | USD |
| | | | Total: | 372.99 | USD |

 

CONFIDENTIAL

Exhibit D to Mahan Declaration

# Invoice

Page 1 of 1

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| **Remit to** | |
| --- | --- |
| Epiq | Tax ID: 93-1210932 |
| Class Action & Claims Solutions | |
| PO Box 674652 | Billing questions: call 913-391-5001 |
| Dallas, TX 75267-4652 | or ecabilling@epiqglobal.com |

Electronic Payments:
Bank:          PNC Bank, N.A.
Wire Routing:  043000096
ACH Routing:   031207607
Acct No:       8026542445
SWIFT:         PNCCUS33

**Bill-To**

Austin Van
Pomerantz LLP
600 Third Avenue
New York NY  10016-1901

| **Information** | |
| --- | --- |
| Invoice No. | 90912295 |
| Invoice Date | 11/25/2024 |
| Purchase Order No. | |
| Customer No. | 1001713 |
| Currency | USD |
| Contract No. | 40065823 |
| Contract Description | Ali v. Franklin Wireless Corp. et al. |
| Terms of Payment | Net due in 30 days |
| Internal Reference No | 40065823 |

**Comments**

Billing Period: 10/01/2024 - 10/31/2024

| Item | Service | Quantity | Unit | Unit Price | Amount |
| --- | --- | --- | --- | --- | --- |
| | **Other Expenses Billed Separately** | | | | |
| 110 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 120 | IVR Minutes of Use | 0.980 | EA | 0.1900 | 0.19 |
| 150 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| 230 | Box Storage | 3 | EA | 3.5000 | 10.50 |

**Total Amount Due** 360.69

**Open Items for Contract 40065823 as of 05/08/2025**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
| --- | --- | --- | --- | --- | --- |
| 04/30/2025 | Invoice | 90962528 | 05/30/2025 | 372.99 | USD |
| | | | Total: | 372.99 | USD |

Exhibit D to Mahan Declaration                     CONFIDENTIAL

# epiq

**Invoice**

Page 1 of 1

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| **Remit to** | |
|---|---|
| Epiq | Tax ID: 93-1210932 |
| Class Action & Claims Solutions | |
| PO Box 674652 | Billing questions: call 913-391-5001 |
| Dallas, TX 75267-4652 | or ecabilling@epiqglobal.com |

Electronic Payments:
Bank:              PNC Bank, N.A.
Wire Routing:  043000096
ACH Routing:  031207607
Acct No:          8026542445
SWIFT:            PNCCUS33

**Bill-To**

Austin Van
Pomerantz LLP
600 Third Avenue
New York NY  10016-1901

| **Information** | | | |
|---|---|---|---|
| Invoice No. | 90922332 | Invoice Date | 12/23/2024 |
| Purchase Order No. | | | |
| Customer No. | 1001713 | | |
| Currency | USD | | |
| Contract No. | 40065823 | | |
| Contract Description | Ali v. Franklin Wireless Corp. et al. | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | 40065823 | | |

**Comments**

Billing Period: 11/01/2024 - 11/30/2024

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Claims Processing Fee Schedule** | | | | |
| 12 | Claims 1 to 2,500 | 1 | EA | 6.8700 | 6.87 |
| | **Other Expenses Billed Separately** | | | | |
| 110 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 150 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| 230 | Box Storage | 3 | EA | 3.5000 | 10.50 |

| | |
|---|---|
| **Net Amount** | 367.37 |
| **Sales Tax** | 0.53 |
| **Total Amount Due** | 367.90 |

**Open Items for Contract 40065823 as of 05/08/2025**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 04/30/2025 | Invoice | 90962528 | 05/30/2025 | 372.99 | USD |
| | | | Total: | 372.99 | USD |

CONFIDENTIAL

Exhibit D to Mahan Declaration

# epiq

**Invoice**

Page 1 of 1

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| **Remit to** | |
|---|---|
| Epiq | Tax ID: 93-1210932 |
| Class Action & Claims Solutions | |
| PO Box 674652 | Billing questions: call 913-391-5001 |
| Dallas, TX 75267-4652 | or ecabilling@epiqglobal.com |

Electronic Payments:
Bank:          PNC Bank, N.A.
Wire Routing:  043000096
ACH Routing:   031207607
Acct No:       8026542445
SWIFT:         PNCCUS33

**Bill-To**

Austin Van
Pomerantz LLP
600 Third Avenue
New York NY  10016-1901

| **Information** | |
|---|---|
| Invoice No. | 90932037 |
| Invoice Date | 01/21/2025 |
| Purchase Order No. | |
| Customer No. | 1001713 |
| Currency | USD |
| Contract No. | 40065823 |
| Contract Description | Ali v. Franklin Wireless Corp. et al. |
| Terms of Payment | Net due in 30 days |
| Internal Reference No | 40065823 |

**Comments**

Billing Period: 12/01/2024 - 12/31/2024

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Claims Processing Fee Schedule** | | | | |
| 12 | Claims 1 to 2,500 | 733 | EA | 6.8700 | 5,035.71 |
| | **Other Expenses Billed Separately** | | | | |
| 110 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 120 | IVR Minutes of Use | 1.300 | EA | 0.1900 | 0.25 |
| 150 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| 230 | Box Storage | 3 | EA | 3.5000 | 10.50 |

| | |
|---|---|
| **Net Amount** | 5,396.46 |
| **Sales Tax** | 390.27 |
| **Total Amount Due** | 5,786.73 |

**Open Items for Contract 40065823 as of 05/08/2025**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 04/30/2025 | Invoice | 90962528 | 05/30/2025 | 372.99 | USD |
| | | | Total: | 372.99 | USD |

Exhibit D to Mahan Declaration

CONFIDENTIAL



# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| **Remit to** | |
|---|---|
| Epiq | Tax ID: 93-1210932 |
| Class Action & Claims Solutions | |
| PO Box 674652 | Billing questions: call 913-391-5001 |
| Dallas, TX 75267-4652 | or ecabilling@epiqglobal.com |

Electronic Payments:
Bank:            PNC Bank, N.A.
Wire Routing:  043000096
ACH Routing:   031207607
Acct No:         8026542445
SWIFT:          PNCCUS33

**Bill-To**

Austin Van
Pomerantz LLP
600 Third Avenue
New York NY  10016-1901

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90941583 | Invoice Date | 02/17/2025 |
| Purchase Order No. | | | |
| Customer No. | 1001713 | | |
| Currency | USD | | |
| Contract No. | 40065823 | | |
| Contract Description | Ali v. Franklin Wireless Corp. et al. | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | 40065823 | | |

**Comments**

Billing Period: 01/01/2025 - 01/31/2025

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Claims Processing Fee Schedule** | | | | |
| 12 | Claims 1 to 2,500 | 1 | EA | 6.8700 | 6.87 |
| | **Other Expenses Billed Separately** | | | | |
| 80 | Postage | 39.320 | DLR | 1.0000 | 39.32 |
| 110 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 120 | IVR Minutes of Use | 37.600 | EA | 0.1900 | 7.14 |
| 150 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| 230 | Box Storage | 4 | EA | 3.5000 | 14.00 |
| | **Standard Rates** | | | | |
| 250 | Clerical - Production | 0.300 | H | 50.0000 | 15.00 |
| 300 | Contact Center (shared) | 42 | MIN | 1.0500 | 44.10 |

| | | |
|---|---|---|
| **Net Amount** | | 476.43 |
| **Sales Tax** | | 0.53 |
| **Total Amount Due** | | 476.96 |

Exhibit D to Mahan Declaration

CONFIDENTIAL



# Invoice

Page 2 of 2

| Information | | | |
|---|---|---|---|
| Invoice No. | 90941583 | Invoice Date | 02/17/2025 |
| Purchase Order No. | | | |
| Customer No. | 1001713 | | |

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Comments**
Billing Period: 01/01/2025 - 01/31/2025

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| **Open Items for Contract 40065823 as of 05/08/2025** | | | | | |

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 04/30/2025 | Invoice | 90962528 | 05/30/2025 | 372.99 | USD |
| | | | Total: | 372.99 | USD |



93

CONFIDENTIAL

Exhibit D to Mahan Declaration

# epiq

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Invoice**

Page 1 of 1

**Remit to**

Epiq
Class Action & Claims Solutions
PO Box 674652
Dallas, TX 75267-4652

Tax ID: 93-1210932

Billing questions: call 913-391-5001
or ecabilling@epiqglobal.com

Electronic Payments:
Bank:            PNC Bank, N.A.
Wire Routing:  043000096
ACH Routing:  031207607
Acct No:        8026542445
SWIFT:          PNCCUS33

**Bill-To**

Austin Van
Pomerantz LLP
600 Third Avenue
New York NY  10016-1901

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90951002 | Invoice Date | 03/17/2025 |
| Purchase Order No. | | | |
| Customer No. | 1001713 | | |
| Currency | USD | | |
| Contract No. | 40065823 | | |
| Contract Description | Ali v. Franklin Wireless Corp. et al. | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | 40065823 | | |

**Comments**

Billing Period: 02/01/2025 - 02/28/2025

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Claims Processing Fee Schedule** | | | | |
| 12 | Claims 1 to 2,500 | 25 | EA | 6.8700 | 171.75 |
| | **Other Expenses Billed Separately** | | | | |
| 110 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 120 | IVR Minutes of Use | 1.300 | EA | 0.1900 | 0.25 |
| 150 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| 230 | Box Storage | 4 | EA | 3.5000 | 14.00 |

| | |
|---|---|
| **Net Amount** | 536.00 |
| **Sales Tax** | 13.31 |
| **Total Amount Due** | 549.31 |

**Open Items for Contract 40065823 as of 05/08/2025**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 04/30/2025 | Invoice | 90962528 | 05/30/2025 | 372.99 | USD |
| | | | Total: | 372.99 | USD |

# epiq

94

CONFIDENTIAL

Exhibit D to Mahan Declaration

# Invoice

Page 1 of 1

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Remit to**
Epiq
Class Action & Claims Solutions
PO Box 674652
Dallas, TX 75267-4652

Tax ID: 93-1210932

Billing questions: call 913-391-5001
or ecabilling@epiqglobal.com

Electronic Payments:
Bank:            PNC Bank, N.A.
Wire Routing:  043000096
ACH Routing:  031207607
Acct No:        8026542445
SWIFT:          PNCCUS33

**Bill-To**

Austin Van
Pomerantz LLP
600 Third Avenue
New York NY  10016-1901

**Information**

| | |
|---|---|
| Invoice No. | 90962528 |
| Invoice Date | 04/30/2025 |
| Purchase Order No. | |
| Customer No. | 1001713 |
| Currency | USD |
| Contract No. | 40065823 |
| Contract Description | Ali v. Franklin Wireless Corp. et al. |
| Terms of Payment | Net due in 30 days |
| Internal Reference No | 40065823 |

**Comments**
Billing Period: 03/01/2025 - 03/31/2025.

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Other Expenses Billed Separately** | | | | |
| 110 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 120 | IVR Minutes of Use | 47.300 | EA | 0.1900 | 8.99 |
| 150 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| 230 | Box Storage | 4 | EA | 3.5000 | 14.00 |
| | **Total Amount Due** | | | | 372.99 |

**Open Items for Contract 40065823 as of 05/08/2025**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 04/30/2025 | Invoice | 90962528 | 05/30/2025 | 372.99 | USD |
| | | | Total: | 372.99 | USD |

95

CONFIDENTIAL

Exhibit D to Mahan Declaration