

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gergely Csaba; Mohammed Usman Ali | Civil Action No.  21-cv-687-AJB-MSB |
| **Plaintiff,** | |
| **V.** | |
| Franklin Wireless Corp.; OC Kim; David Brown; Jack Pape; Barbara Pape | **CLERK'S JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Plaintiff's Unopposed Motion for Distribution of the Net Settlement Fund is Granted.  As set forth in the Mahan Declaration, the administrative determinations of the Claims Administrator, Epiq, in accepting and rejecting Claims are approved and the distribution plan for the Net Settlement Fund as set forth in the Mahan Declaration and accompanying exhibits is approved. The Court finds that the administration of the Settlement and proposed distribution of the Net Settlement Fund comply with the terms of the Amended Settlement Agreement and the Plan of Allocation and that all persons involved in the review, verification, calculation, tabulation, or any other aspect of the processing of the Claims submitted herein, or otherwise involved in the administration or taxation of the Settlement Fund or the Net Settlement Fund (including, but not limited to Plaintiff's Counsel and the Claims Administrator) are released and discharged from any and all claims arising out of such involvement, and all Class Members are barred from making any further claims against the Net Settlement Fund or the released persons beyond the amount allocated to them pursuant to this Order. The case is hereby closed.

Date:        7/24/25

CLERK OF COURT
**JOHN MORRILL, Clerk of Court**
By:  s/ M. Quinata

M. Quinata, Deputy